JOSEPH P. RUSSONIELLO (CABN 44332)
United States Attorney

BRIAN J. STRETCH(CABN 163973)
Chief, Criminal Division

W.S. WILSON LEUNG (CABN 190939)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-6758
    FAX: (415) 436-6753

Attorneys for the United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. S1-CR-08-0730-WHA |
| v. | |
| RODIL NOCHEZ,<br>  a/k/a "Chino,"<br>  a/k/a "Nieto," | STIPULATION AND [~~PROPOSED~~] ORDER ADJOURNING STATUS CONFERENCE |
| Defendant. | |

       The United States of America, by its attorneys, Joseph P. Russoniello, United States Attorney, and W.S. Wilson Leung, Assistant United States Attorney, of counsel, respectfully submits this Stipulation and Proposed Order on behalf of the parties to request a continuance of the January 27, 2009 status conference until February 10, 2009.

       The parties hereby stipulate to the following:

       1.     In the above-captioned superseding indictment, the defendant, Rodil Nochez, is charged in Counts Forty-Three, Forty-Four, Forty-Five, Forty-Nine, Fifty, Fifty-One, Fifty-Two, and Fifty-Three with attempted exportation of stolen vehicles. Nochez, with his attorney of record, Seth Chazin, Esq., made his initial appearance before the Court on December 9, 2008, and a further status conference was scheduled for January 27, 2009. Most of the other

1. defendants charged in the superseding indictment requested and were granted a status conference date of February 10, 2009.

2. Since the initial appearance on December 9, 2009, the Government has provided a large amount of discovery to the defendants and this process is continuing. Accordingly, the parties would request a continuance of the January 27, 2009 status conference date in or about to allow Mr. Chazin additional time to review discovery, as well as for Nochez's case to be synchronized with the larger matter, which would save judicial resources.

3. Although time has already been excluded until February 10, 2009 for the case as a whole, Mr. Nochez and the defendant also consent to the exclusion of time under the Speedy Trial Act until the new appearance date. Exclusion would serve the interests of justice because the adjournment would provide further time for the review of discovery, thereby ensuring the effective representation of the defendant. See 18 U.S.C. § 3161(h)(8)(A).

IT IS SO STIPULATED.

DATED: January 26, 2009            /s/
                                   W.S. Wilson Leung
                                   Assistant United States Attorney

DATED: January 26, 2009            /s/
                                   Seth Chazin, Esq.
                                   Attorney for Defendant Rodil Nochez

For the foregoing reasons, IT IS ORDERED THAT:

1. The January 27, 2009 status conference for the defendant is adjourned until February 10, 2009.

2. Time shall be excluded from under the Speedy Trial Act until the new appearance date.

DATED: January  26 , 2009
                                   _____
                                   HON. WILLIAM H. ALSUP
                                   United States District Judge

IT IS SO ORDERED
Judge William Alsup