SETH P. CHAZIN (CSBN 133777)
Attorney at Law
1164 Solano Avenue
Albany, CA 94706
Telephone: (510) 558-9243
Facsimile: (510) 525-0087

Attorney for RODIL NOCHEZ

IN THE UNITED STATES DISTRICT COURT

IN AND FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| United States of America, | ) S1-CR-08-0730-WHA |
| Plaintiff, | ) |
| vs. | ) [PROPOSED] ORDER TO |
| RODIL NOCHEZ, | ) MODIFY CONDITIONS OF |
| Defendant. | ) RELEASE |

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that the condition of release that the defendant be subjected to an automated curfew is deleted.

DATED: ~~February 11,~~ March 25, 2009

_____
THE HONORABLE NANDOR J. VADAS

1