1  MARTIN SABELLI (164772)
   Law Offices of Martin A. Sabelli
2  149 Natoma St., 3rd Fl.
3  San Francisco, CA 94105
   Tel: (415) 796-2430
4  Fax: (415) 520-5810
   msabelli@comcast.net
5
6  JOHN R GRELE (167080)
   Law Offices of John R Grele
7  149 Natoma St., 3rd Fl.
   San Francisco, CA 94105
8  Tel: (415) 348-9300
   Fax: (415) 348-0364
9  jgrele@earthlink.net
10
   Attorneys for Defendant
11 GUILLERMO HERRERA

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. CR 08-0730 WHA |
| Plaintiff, | STIPULATION AND [PROPOSED] ORDER TO ACCEPT FILING OF ATTACHMENTS TO GUILLERMO HERRERA'S MEMORANDUM IN OPPOSITION TO PROTECTIVE ORDER |
| vs. | |
| GUILLERMO HERRERA, *et al.*, | |
| Defendants. | |

On August 12, 2009 Guillermo Herrera timely filed his Memorandum in Opposition to the Tentative Protective Order. For technical reasons, counsel was unable to file simultaneously the attachments (expert declarations and resumes) and was therefore required to combine the Memorandum and attachments into a single, separate pleading, styled as an Amended Opposition to Tentative Protective Order, which was filed at 12:20 pm.

Undersigned counsel requests that this Court permit the filing of the Amended Opposition to Tentative Protective Order on August 12, 2009.

SO STIPULATED:

DATED:  August 12, 2009        ___/s Martin Sabelli_____
      MARTIN SABELLI
      Attorney for Guillermo Herrera

DATED:  August 12, 2009        ___/s Wilson Leung_____
      WILSON LEUNG
      Assistant United States Attorney

**ORDER**

Pursuant to stipulation, the Amended Opposition to Tentative Protective Order filed by Guillermo Herrera on August 12, 2009, is deemed filed.

IT IS SO ORDERED.

Dated: _____        _____
      HON. WILLIAM H. ALSUP
      UNITED STATES DISTRICT JUDGE