ERIK BABCOCK, Cal. 172514
KEVIN MORLEY, Cal. 239826
1212 Broadway, Suite 726
Oakland, CA 94612
510-452-8400
510-452-8405

Attorneys for Defendant
DOUGLAS LARGAESPADA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 08-730 WHA |
| Plaintiff, | **DEFENDANT DOUGLAS LARGAESPADA'S STATEMENT RE NEW INDICTMENT** |
| v. | |
| IVAN CERNA, DOUGLAS LARGAESPADA, et al., | |
| Defendants. | |

The Third Superseding Indictment has substantially broadened the scope of the case against Douglas Largaespada.

First, the specific allegations against Mr. Largaespada now reach back to the mid-1990s. Although the Second Superseding Indictment contained language, "Beginning on a date unknown," the first overt act specifically alleged as to Mr. Largaespada was only four years ago, September 10, 2005. The new Indictment, on the other hand, now alleges overt

1

acts as to Mr. Largaespada that reach back to 1997, eight years earlier than had previously alleged as to Mr. Largaespada.

Second, the number of overt acts specifically alleged as to Mr. Largaespada have also greatly increased: from 3 acts before to 12 acts currently.  Among the new overt acts alleged specifically against Mr. Largaespada are substantial alleged acts of violence, each of which presents substantial legal and factual issues.

Third, the new indictment also substantially expands the number of overt acts alleged overall in the Count One racketeering conspiracy, increasing the total number of overt acts by 50 to a total of 120.   Because evidence as to all of the overt acts alleged in Count One are admissible against Mr. Largaespada (as well as all other defendants charged in Count One), the scope of the prosecution's case has broadened significantly.

The expansion of the Third Superseding Indictment back to the mid 1990s will require substantial new investigation, the review of new discovery covering the new allegations, the re-review the issues litigated in the Stage 2 motions, new subpoenas to obtain information that previously was not relevant to material outside of the time frame of the indictment, and a major expansion of efforts to organize the discovery already received to reflect the expanded time frame  and increased number of the overt acts alleged.

Given the Government's decision to vastly expand its case so long after the original Indictment was filed, the currently scheduled time frames before trial makes it impossible

///

2

for defense counsel to adequately and fairly to prepare for, investigate, and litigate the myriad issues arising from the new indictment.

DATED: October 4, 2009                    /S/Erik Babcock
                                          ERIK BABCOCK
                                          KEVIN MORLEY
                                          Attorneys for Defendant
                                          LARGAESPADA

3