NINA WILDER (CSBN 100474)
Law Offices of WEINBERG & WILDER
523 OCTAVIA STREET
SAN FRANCISCO, CALIFORNIA 94102
Telephone:  (415) 431-3472
Facsimile:  (415) 552-2703

Attorneys for Defendant
DANIEL GONZALEZ

SETH P. CHAZIN (CSBN 133777)
LAW OFFICES OF SETH P. CHAZIN
ATTORNEY AT LAW
1164 SOLANO AVENUE
ALBANY, CA 94706
TELEPHONE: (510) 507-8100
FACSIMILE: (510) 525-0087

Attorney for Defendant
RODIL NOCHEZ

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br><br>Plaintiff,  )<br>)<br>)<br>DANIEL GONZALEZ,  )<br>)<br>)<br>Defendants.  )<br>_____ ) | **No. CR-08-0730-WHA**<br><br>Date:   January 19, 2010<br>Time:  2:00 p.m.<br>Courtroom:  No. 9, 19th Floor |

**DECLARATION OF COUNSEL AND EXHIBITS IN SUPPORT
OF DEFENDANTS' MOTION TO DISMISS INDICTMENT FOR
OUTRAGEOUS GOVERNMENT CONDUCT**

DECL. EXHIBITS RE: MOTION TO DISMISS INDICTMENT
(CR-08-0730-WHA)

1   I, Nina Wilder, state that the following:

2   I am an attorney licensed to practice in all courts of the State and Northern District of

3   California and I represent defendant Daniel Gonzalez in the above-captioned case.

4   I made the factual representations in the accompanying motion to dismiss the indictment

5   based on my review of available discovery, interviews with my client and information obtained

6   from other knowledgeable persons.

7   In support of the motion, I attach the following documents:

8   Exhibit A and Annex A are true copies of a report of investigation and a chart produced

9   by the California Highway Patrol in response to a subpoena issued on May 6, 2009.

10   Exhibit B comprises true copies of vehicle release documents produced by the

11   California Highway Patrol in response to the same subpoena.

12   Exhibits C, D, E and F are true copies of excerpts from draft transcripts received in

13   discovery.

14   I declare under penalty of perjury that the foregoing is true and correct to the best of my

15   knowledge or based on information which I believe to be true.

16   Executed this 22nd day of December, 2009 in San Francisco, California.

17

18   /s/   Nina Wilder
     NINA WILDER

19

20

21

22

23

24

25

26

27

28

# EXHIBIT A

SEALED BY ORDER OF THE COURT

CAND 89B (Rev. 1/06) Subpoena to Produce Documents or Objects in a Criminal Case

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

United States of America

**SUBPOENA TO PRODUCE DOCUMENTS OR OBJECTS IN A CRIMINAL CASE**

V.

Ivan Cerna, et al.

Case Number:  CR 08-0730 WHA

TO:

Custodian of Records
California Highway Patrol
5001 Blum Road
Martinez, CA 94533

YOU ARE COMMANDED to produce at the place, date, and time specified the document(s) or object(s) indicated below. If compliance would be unreasonable or oppressive, you may file a motion requesting the court to quash or modify the subpoena, to review the documents *in camera*, or to permit production only pursuant to a protective order.

| PLACE | | | COURTROOM/JUDGE |
|---|---|---|---|
| ☒ United States Courthouse<br>450 Golden Gate Avenue<br>San Francisco, CA 94102 | ☐ United States Courthouse<br>280 South First Street<br>San Jose, CA 95113 | ☐ United States Courthouse<br>1301 Clay Street<br>Oakland, CA 94612 | Courtroom 9<br>Hon. William<br>Alsup |
| If the document(s) or object(s) are produced in advance of the date specified, either to the court in an envelope delivered to the clerk's office or to the issuing attorney whose name and address appears below, no appearance is necessary. | | | DATE AND TIME<br>within 14 days of service |

The following document(s) or object(s) shall be produced:

Please see attachment.

NOTE: Parties requesting a subpoena requiring the appearance of a witness to testify at a criminal proceeding or to testify and bring documents to a criminal proceeding, must use Form CAND 89A, *Subpoena to Testify in a Criminal Case*. Forms are available at the Court's Internet site: http://www.cand.uscourts.gov.

| U.S. MAGISTRATE JUDGE OR CLERK OF COURT<br>Richard W. Wieking<br>(By) Deputy Clerk | DATE<br><br>MAY   6 2009 |
|---|---|

ATTORNEY NAME, ADDRESS AND PHONE NUMBER:
Edward W. Swanson
300 Montgomery Street, Suite 1100, San Francisco, CA 94104
(415) 477-3800

STATE OF CALIFORNIA
DEPARTMENT OF CALIFORNIA HIGHWAY PATROL
**ARREST -- INVESTIGATION REPORT**
IP 216 (Rev. 6-03) / OPI 051

☐ Misdemeanor
☒ Felony
☐ Other

DOMESTIC VIOLENCE (REFER TO HPM 100.69)
MISSING PERSON (REFER TO HPM 100.69)

PAGE *1* OF *2*

| COURT | FILE NUMBER | EVIDENCE/PROPERTY |
|---|---|---|
| USDC Nor Cal / SF | F262-316-06 | ☒ YES  ☒ NO |
| AREA | BEAT | COLLISION REPORT NUMBER | E _____ |
| 316 | | | |

SEE REPORT — LAST NAME, FIRST NAME, AND MIDDLE INITIAL

| DATE/TIME OF ARREST REPORT | DATE/TIME OF INCIDENT | LOCATION OF ARREST/INCIDENT |
|---|---|---|
| 11/12/2008 | Aug 06 -Feb 06 | Richmond, Ca. |

| CITATION NUMBER | OFFENSE(S) CHARGED OR INVESTIGATED | JUS 8715 REQUIRED ☐ YES ☐ NO |
|---|---|---|
| | 18USC 553(a) Attempted Exportation of Stolen Vehicles | NUMBER: |

**SUBJECT NO _____ OF _____**

| NAME (last, first, middle) | AKA |
|---|---|
| SEE REPORT | |

| RESIDENCE ADDRESS | MAILING ADDRESS | ☐ SAME |
|---|---|---|

| RACE | SEX | BIRTHDATE | HAIR | EYES | HEIGHT | WEIGHT | PLACE OF BIRTH (city, state, county) | DISPATCH NOTIFIED ☐ YES ☐ NO |
|---|---|---|---|---|---|---|---|---|

| DRIVER'S LICENSE NUMBER | STATE | DDL STATUS | MISC. (SSN, INS #, ETC.) | TIME: |
|---|---|---|---|---|
| | | | | I.D. NO. |

| EMPLOYER | ADDRESS | LOG NO. |
|---|---|---|

| BOOKING, CII, FBI, ETC., NUMBER(S) | WHERE BOOKED/CONFINED | DAY/TIME | FINGERPRINTED ☐ YES ☐ NO |
|---|---|---|---|

☐ JUVENILE  ☐ FOREIGN NATIONAL  ☐ IMMUNITY CLAIM   NOTIFYING OFFICIAL

SEE ATTACHED

**VEHICLES**

| LICENSE | STATE | YEAR | VIN/VEH NUMBER | VEHICLE WAS ☐ STORED | ☐ PARKED ☐ RECOVERED | ☐ RELEASED ☐ IMPOUNDED | STORAGE AUTHORITY |
|---|---|---|---|---|---|---|---|

| VEH. YEAR | MAKE | BODY STYLE | COLOR | BODY TYPE | LOCATION OF VEHICLE/RELEASED TO/TELEPHONE NUMBER |
|---|---|---|---|---|---|

| NAME OF REGISTERED OWNER | ☐ SAME AS SUBJECT | ADDRESS | ☐ SAME AS DRIVER |
|---|---|---|---|

| NAME OF LEGAL OWNER | ☐ SAME AS R/O | ADDRESS | LOCATION OF KEYS |
|---|---|---|---|

**WITNESS**

| BIRTHDATE | SEX | NAME | | | ADDRESS/AGENCY | PHONE |
|---|---|---|---|---|---|---|
| | | | ☐ WITNESS | ☐ PASSENGER | | RES: / BUS: |
| | | | ☐ WITNESS | ☐ PASSENGER | | RES: / BUS: |
| | | | ☐ WITNESS | ☐ PASSENGER | | RES: / BUS: |
| | | | ☐ WITNESS | ☐ PASSENGER | | RES: / BUS: |

**VICTIM INFORMATION**

| 1 | NAME | ADDRESS |
|---|---|---|

| BIRTHDATE | SEX | DRIVER'S LICENSE | STATE | DAY PHONE | EVENING PHONE |
|---|---|---|---|---|---|

| VEH. LIC. # | STATE | YEAR | MAKE | BODY STYLE | COLOR | BODY TYPE |
|---|---|---|---|---|---|---|

| 2 | NAME | ADDRESS |
|---|---|---|

| BIRTHDATE | SEX | DRIVER'S LICENSE | STATE | DAY PHONE | EVENING PHONE |
|---|---|---|---|---|---|

| VEH. LIC. # | STATE | YEAR | MAKE | BODY STYLE | COLOR | BODY TYPE |
|---|---|---|---|---|---|---|

**MISDEMEANOR INCARCERATION** (To be completed upon physical arrest for any misdemeanor, pursuant to Penal Code Section 853.6.)

As determined by the arresting officer, the person arrested:

1. ☐ was so intoxicated as to be a danger to himself/herself or others.
2. ☐ required medical examination or medical care or was otherwise unable to care for his/her own safety.
3. ☐ was arrested under one or more of the circumstances listed in Sections 40302 and 40303 of the Vehicle Code (Note 5 and 8 if also applicable).
4. ☐ had one or more outstanding arrest warrants issued.
5. ☐ could not provide satisfactory evidence of personal identification.
6. ☐ If released immediately, would jeopardize the prosecution of the offense or offenses for which arrested or the prosecution of any other offenses.
7. ☐ would be reasonably likely to continue the offense or offenses, or the safety of persons or property would be imminently endangered if immediately released.
8. ☐ demanded to be taken before a magistrate or refused to sign the citation.
9. ☐ would not appear at the time and place specified in the notice.
10. ☐ Other:

| ARRESTING/INVESTIGATING OFFICER (Print name/rank) | I.D. NUMBER | REVIEWED BY (Print name/rank) | I.D. NUMBER | DATE |
|---|---|---|---|---|
| J. Zatezalo / Investigator | 14721 | R. Rogers  Sergeant | 10304 | 11/13/2008 |

Use previous editions until depleted.

c216_a03.pdf

LAST NAME, FIRST NAME, AND MIDDLE INITIAL          CITATION/CASE NO.                                   PAGE 2 OF 2

See Report

| ARREST -- INVESTIGATION REPORT NARRATIVE (CONTINUED) |
| --- |
| ADMONITION OF RIGHTS |

| | | |
| --- | --- | --- |
| OU HAVE THE RIGHT TO REMAIN SILENT. | 3. YOU HAVE THE RIGHT TO TALK WITH AN ATTORNEY AND TO HAVE AN ATTORNEY PRESENT BEFORE AND DURING QUESTIONING. | 4. IF YOU CANNOT AFFORD AN ATTORNEY, ONE WILL BE APPOINTED FREE OF CHARGE TO REPRESENT YOU BEFORE AND DURING QUESTIONING, IF YOU DESIRE. |
| 2. ANYTHING YOU SAY CAN AND WILL BE USED AGAINST YOU IN A COURT OF LAW. | | |

THE ABOVE STATEMENT WAS READ TO THE ARRESTEE BY: ☐ ARRESTING OFFICER  ☐ OR: _N/A_          I.D.          TIME:

| DO YOU UNDERSTAND EACH OF THESE RIGHTS I HAVE EXPLAINED TO YOU? | HAVING THESE RIGHTS IN MIND, DO YOU WISH TO TALK TO US NOW? | WAIVER STATEMENT |
| --- | --- | --- |
| ☐ YES  ☐ NO | ☐ YES  ☐ NO | |

1  Summary:

2

3  Immigration and Customs Enforcement (ICE) conducted a 2 year investigation on a known criminal street gang operating

4  in San Francisco. The gang, known as MS-13 (Mara Salvatrucha) composed of many members located in and around the

5  20th Street area of San Francisco. Special Agent Christopher Merendino requested assistance from the Northern Foreign

6  Export and Recovery team (No FEAR) in setting up and operating a warehouse to purchase stolen vehicles from known

7  MS-13 gang members under the ruse that they were being exported out of the United States,

8

9  In August of 2006, No FEAR and ICE members set up a warehouse in North Richmond and during a 6 month period,

10  purchased a total of 16 stolen vehicles from various members of the MS-13 gang. CHP Investigator Xavier Spencer posed

11  as the owner/operator of the export business and purchased a majority of the vehicles. The description of the vehicles

   purchased, amount paid and suspects identified are attached to this report labeled "Annex A"

13

14  In February of 2007, the warehouse operation was closed and all vehicles stolen vehicles were stored for evidence at the

15  Golden Gate Division evidence lot located at 1551 Benicia Road, Vallejo, CA.

16

17  On October 22nd, 2008, Federal Indictments were handed down and subsequent arrest and search warrants were

18  executed by Federal, State and Local Authorities. In total 29 individuals were arrested as a result of this investigation.

19  CHP assisted with the arrest of 6 individuals:

20

21  #1 Rene Montes-Mayorga

22  #2 Rodrigo Molina

23  #3 Marvin Carcamo

24  #4 Walter Palma

25  #5 Rodil Nochez

26  #6 Daniel Gonzalez ( still outstanding)

27

28  ICE agents are handling the investigation to conclusion. See attached information for additional details regarding the

   .nvestigation and indictments.

30

31  RECOMMENDATIONS:

32  None.

# ANNEX A

# F-262-316-06

PROJECT DEVIL HORNS     SF16CR05SF0045 CHP F-262-316-06      Annex A

## STOLEN VEHICLES / OPERATION  DEVIL HORNS

| | PURCHASE DATE | LICENSE PLATE | MANUFACTURE | MODEL | PURCHASE PRICE | TARGET #1 | TARGET #2 | TARGET #3 | POLICE REPORT # | RECOVERY VALUE |
|---|---|---|---|---|---|---|---|---|---|---|
| #1 | 10/13/2006 | 5JIK464 | 1998 Honda | Civic | $600.00 | Rodrigo MOLINA AKA: "Lil Payaso" | Marlon Paler LUMANG | | 061092721 | $6,900.00 |
| #2 | 10/19/2006 | 2ZPY641 | 1992 Honda | Civic | $400.00 | Rodrigo MOLINA AKA: "Lil Payaso" | Unknown Female | Unknown Hispanic Male | 061119662 | $4,770.00 |
| #3 | 10/19/2006 | 4NJH319 | 2000 Honda | Civic | $500.00 | Marlon Paler LUMANG | Marvin CARCAMO AKA: "Cyco" | CARCAMO AKA: "El Indio" | 061119698 | $10,765.00 |
| #4 | 11/13/2006 | 4URW962 | 2001 Chevy | Suburban | $2,500.00 | Walter PALMA AKA: "Kapone" | Unknown | | A06-11450 | $18,220.00 |
| #5 | 11/17/2006 | 5WZT085 | 2003 Toyota | Matrix | $1,200.00 | ULLOA-GONZALEZ a/k/a "Daniel" | NOCHEZ, R. a/k/a "Nieto" | | 061225712 | $12,900.00 |
| #6 | 11/22/2006 | 5JWR870 | 2001 Toyota | 4 Runner | $3,000.00 | ULLOA-GONZALEZ a/k/a "Daniel" | NOCHEZ, R a/k/a "Nieto" | | 061255781 | $18,950.00 |
| #7 | 11/28/2006 | 512CJZ (OR) | 2000 Toyota | 4 Runner | $1,750.00 | ULLOA-GONZALEZ a/k/a "Daniel" | NOCHEZ, R. a/k/a "Nieto" | | A0612038 | $16,595.00 |
| #8 | 11/28/2006 | 4SKA955 | 2001 Toyota | 4 Runner | $1,750.00 | ULLOA-GONZALEZ a/k/a "Daniel" | NOCHEZ, R. a/k/a "Nieto" | | 06-106538 | $18,950.00 |
| #9 | 12/1/2006 | 5DNU598 | 2004 Toyota | Matrix | $1,900.00 | Walter PALMA AKA: "Kapone" | Rodrigo MOLINA AKA: "Lil Payaso" | | 061271549 | $14,800.00 |
| #10 | 12/11/2006 | 5DGM616 | 2003 Toyota | Matrix | $2,000.00 | Rodrigo MOLINA AKA: "Lil Payaso" | Walter PALMA AKA: "Kapone" | | 061302683 | $12,900.00 |
| #11 | 12/11/2006 | 5LAR146 | 2003 Toyota | Matrix | $2,000.00 | Walter PALMA AKA: "Kapone" | Rodrigo MOLINA AKA: "Lil Payaso" | | 061302542 | $12,900.00 |
| #12 | 1/9/2007 | 5TVJ328 | 2002 Toyota | 4 Runner | $2,000.00 | ULLOA-GONZALEZ a/k/a "Daniel" | NOCHEZ, R a/k/a "Nieto" | | 061305944 | $20,880.00 |
| #13 | 1/9/2007 | 6Z93112 | 2002 Toyota | Tacoma | $2,000.00 | ULLOA-GONZALEZ a/k/a "Daniel" | NOCHEZ, R. a/k/a "Nieto" | | 06109344 | $17,015.00 |
| #14 | 1/17/2007 | 7B60651 | 2003 Toyota | Tacoma | $1,333.00 | ULLOA-GONZALEZ a/k/a "Daniel" | | | 070051378 | $18,680.00 |
| #15 | 1/17/2007 | 6Y45982 | 2003 Toyota | Tacoma | $1,333.00 | ULLOA-GONZALEZ a/k/a "Daniel" | | | 070054463 | $18,680.00 |
| #16 | 1/17/2007 | 7D09519 | 2001 Toyota | Tacoma | $1,334.00 | ULLOA-GONZALEZ a/k/a "Daniel" | | | 070054140 | $12,440.00 |

# EXHIBIT B

# San Francisco Police Department
# INCIDENT REPORT VEHICLE

Supplemental

061225712

**HEADING**

| Type of Incident | | | | | Lost/Stolen Plates | CAD Number |
|---|---|---|---|---|---|---|
| STOLEN ☐ RECOVERED ☑ | RECOVERED/UNFOUNDED ☐ | LOST ☐ | OTHER ☐ | | FRONT ☐ REAR ☐ | 11-16-6 |

| Type of Vehicle | | | | | | Type of Weapon Used/Description |
|---|---|---|---|---|---|---|
| AUTO ☑ TRUCK ☐ MOTORCYCLE ☐ | BOAT ☐ | TRAILER ☐ | OTHER ☐ | | | |

| Type of Offense Vehicle Taken In | | Related Case No | Related Case No. |
|---|---|---|---|
| Vehicle, Recovered, Auto 07041 | | | |

| Reporting Unit | Occurrence from Date/Time | Occurrence To Date/Time | Reported to Police Date/Time |
|---|---|---|---|
| 2000 | | 3/12/08 11:01 | 3/12/08 11:01 |

| Location of Occurrence | Location of Recovery | Location Sent To |
|---|---|---|
| | | ~~OUTSIDE~~ |

**DECL**

I DECLARE, UNDER PENALTY OF PERJURY, THIS REPORT OF _____ PAGES IS TRUE AND CORRECT, BASED ON MY PERSONAL KNOWLEDGE, OR IS BASED ON INFORMATION AND BELIEF FOLLOWING AN INVESTIGATION OF THE EVENTS AND PARIES INVOLVED.

PROP 115 CERTIFIED  5 YEARS          Signature: _____

| | Star | Station | Watch | Date |
|---|---|---|---|---|
| Reporting Officer | | | | |
| REVIEWING OFFICER | | | | |
| OIC  MAMMONE | 1454 | NSJ - AUTO SEARETS | 0700-1500 | 03/12/08 |

**ASGN**

| Assigned to | Other | Incident code | Secondary Codes | Assigned by (Print Initials/Star) |
|---|---|---|---|---|
| 5C200 | | 07041 | | |

| Copies to (Name of Units) | Date/Time Faxed to Auto Status By |
|---|---|
| | AUTO DETAIL |

**REPORTER**

| Code V | Name (Last Name/Firm Name if Business) TREVOR, | First Name, Middle ANNE | DOB/ | Age | Relationship to Subject |
|---|---|---|---|---|---|

| Residence Address | City | State | Zip | Day Phone | Type |
|---|---|---|---|---|---|
| 25 GRAFTON AVE | SAN FRANCISCO | CA | 94122 | (202) 330-8827 | DAY |

| Business Address | City | State | Zip | Night Phone | Type |
|---|---|---|---|---|---|

| Name (Last Name/Firm if Business) | First Name, Middle | Day Phone | Type |
|---|---|---|---|

| Residence Address | City | State | Zip | Day Phone | Type |
|---|---|---|---|---|---|

**VEHICLE**

| Code R | Plate No. 5WZT085 | State CA | Reg Yr. 2007 | Plate Type PC | VIN/Hull No. 2T1KRE32E53C072265 |
|---|---|---|---|---|---|

| Motorcycle Engine No. | Veh Yr. 2003 | Make TOYT | Model MTX | Style (Car/Boat) 4D | Color SIL |
|---|---|---|---|---|---|

| Boat Hull Material | Boat Propulsion Type | Boat Length | Other Information |
|---|---|---|---|
| METAL ☐ WOOD ☐ PLASTIC ☐ OTHER ☐ | INBOARD ☐ OUTBOARD ☐ SAIL ☐ MANUAL ☐ OTHER ☐ | | |

**STOLEN**

| Was Vehicle Locked? | Owner Give Anyone Consent to Drive? | Plates not on Vehicle at Time of Theft | If New Owner Verified By |
|---|---|---|---|
| YES ☐ NO ☐ | YES ☐ NO ☐ | FRONT ☐ REAR ☐ | DMV ☐ PINK SLIP ☐ BILL OF SALE ☐ |

| Suspect Description/ (Attach 377 C and F) | Tow Check (Name) Star | Other Information |
|---|---|---|

**RECOVERED**

| Outside Agency CHP-GG INVEST SERVICES | Phone Number (707) 551-4200 | ORI CA0019916 | OCA F1083160B |
|---|---|---|---|

| Plate(s) Missing? | Plate(s) Swtiched? | Switched Plate No. | State | VIN Condition |
|---|---|---|---|---|
| FRONT ☐ REAR ☐ | FRONT ☐ REAR ☐ | | | MATCHES REG ☑ ALTERED ☐ REMOVED ☐ SWITCHED ☐ |

| Point of Entry UNKNOWN | Method of Entry SMASHED WINDOWS ☐ MISSING WINDOWS ☐ LOCKS FORCED ☐ LOCKS PUNCHED ☐ OTHER ☐ |
|---|---|

| Vehicle Started By KEY IN IGNITION ☐ JUMPER WIRES ☐ CROSSED WIRES ☐ IGNITION PUNCHED ☐ OTHER ☐ | Tow Approved (Name) Star |
|---|---|

| Condition (Check all that apply) APPARENTLY DRIVABLE ☑ BURNED? ☐ DAMAGED? ☐ STRIPPED? ☐ | Damage UNKNOWN | Towed to (Name/Address) GG DIV/ISU77 510-622-4609 |
|---|---|---|

| Missing Parts (Check all that apply) ENGINE ☐ TRANSMISSION ☐ IGNITION ☐ WINDOWS ☐ TRUNK ☐ HOOD ☐ BUMPER(S) ☐ SEAT ☐ RADIO/TAPE/CD ☐ BATTERY ☐ WHEELS ☐ FENDER ☐ TIRES# ☐ OTHER ☐ | Recovered Part(s) (Auto Detail Only) |
|---|---|

| | Hold for (Unit) | Other Information |
|---|---|---|
| YES ☐ | | |

**EU**

| Name | | Time 11:10 | SVS Entries ENTERED ☐ CLEARED ☐ LOCATED ☑ DELETED ☐ |
|---|---|---|---|

| | Recovery Notification Made by POST CARD ☐ PHONE ☑ FIELD RELEASE ☐ | System Down From Date/Time | To Date/Time |
|---|---|---|---|

A # 14464
A

STATE OF CALIFORNIA
~TMENT OF CALIFORNIA HIGHWAY PATROL
**~ICLE REPORT**
CHP 180 (Rev. 12-06) OPI 062

NOTE: CHP 180 IS FURNISHED TO ALL PEACE OFFICERS BY THE CALIFORNIA HIGHWAY PATROL

| REPORTING DEPARTMENT | LOCATION CODE | DATE / TIME OF REPORT | NOTICE OF STORED VEHICLE DELIVERED PERSONALLY ☐ | FILE NO |
|---|---|---|---|---|
| CHP - ISY | 316 | 3/12/08 0945 | | F-105-316-08 |

| LOCATION TOWED / STOLEN FROM | ODOMETER READING | VIN CLEAR IN SVS? ☐ YES ☑ NO | DATE / TIME DISPATCH NOTIFIED | LOG NO |
|---|---|---|---|---|
| San Francisco | Electronic | LIC. CLEAR IN SVS? ☐ YES ☑ NO | 3/12/08 1050 | 512 |

| YEAR | MAKE | MODEL | BODY TYPE | COLOR | LICENSE NO. | STATE | MONTH / YEAR | STATE |
|---|---|---|---|---|---|---|---|---|
| 01 | TOYOTA | 4 Runner ~~TACOMA~~ | 4 DR | BLACK | SJWR870 | ☑ TWO | 10/07 | CA |

| VEHICLE IDENTIFICATION NO | ENGINE NO. | VALUATION BY ☑ OFFICER ☐ OWNER |
|---|---|---|
| JT3HN86R910341362 | | ☐ 0-300 ☐ 301-4000 ☑ 4001+ ☐ $ |

REGISTERED OWNER
CALIFORNIA CASUALTY
P.O. BOX 39700
COLORADO SPRINGS, CO 80949
☐ SAME AS R/O

LEGAL OWNER

☐ STORED  ☐ IMPOUNDED  ☐ RELEASED  ☑ RECOVERED - VEHICLE / COMPONENT

| TOWING / STORAGE CONCERN (NAME, ADDRESS, PHONE) | STORAGE AUTHORITY / REASON |
|---|---|
| EGD - ISY 1551 BENICIA RD. VALLEJO CA | 22651(c)VC RECOVERY |

| TOWED TO / STORED AT | AIRBAG? | DRIVEABLE? | VIN SWITCHED? |
|---|---|---|---|
| 510-622-4609 | ☑ YES ☐ NO ☐ 1 ☐ A | ☑ YES ☐ NO ☐ JUNK ☐ UNK | ☐ YES ☑ NO |

| CONDITION | YES | NO | ITEMS | YES | NO | ITEMS | YES | NO | ITEMS | YES | NO | TIRES / WHEELS | CONDITION |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| WRECKED | | ✗ | SEAT (FRONT) | | ✗ | REGISTRATION | | ✗ | CAMPER | | ✗ | LEFT FRONT | FAIR |
| BURNED HULK per 431(c) VC | | ✗ | SEAT (REAR) | | ✗ | ALT. / GENERATOR | | ✗ | VESSEL AS LOAD | | ✗ | RIGHT FRONT | |
| ~~~IZED~~ | | ✓ | RADIO | | ✗ | BATTERY | | ✗ | FIREARMS | | ✗ | LEFT REAR | |
| ENG. / TRANS. STRIP | | ✗ | TAPE DECK | | ✗ | DIFFERENTIAL | | ✗ | OTHER | | ✗ | RIGHT REAR | |
| MISC. PARTS STRIP | | ✗ | TAPES | | ✗ | TRANSMISSION | | ✗ | | | | SPARE | NONE |
| BODY METAL STRIP | | ✗ | OTHER RADIO | | ✗ | AUTOMATIC | ✗ | | | | | HUB CAPS | NONE |
| SURGICAL STRIP per 431(b) VC | | ✗ | IGNITION KEY | | ✗ | MANUAL | | | | | | SPECIAL WHEELS | |

| RELEASE VEHICLE TO: | ☑ R/O OR AGENT | ☐ AGENCY HOLD | ☐ 22850.3 VC | GARAGE PRINCIPAL / AGENT STORING VEHICLE (SIGNATURE) | DATE / TIME |
|---|---|---|---|---|---|

| NAME OF PERSON / AGENCY AUTHORIZING RELEASE | I.D. NO | DATE | CERTIFICATION. I, THE UNDERSIGNED, DO HEREBY CERTIFY THAT I AM LEGALLY AUTHORIZED AND ENTITLED TO TAKE POSSESSION OF THE ABOVE DESCRIBED VEHICLE. |
|---|---|---|---|
| JOHN GATEZALO | 14721 | 3/14/08 | |

| SIGNATURE OF PERSON AUTHORIZING RELEASE | SIGNATURE OF PERSON TAKING POSSESSION |
|---|---|

☐ STOLEN VEHICLE / COMPONENT  ☐ EMBEZZLED VEHICLE  ☐ PLATE(S) REPORT

| DATE / TIME OF OCCURRENCE | DATE / TIME REPORTED | NAME OF REPORTING PARTY (R/P) | DRIVER LICENSE NO. / STATE |
|---|---|---|---|
| | | | |

| LAST DRIVER OF VEHICLE | DATE / TIME | ADDRESS OF R/P | TELEPHONE OF R/P ( ) |
|---|---|---|---|

I CERTIFY OR DECLARE UNDER PENALTY OF PERJURY UNDER THE LAWS OF THE STATE OF CALIFORNIA THAT THE FOREGOING IS TRUE AND CORRECT.

SIGNATURE OF PERSON MAKING REPORT

### REMARKS
[LIST PROPERTY, TOOLS, VEHICLE DAMAGE, ARRESTS]

| DRIVER'S NAME | ARRESTED / SECTION? ☐ YES ☐ NO | REPORTED BY DE SOUSA | CARGO / TYPE? ☐ YES ☑ NO | VALUE $ ☐ BILL OF LADING ATTACHED |
|---|---|---|---|---|

DAMAGE MISC DENTS + SCRATCHES 360° IGNITION
COLUMN BROKEN GLOVE BOX ASSISTANT ALO
PROPERTY: NOTHING OF VALUE NOTED


FRONT    LEFT SIDE    RIGHT SIDE    REAR    TOP

| SIGNATURE OF OFFICER TAKING REPORT | I.D. NO | SUPERVISOR | REQUIRED NOTICES SENT TO REGISTERED AND LEGAL OWNERS PER 22652 VC? ☐ YES ☐ NO | DATE NOTIFIED |
|---|---|---|---|---|
| J. DE SOUSA | 17260 | | | |

OSP 06 99591

c180_c06.frp

STATE OF CALIFORNIA
~~TMENT OF CALIFORNIA HIGHWAY PATROL
**VEHICLE REPORT**
CHP 180 (Rev. 12-06) OPI 062

A# 14464

NOTE: CHP 180 IS FURNISHED TO ALL PEACE OFFICERS BY THE CALIFORNIA HIGHWAY PATROL

| REPORTING DEPARTMENT | LOCATION CODE | DATE / TIME OF REPORT | NOTICE OF STORED VEHICLE DELIVERED PERSONALLY ☐ | FILE NO. |
|---|---|---|---|---|
| CHP - ISU | 316 | 3/12/08 0946 | | F-106-316-08 |

| LOCATION TOWED / STOLEN FROM | ODOMETER READING | VIN CLEAR IN SVS? ☐ YES ☒ NO | DATE / TIME DISPATCH NOTIFIED | LOG NO. |
|---|---|---|---|---|
| ANTIOCH, CA | ELECTRONIC | LIC. CLEAR IN SVS? ☐ YES ☒ NO | 3/12/08 1054 | 512 |

| YEAR | MAKE | MODEL | BODY TYPE | COLOR | LICENSE NO. | MONTH / YEAR | STATE |
|---|---|---|---|---|---|---|---|
| 00 | TOYOTA | 4 RUNNER | 4DR | SLVR | 512 CJZ ☒ ONE ☐ TWO | 3/08 | OR |

| VEHICLE IDENTIFICATION NO. | ENGINE NO. | VALUATION BY ☒ OFFICER ☐ OWNER |
|---|---|---|
| JT3HN86R7Y0279911 | | ☐ 0-300  ☐ 301-4000  ☒ 4001 $ |

REGISTERED OWNER
GEICO
P.O. BOX 509060
SAN DIEGO, CA 92150

☐ SAME AS R/O

LEGAL OWNER

☐ STORED    ☐ IMPOUNDED    ☐ RELEASED    ☒ RECOVERED VEHICLE / COMPONENT

| TOWING / STORAGE CONCERN (NAME, ADDRESS, PHONE) | STORAGE AUTHORITY / REASON |
|---|---|
| GGD-ISU 1551 BENICIA RD. VALLEJO | 22651(c)VC RECOVERY |

| TOWED TO / STORED AT | AIRBAG? ☒ YES ☐ NO ☐ 1 ☒ 2 | DRIVEABLE? ☒ YES ☐ NO | ☐ JUNK ☐ UNK | VIN SWITCHED? ☐ YES ☒ NO |
|---|---|---|---|---|
| 510-622-4609 | | | | |

| CONDITION | YES | NO | ITEMS | YES | NO | ITEMS | YES | NO | ITEMS | YES | NO | TIRES / WHEELS | CONDITION |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| WRECKED | | | SEAT (FRONT) | ✓ | | REGISTRATION | ✓ | | CAMPER | | | LEFT FRONT | FAIR |
| BURNED HULK per 431(c) VC | | | SEAT (REAR) | ✓ | | ALT. / GENERATOR | ✓ | | VESSEL AS LOAD | | | RIGHT FRONT | |
| ~~ILIZED | ✓ | | RADIO | ✓ | | BATTERY | ✓ | | FIREARMS | | | LEFT REAR | |
| ENG. / TRANS. STRIP | | | TAPE DECK | ✓ | | DIFFERENTIAL | ✓ | | OTHER | | | RIGHT REAR | |
| MISC. PARTS STRIP | | | TAPES | | | TRANSMISSION | ✓ | | | | | SPARE | ✓ |
| BODY METAL STRIP | | | OTHER RADIO | | | AUTOMATIC | ✓ | | | | | HUB CAPS | NONE |
| SURGICAL STRIP per 431(b) VC | | | IGNITION KEY | | | MANUAL | | | | | | SPECIAL WHEELS | NONE |

| RELEASE VEHICLE TO: ☒ R/O OR AGENT ☐ AGENCY HOLD ☐ 22850.3 VC | GARAGE PRINCIPAL / AGENT STORING VEHICLE (SIGNATURE) | DATE / TIME |
|---|---|---|

| NAME OF PERSON / AGENCY AUTHORIZING RELEASE | I.D. NO. | DATE | CERTIFICATION: I, THE UNDERSIGNED, DO HEREBY CERTIFY THAT I AM LEGALLY |
|---|---|---|---|
| JOHN SATEBALO | 147021 | 3/14/08 | AUTHORIZED AND ENTITLED TO TAKE POSSESSION OF THE ABOVE DESCRIBED VEHICLE. |

SIGNATURE OF PERSON AUTHORIZING RELEASE | SIGNATURE OF PERSON TAKING POSSESSION

☐ STOLEN VEHICLE / COMPONENT    ☐ EMBEZZLED VEHICLE    ☐ PLATE(S) REPORT

| DATE / TIME OF OCCURRENCE | DATE / TIME REPORTED | NAME OF REPORTING PARTY (R/P) | DRIVER LICENSE NO. / STATE |
|---|---|---|---|
| | | | |

| LAST DRIVER OF VEHICLE | DATE / TIME | ADDRESS OF R/P | TELEPHONE OF R/P ( ) |
|---|---|---|---|

I CERTIFY OR DECLARE UNDER PENALTY OF PERJURY UNDER THE LAWS OF THE STATE OF CALIFORNIA THAT THE FOREGOING IS TRUE AND CORRECT | SIGNATURE OF PERSON MAKING REPORT

**REMARKS**
[LIST PROPERTY, TOOLS, VEHICLE DAMAGE, ARRESTS]

| DRIVER'S NAME | ARRESTED / SECTION? ☐ YES ☐ NO | REPORTED BY DE SOUSA | CARGO / TYPE? ☐ YES ☒ NO | VALUE $ ☐ BILL OF LADING ATTACHED |
|---|---|---|---|---|

DAMAGE: MISC DENTS + SCRATCHES 360° IGNITION
COLUMN DAMAGED
PROPERTY: NOTHING OF VALUE NOTED



FRONT    LEFT SIDE    RIGHT SIDE    REAR    TOP

| SIGNATURE OF OFFICER TAKING REPORT | I.D. NO. | SUPERVISOR | REQUIRED NOTICES SENT TO REGISTERED AND LEGAL OWNERS PER 22852 VC? | ☐ YES ☐ NO | DATE NOTIFIED |
|---|---|---|---|---|---|
| J. DE SOUSA | 17260 | RR | | | |

OSP 06 99591

c180_c06.frp

# EXHIBIT C

I

| | |
|---|---|
| **SYNOPSIS:** | **STOLEN CAR PURCHASE** |
| **CASE NUMBER:** | **SF16CR05SF0045** |
| **TARGETS:** | **RODIL NOCHEZ a.k.a NOCHEZ a.k.a CHINO** |
| | **DANIEL GONZALEZ-ULLOA a.k.a D** |
| **ID NUMBER:** | **DH102 2 OF 3** |
| **ROI:** | **260, 261** |
| **AUDIO TYPE:** | **BODY WIRE** |
| **LOCATION:** | **365 PITTSBURG AVE. RICHMOND, CA** |
| **DATE:** | **JANUARY 9, 2007** |
| **TIME:** | **4:23 (per report)** |
| **PARTICIPANTS:** | **DANIEL GONZALEZ-ULLOA a.k.a D** |
| | **RODIL NOCHEZ a.k.a NOCHEZ a.k.a CHINO** |
| | **SA-1218-SF a.k.a CS** |
| | **UNDERCOVER AGENT 1**     (UCA 1) |
| | **UNDERCOVER AGENT 2**     (ENRIQUE) |
| TRANSCRIBER BY: | CTI01 |
| TRANSLATED BY: | CTI01 |
| NOTATIONS: | ININTELIGIBLE (I/I) / NINTELLIGIBLE (U/I) |
| | *ITALIZED* TEXT SPOKEN IN ENGLISH |

DRAFT

| DEVIL HORNS PERTINENT EVIDENCE REVIEW | | | | |
|---|---|---|---|---|
| Subject Matter | Relevance | Prosecution | Reviewed By | Date |
| RICO | | | | |
| Firearms | | | | |
| Narcotics | | | | |
| Stolen Vehicles | | | | |
| Other | | | | |
| Remarks: | | | | |

SF16CR05SF0045
ROI: 260, 261

4

| RODIL: | ¿Cuántas más de estas quieres? | How many more of these do you want? |
|---|---|---|
| UCA 1: | *I don't know* | I don't know. |
| RODIL: | *How many do you think?* | How many do you think? |
| | [VOCES ENTRECRUZADAS] | [VOICES OVERLAP] |
| DANIEL: | *(I/I)...* | (U/I)... |
| | [VOCES ENTRECRUZADAS] | [VOICES OVERLAP] |
| RODIL: | Estoy dispuesto you know a.... (I/I). | I'm willing to, you know to... (U/I) |
| UCA 1: | Si hay, si hay de estas, [PAUSA] ¿no? *I don't know, what do you think? We move it? (U/I)...* | If there are, if there are some like this though [PAUSE] right? I don't know, what do you think? We move it? (U/I)... |
| ENRIQUE: | (I/I)... | (U/I)... |
| UCA 1: | Un par esta bien por lo menos *man. Yeah,* este, esta, esta bonito (I/I)... *four (4) wheel drive* ¿verdad? | At least a couple would be good man. Yeah, this one, this one, this one is nice (U/I)... four (4) wheel drive right? |
| RODIL: | *It is, yeah,* it is, yeah.(I/I)... | It is. Yeah it is, (U/I)... |
| UCA 1: | (I/I). | (U/I). |
| DANIEL: | *V six (6) (I/I)... wheel drive* [AL FONDO: Radio.] *All right. Two (2) wheel or all wheel?* | V six (6) (U/I)... wheel drive, [BACKGROUND: Radio plays.] All right. *Two (2) wheel or all wheel?* |
| CS: | (I/I)... | (U/I)... |
| DANIEL: | (I/I)... | (U/I)... |
| UCA 1: | *Two (2) wheel.* [AL FONDO: Ruidos de movimiento.] Esta bien. | Two (2) wheel. [BACKGROUND: Sounds of movement.] That's fine. |
| DANIEL: | (I/I)... **y** las otras no. | (U/I)... and the others don't. |
| UCA 1: | *Yeah* esta levantadita parece *four (4) wheel drive.* | Yeah. It's a little lifted up; it looks like four (4) wheel drive. |
| CS: | (I/I). | (U/I). |
| UCA 1: | *Yeah* de una vez ¿Lo hacemos? | Yeah while you're at it. Should we do it? |
| CS: | Es que no mas andamos un *switch* y este mismo vamos a usar para todos. | It's just that we only have one (1) switch and we're going to use it for all of them. |
| ENRIQUE: | *Oh yeah.* [RÍE] | Oh yeah. [LAUGHS] |
| UCA 1: | Okey *ya, ya de una vez. Yeah* [AL FONDO: Ruidos de movimiento] ¿Cómo estas *man?* | Okay now, while you're at it. Yeah [BACKGROUND: Sounds of movement] How are you man? |
| CS: | (I/I)... | (U/I)... |
| UCA 1: | Vendi, vendí el Suburban. El que tenia (I/I). Lo vendí, yeah. | I sold the, I sold the Suburban. The one that (U/I). I sold it, yeah. |

SF16CR05SF0045
ROI: 260, 261

# EXHIBIT D

1

| SYNOPSIS: | STOLEN VEHICLE PURCHASE |
|---|---|
| CASE NUMBER: | SF16CR05SF0045 |
| TARGET: | RODRIGO MOLINA a.k.a LIL PAYASO |
| ID NUMBER: | DH094 1 OF 3 |
| ROI: | 236 |
| AUDIO TYPE: | BODY WIRE |
| LOCATION: | 365 PITTSBURG AVE RICHMOND, CA |
| DATE: | OCTOBER 19, 2006 |
| TIME: | 21:45 (PER REPORT) |
| PARTICIPANTS. | RODRIGO MOLINA a.k.a LIL PAYASO |

DRAFT

|  | UNDERCOVER AGENT 1 | (UCA 1) |
|---|---|---|
|  | UNDERCOVER AGENT 2 | (UCA 2) |
|  | UNDERCOVER AGENT 3 | (ENRIQUE) |
|  | UNKNOWN FEMALE | (UF) |
| TRANSCRIBER BY. | CTI01 | |
| TRANSLATED BY: | CTI01 | |
| NOTATIONS: | ININTELIGIBLE (UI) / UNINTELLIGIBLE (UI) | |

ITALIZED TEXT SPOKEN IN ENGLISH
**DEVIL HORNS PERTINENT EVIDENCE REVIEW**

| Subject Matter | Relevance | Prosecution | Reviewed By | Date |
|---|---|---|---|---|
| RICO | | | | |
| Firearms | | | | |
| Narcotics | | | | |
| Stolen Vehicles | | | | |
| Other | | | | |
| Remarks: | | | | |

CASE # SF16CR05SF0045
ROI: 236 Call 1 of 3

T000617

| | [VOCES ENTRECRUZADAS] | [VOICES OVERLAP] |
|---|---|---|
| RODRIGO: | Y tiene unos rines... | And it has rims. |
| | [VOCES ENTRECRUZADAS] | [VOICES OVERLAP] |
| UCA 1: | (U/I). | (U/I)... |
| | [VOCES ENTRECRUZADAS] | [VOICES OVERLAP] |
| RODRIGO: | ...y tiene unos rines negros. | ...and it has some black rims. |
| UCA 1: | ¿Sí? | Yeah? |
| RODRIGO: | Aja. | Uh-huh. |
| ENRIQUE: | ¿Cuándo lo puedes traer? | When can you bring it? |
| RODRIGO: | Para mañana por sino lo quieren hacerlo muy noche, por que lo puedo ir a traer ahorita, mas noche pero si me tardaría ir hasta San Francisco. | By tomorrow if you guys don't want to do it too late, because I can go get it later today, but it would take me a while to go to San Francisco. |
| UCA 1 | Oooh. ¿Cómo esta el trafico ahorita? | Oooh, what's traffic like right now? |
| RODRIGO: | Mm, esta normal, no hay nada. (U/I)... tranquilo, Pero si no yo se los puedo traer mañana. | Mm, it's okay, there is nothing. (U/I)... pretty smooth, Otherwise I can bring it tomorrow. |
| UCA 1: | Sí. | Yeah. |
| RODRIGO: | Esta bonito es un carrito negro, un Honda. | It's nice, it's a black car, it's a Honda. |
| UCA 2: | ¿Un Lexus? | A Lexus? |
| RODRIGO: | ¿Ah? No, es un Honda. | Huh? No it's a Honda. |
| UCA 1: | Le ponemos una placa de Lexus | We can put a Lexus plate on it. |
| RODRIGO: | Si man. | Yeah man. |
| ENRIQUE: | (U/I)... de Lexus | (U/I)... a Lexus |
| RODRIGO: | Al ratito (U/I) | In a minute (U/I) |
| UCA 1: | Yeah, Bueno ¿qué, que horas son? Van hacer las 10:00, I don´t know man. ¿Cuanto quieres por este? | Yeah, well, what time is it? It's going to be 10:00, I don't know man How much do you want for this one. |
| RODRIGO: | Lo mismo de la, de la otra vez. | The same as last time. |
| UCA 1: | Esta muy viejo man, como te digo el otro, después boteseamos y no dijo, "dile mucha feria a ese muchacho man." | It's too old man, like I'm telling you the other one, after we negotiated and didn't.. he/she said, "tell that guy that it's too expensive man " |
| RODRIGO: | Dame cinco (5) pues. | Give me five (5) then. |
| UCA 1: | ¿Cinco (5)? | Five (5)? |
| RODRIGO: | Tiene stereo | It has a stereo |
| UCA 1: | ¿No tiene stereo? (U/I) | It doesn't have a stereo? |
| RODRIGO: | Tiene (U/I)... | It has (U/I)... |
| ENRIQUE: | Ah... | Oh... |
| UCA 1: | | Yeah. |

CASE # SF16CR055F0045
ROI: 236 Call 1 of 3

5

| ENRIQUE: | ¿Cuatro (4) no? | How about four (4)? |
|---|---|---|
| UCA 1: | [RIE] | [LAUGHS] |
| RODRIGO: | [SUSPIRA] Man. | [SIGHS] Man. |
| UCA 1: | Esta viejecito el carrito *man* | The car is old man. |
| RODRIGO: | (I/I)... | (U/I)... |
| UCA 2: | ¿No esta chocado? | Is it crashed? |
| RODRIGO: | No. | No. |
| UCA 1: | (I/I). | (U/I) . |
| UCA 2: | [RIE] | [LAUGHS] |
| UCA 1: | ¿Siempre cuatro (4)? | So four (4) then? |
| RODRIGO: | Esta bien. | Fine. |
| UCA 1: | ¿Sí? Okey ah, vamos a abrir para ponerlo (I/I)... aquí de una vez, sí para... [AL FONDO: Ruido de vehículo] [PAUSA] (I/I), *that's fucken old dude (I/I)* | Yeah? Okay, we're going to open up in order bring it (U/I)... all at once so... [BACKGROUND: Vehicle noises] [PAUSE] (U/I), that's fucken old dude. |
| UCA 2: | | That's not a Lexus. (U/I) |
| UCA 1: | 92 (I/I)... [AL FONDO: Ruido de motor de vehículo] Ay güey | 92 (U/I).. [BACKGROUND: Vehicle motor noise.] Damn dude |
| UCA 2: | | 300 now. [LAUGHS] that shit won't start. |
| UCA 1: | *Yeah* me llamo el. ah Mackey | Yeah, uh. Mickey called me. |
| RODRIGO: | ¿Ahorita? | Right now? |
| UCA 1: | Si ahorita que venías. | Yeah. when you were coming |
| RODRIGO: | (I/I)... "ey me llamo tu tío." | (U/I)... "hey your uncle called." |
| UCA 1 | (I/I)... que va para allá | (U/I)... and is on his way. |
| RODRIGO: | Si yo hable con el. | Yeah I talked to him |
| UCA 2: | (I/I)... | (U/I)... |
| RODRIGO: | Nah (I/I)... | Nah (U/I)... |
| UCA 2 | ¿Tu puedes uh, comprar uno uh, diferente? | Can you buy uh, a different one? |
| RODRIGO: | Sí... | Yes |
| | [VOCES ENTRECRUZADAS] | [VOICES OVERLAP] |
| UCA 1 | Que no sea un Honda. | One that is not a Honda |
| RODRIGO: | sí | yes |
| UCA 2: | (I/I)... uh... | (U/I)... uh... |
| RODRIGO: | Por que también tenía una van, (I/I) una van pero es una 96 (I/I). | Because I also had a van, (U/I) a van but it's a 96 (U/I). |
| UCA 1 | Aja. | Uh-huh. |
| RODRIGO: | No sé si también (I/I) | I don't know if (U/I)... also |
| UCA 1: | ¿Qué año es? | What year is it? |
| RODRIGO: | 97 Plymouth 97, 96 | 97 Plymouth 97, 96. |
| UCA 1: | [STUTTERS] Esta, esta, esta ... | [STUTTERS] Is it, is it, is it .. |
| RODRIGO: | Esta nitida corre bien y todo. | It's neat, it runs great and everything. |

CASE # SF16CR05SF0045
ROI: 236 Call 1 of 3

# EXHIBIT E

1

| | |
|---|---|
| **SYNOPSIS:** | STOLEN VEHICLE PURCHASE |
| **CASE NUMBER:** | SF16CR05SF0045 |
| **TARGET:** | MARVIN CARCAMO a.k.a CYCO<br>(SEE OTHER PARTICIPANTS BELOW) |
| **ID NUMBER:** | DH094 2 OF 3 |
| **ROI:** | 236 |
| **AUDIO TYPE:** | BODY WIRE |
| **LOCATION:** | 365 PITTSBURG AVE<br>RICHMOND, CA |
| **DATE:** | OCTOBER 19, 2006 |
| **TIME:** | 2/:30 (PER REPORT) |
| **PARTICIPANTS:** | MARVIN CARCAMO a.k.a CYCO |
| | SA-1218-SF a.k.a CS |
| | MARLON LUMANG |
| | ARISTIDES CARCAMO a.k.a EL INDIO |
| | UNDERCOVER AGENT 1 (UCA 1) |
| | UNDERCOVER AGENT 2 (UCA 2) |
| | UNDERCOVER AGENT 3 (ENRIQUE) |
| **TRANSCRIBER BY:** | CTI01 |
| **TRANSLATED BY:** | CTI01 |
| **NOTATIONS:** | ININTELIGIBLE (M) - UNINTELLIGIBLE (UI) |
| | *ITALIZED* TEXT SPOKEN IN ENGLISH |

DRAFT

### DEVIL HORNS PERTINENT EVIDENCE REVIEW

| Subject Matter | Relevance | Prosecution | Reviewed By | Date |
|---|---|---|---|---|
| RICO | | | | |
| Firearms | | | | |
| Narcotics | | | | |
| Stolen Vehicles | | | | |
| Other | | | | |
| Remarks | | | | |

CASE # SF16CR05SF0045
ROI: 236 2 of 3

T000626

| | sea. | anything. |
|---|---|---|
| UCA 1: | Vamonos para alla. | Let's go over there. |
| ENRIQUE: | Ey. | Hey. |
| UCA 1: | Ey. | Hey. |
| CS: | (U/I) | (U/I). |
| UCA 2: | (U/I)... | (U/I). |
| CS: | (U/I) ...ready it?] | (U/I)... ready (U/I). |
| ENRIQUE: | ¿Se lo van a llevar? | Are you going to take it? |
| CS: | No este no. | No, not this one. |
| ENRIQUE: | ¿Este no? | Not this one? |
| UCA 1: | [RIE] | [LAUGHS] |
| | [AL FONDO: Ruidos de golpecitos.] | [BACKGROUND: Tapping sounds] |
| ENRIQUE | Ey (U/I) | Hey. (U/I). |
| CS: | Allí no mas, esta pesado. | Just there, it's heavy. |
| UCA 1: | ¿Pesado? | Heavy? |
| ENRIQUE: | ¿Pesado? | Heavy? |
| UCA2: | Quiénes (U/I) [RIE], ¡No! | Who (U/I) [LAUGHS] No! |
| UCA 1: | Este... uh ¿qué año es? | So... uh. what year is it? |
| MARVIN: | Oh, jmm... (U/I). | Oh, hmm... (U/I). |
| UCA 1: | Damn. | Damn. |
| CS: | (U/I)... | (U/I). |
| UCA 1: | Or 2000. | Or 2000. |
| MARVIN: | (U/I). | (U/I)... |
| UCA 2 | Trae un *motherfucker* más nuevo man. [RIE] | Bring a newer motherfucker man. [LAUGHS] |
| UCA 1: | Por que dijo Rodrigo (U/I) .. *this*. El otro, el otro que trajeron (U/I) .. | Because Rodrigo said (U/I) .. this. The other one, the other one you guys brought (U/I). |
| | [VOCES ENTRECRUZADAS] | [VOICES OVER LAP] |
| MARLON: | (U/I) | (U/I)... |
| | [VOCES ENTRECRUZADAS] | [VOICES OVERLAP] |
| UCA 2: | ...lo limpiamos (U/I) ... lo limpiamos estaba, estaba bien. [PAUSA] estaba bien uh .., no estaba muy bien (U/I) *man*. Se acaba de ir el vato. | ...we cleaned it (U/I)... we cleaned it, it was, it was really ... [PAUSE] it was real uh.. it wasn't that great (U/I).. man. The guy just left too |
| CS | Lo estaba llamado, dijo que tal vez iba ir agarrar otro por allí. | I was calling him. He said that he would possibly go and get another one somewhere. |
| ENRIQUE | Él dijo que (U/I)... | He said that (U/I)... |
| | [VOCES ENTRECRUZADAS] | [VOICES OVERLAP] |
| UCA 1: | (U/I)... | (U/I). |
| | [VOCES ENTRECRUZADAS] | [VOICES OVERLAP] |
| ENRIQUE: | Dijo que iba ir pero quien sabe si | He said he was going but who |

| | | |
|---|---|---|
| | la hace. | knows if he will make it. |
| MARVIN: | Sí, a ver si... | Yeah, we'll see... |
| CS: | ¿Qué, no quieren que se los meta de un solo allí? | What, you guys don't want him to put it in all the way in? |
| ENRIQUE: | (U/I)... pero la otra vez (U/I)... estaba bien gacho | (U/I)... but last time (U/I)... it was messed up |
| UCA 1: | Yeah, este uh... | Yeah, uh.. . |
| CS: | Este por lo menos se ve, se ve clean | So yeah, at least it, it looks clean. |
| UCA 2: | ¿Quién le quitó el estéreo? | Who took the stereo? |
| MARVIN: | ¿Ah? | Huh? |
| UCA 2: | ¿Quién le quitó el estéreo? | Who took the stereo out? |
| CS: | Ya venía sin estéreo. | It didn't have a stereo? |
| UCA 2: | ¿Ya venía así? [PAUSA] Damn! | Was it that way already? [PAUSE] Damn! |
| UCA 1: | No más Hondas traes O... | You only bring Hondas or... |
| MARVIN: | Pues sí, no mas son los que tienen acceso a agarra más fácil los muchachos. | Yeah well, for the guys, these are the easiest to access and take |
| CS: | Al ratito te traen de algo otro. | Later on they'll bring you another kind. |
| UCA 1: | ¿Sí? | Yeah? |
| MARVIN: | No más déjalos que se ponga un poco mas... | Just let them get a little more... |
| UCA 1: | Por que ¿no están llevando los carros mejores a otro lugar verdad? [RÍE] ¿No? | Because you're not taking the better cars to another place right? [LAUGHS] No? |
| CS: | [AL FONDO: Ruido de tren] No creo, o pues tal vez ese ya empiezan a pagar un poco mas mejor. | [BACKGROUND: Train sounds.] I don't think so; you might be able to get paid a little more for this one. |
| UCA 1: | Yeah pero..., yeah si trae algo mejor, sí pagan mejor | Yeah but... yeah if he brings something better, they'll pay it better. |
| CS: | (U/I)... business allí, muchachones | (U/I)... business there, guys. |
| ENRIQUE: | Sí. | Yes. |
| MARLON: | (U/I)... | (U/I)... |
| UCA 1: | Huh? | Huh? |
| CS: | (U/I)... Si aquí entre mejores se vean los carritos, mejores le van a pagar. | (U/I)... The better a car looks the better you'll get paid. |
| UCA 1: | Si pero no, no más puros Hondas. Si puede ver algo mejor, también. Algo que se mire limpio. | Yeah but, not only Hondas. If there is something better then that too, something that looks clean. |
| CS: | Como aquella. | Like that one. |

CASE # SF16CR05SF0045
ROI: 236 2 of 3

T000629

8

| Speaker | Spanish | English |
|---|---|---|
| UCA 1: | *Yeah por que... when was it. uh Rodrigo, last week he said, "ah yeah I'll bring you a Lexus nice and clean.* | Yeah because... when was it, uh, Rodrigo, last week he said, "oh yeah I'll bring you a Lexus nice and clean. |
| MARVIN: | ¿Cuánto dan por una troca? | How much will you pay for a truck? |
| UCA 1: | ¿Que clase de troca? | What kind of truck? |
| | [VOCES ENTRECRUZADAS] | [VOICES OVERLAP] |
| ENRIQUE: | ¿Que clase de troca? | What kind of truck? |
| MARVIN | Una troca de..., una... Chevy de... una troca, hay la Chevy y esta la, la, la ... | A truck that... a... Chevy truck. There's a Chevy and there's the, the, the. |
| UCA 1: | ¿Esta limpia? ¿Limpia, limpia? *I mean...* | Is it clean, clean, clean? I mean ... |
| MARVIN. | (U/I). | (U/I) |
| UCA 1: | *Yeah?* No, I mean, *depende* you know, *que, que, nuevo sea y que, que...* | Yeah? No, I mean it depends on how new it is and what, and what.. |
| | [VOCES ENTRECRUZADAS] | [VOICES OVERLAP] |
| ENRIQUE | (U/I)... | (U/I)... |
| | [VOCES ENTRECRUZADAS] | [VOICES OVERLAP] |
| UCA 1. | ...que condición. *Yeah* que condición. Si me llamas y me dices, "sabes que tengo un Dodge Durango, esta limpia, tiene estéreo, *rims" you know* | ...what condition it's in. Yeah, what condition. If you call me and tell me, "you know I have a Dodge Durango, it's clean, it has a stereo, rims ." you know. |
| MARVIN: | Con (U/I) y todo viene. | It comes with (U/I) and everything. |
| CS: | Agarren el numero de el también por que... | Get his number too because... |
| UCA 1: | Si te doy el numero, el numero para... y el, y el [TARTAMUDEA] de Enrique, yo no voy a estar para la próxima semana pero Enrique o Manuel. | Yeah I'll give you the number, the number to... and, and [STUTTERS] Enrique's too, I won't be here next week but Enrique or Manuel... |
| MARVIN: | Ajá. | Uh-huh. |
| UCA 1. | Este... y ah. Si hayns algo, llama *you know,* llama y, y hacemos *business man.* Pero yo quiero algo *nice,* si sabes como (U/I)... *because* los clientes son los que mandan *you know.* | Uh... and uh. If something comes up call you know, call and, and we'll do business, man. But I want something nice. Do you know how (U/I)... because the customers are the ones who call the shots. |
| MARVIN | Si, si. | Yes, yes. |
| UCA. | Si (U/I).. | Yes (U/I). |
| CS. | ... Ya le están aburriendo los Hondas? | Are you guys getting bored of Hondas? |
| UCA 1: | Eso, *yeah* por que por nada están todos. Hay muchos que traen | Yeah, because well they're there for nothing. Too many people have |

CASE # SF16CR05SF0045
ROI: 236 2 of 3

9

| | | |
|---|---|---|
| | Honda ¿me entiendes?: y, y quiero hallar alguien, que me, que me arregle con algo... | Hondas you understand? And, and I want to find someone that will, that will fix me up with something... |
| MARVIN: | Yo te aviso esta semana. | I'll let you know this week. |
| UCA 1: | Si, okey, entonces te dames los dos (2) números pero tienes que llamar a Enrique *next week*. | Yeah okay, so then we'll give you the two (2) numbers but you have to call Enrique next week. |
| MARVIN: | (U/I). | (U/I). |
| UCA 1: | Yeah. | Yeah. |
| UCA 2: | Okey. (U/I). | Okay. (U/I) |
| ENRIQUE: | Buy it | Buy it. |
| MARVIN: | ¿Y una van igual a esta? | What about a van like this one? |
| UCA 2: | *Van?* | Van? |
| MARVIN: | ¿No? | No? |
| UCA 1: | Una troca esta bien *S.U.V*, esta bien *you know*. Honda's tambien pero algo mas nuevo you know | A truck is good an S.U.V is good you know. Hondas too but they have to be newer |
| MARVIN: | Uno más nuevo ya. | Something that's newer, yeah. |
| ENRIQUE: | Si. | Yeah. |
| UCA 1: | Si algo nice. | Yeah something nice |
| ENRIQUE: | Estéreo aunque sea ¿No? | With a stereo at least. Right? |
| UCA 1: | [RIE] Con estéreo *yeah* | [LAUGHS] Yeah with a stereo. |
| MARLON: | (U/I)... | (U/I). |
| UCA 1: | *Yeah it don't matter bro, it don't matter man, you know. It's a market, you know markets, and that's what we're all about. We export (U/I)... we export so... once we get it out you know and then it gets to the other side but... (U/I), you know but you can't go around the corner and take it back. So...* | Yeah it don't matter bro, it don't matter man, you know. It's a market, you know markets, and that's what we're all about. We export (U/I) .. we export so... once we get it out you know and then it gets to the other side but... (U/I)... you know but you can't go around the corner and take it back. So... |
| UCA 2: | *No refunds fool.* | No refunds fool. |
| UCA 1 | *No refunds yeah.* Ya que llegue alla tu sabes este ...por que pues va salir lejos el carro. | No refunds yeah. Once it's there you know uh .. because you know the cars going far. |
| MARVIN: | *Yeah yo se.* | Yeah I know. |
| UCA 1: | *Yeah*, so nosotros queremos quedar bien y no mas estamos aqui varios dias y tenemos que ir a otro lugar a buscar tambien. *So* por eso no mas estamos aqui un par de dias por semana, este... por que tu tienes que hallar *you know the market, find a market.* | Yeah so we want to look good and we're only here for a few days and we have to go to another place and look too. So that's why we are only here for a few days a week.  Uh... because you have to find a market you know. Find a market. |
| MARVIN: | Yo les aviso. | I'll let you guys know. |

CASE # SF16CR05SF0045
ROI: 256 2 of 3

T000634

# EXHIBIT F

More excerpts

1

| | |
|---|---|
| SYNOPSIS: | STOLEN VEHICLE PURCHASE |
| CASE NUMBER: | SF16CR05SF0045 |
| TARGETS: | DANIEL GONZALEZ-ULLOA a.k.. D |
| | RODIL NOCHEZ a.k.a NOCHEZ a.k.a CHINO |
| ID NUMBER: | DH.02 3 OF 3 |
| ROI: | 260, 261 |
| AUDIO TYPE: | BODY WIRE |
| LOCATION: | 365 PITTSBURG AVE  RICHMOND, CA |
| DATE: | JANUARY 9, 2007 |
| TIME: | 17.06 |
| PARTICIPANTS: | DANIEL GONZALEZ-ULLOA a.k.a D |
| | RODIL NOCHEZ a.k.a NOCHEZ a.k.a CHINO |
| | SA-1211-SF a.k.a CS |
| | UNDERCOVER AGENT 1 (UCA 1) |
| | UNDERCOVER AGENT 2 (ENRIQUE) |
| TRANSCRIBED BY: | CT101 |
| TRANSLATED BY | CT101 |
| NOTATIONS. | ININTELIGIBLE (I/I) / NINTELLIGIBLE (U/I) |
| | ITALIZED TEXT SPOKEN IN ENGLISH |

DRAFT

DEVIL HORNS PERTINENT EVIDENCE REVIEW

| Subject Matter | Relevance | Prosecution | Reviewed By | Date |
|---|---|---|---|---|
| RICO | | | | |
| Firearms | | | | |
| Narcotics | | | | |
| Stolen Vehicles | | | | |
| Other | | | | |
| Remarks | | | | |

CASE # SF16CR05SF0045
ROI: 260 & 261

T000670

13

| UCA 1: | *Yeah.* | Yeah. |
|---|---|---|
| DANIEL: | *You know? Si eso esta alli no hay problema. No...* | You know? If that is there, there is no problem. No... |
| | [VOCES ENTRECRUZADAS] | [VOICES OVERLAP] |
| UCA 1: | *Yeah no....* | Yeah no... |
| | [VOCES ENTRECRUZADAS] | [VOICES OVERLAP] |
| DANIEL: | (I/I)... | (U/I)... |
| UCA 1: | No yo creo que sé va, como te digo, como yo no estaba, yo creo que se... *you know?* | No I think he'll leave, like I said, since I was not there, I think that  you know? |
| ENRIQUE: | *Hell yeah.* | Hell yeah. |
| UCA 1: | *Yeah.* Ojala podamos hacer (I/I) negocio con él también si quiere *you know,* no haya problema. | Yeah. Hopefully we can (U/I) do some business with him as well, you know, and that there aren't any problems. |
| DANIEL: | *Yeah.* | Yeah. |
| UCA 1: | Por que hay veces que hay y hay veces que no hay. *So* tiene uno que quedar bien con los, con los ah... | Because you know that sometimes there are sometimes there aren't. So one has to look good with the, with the uh... |
| ENRIQUE: | [TOSE] | [COUGHS] |
| UCA 1: | ...con las otras personas (I/I). | ...with the other people (U/I)... |
| | [AL FONDO: Todos hablan al mismo tiempo] | [BACKGROUND: Everyone speaks at the same time.] |
| UCA 1: | Esta bien no hay problema. | That's fine, no problem. |
| DANIEL: | *Nothing wrong* (I/I)... | Nothing wrong (U/I)... |
| UCA 1: | *Yeah?* | Yeah? |
| DANIEL: | *(U/I)... whatever (U/I) you guys want to do it.* | (U/I)...whatever (U/I)... you guys want to do it. |
| UCA 1: | *Yeah,* (I/I) ahora hay que (I/I)... Acabamos de regresar andamos moviéndonos so... Haber que... | Yeah, (U/I) now we should (U/I)... We just got back we're moving around so... Let's see what... |
| ENRIQUE: | [AL FONDO: (I/I) ] | [BACKGROUND: (U/I) ..] |
| UCA 1: | Vamos hablar a ver si puede agarrar un Lexus. Me gustaria agarrar un Lexus (I/I) tu sabes y este ah... | We'll talk to see if we can get a Lexus. I would like to get a Lexus (U/I) you know and uh... |
| ENRIQUE: | (I/I)... | (U/I)... |
| DANIEL: | Esos no traen GPS, yo he agarrado (I/I)... | Those don't come with GPS, I have gotten (U/I)... |
| UCA 1: | *Yeah.* | Yeah. |
| DANIEL: | Yo el único que tuve fue el GX | The only one I had was a GX. |
| UCA 1: | *Uh-huh* | Uh-huh. |
| DANIEL: | *470.* | 470. |
| UCA 1: | *Uh-huh.* | Uh-huh. |

CASE # SF16CR05SF0045
ROI: 260 & 261

14

| DANIEL.: | Y... (I/I)... | And.. (U/I)... |
|---|---|---|
| UCA 1: | (I/I)... | (U/I)... |
| ENRIQUE: | Tienen que cuidar con los (I/I) [RIE] | You have to take care of (U/I)... [LAUGHS] |
| DANIEL: | (I/I)... nada. | (U/I)... nothing. |
| UCA 1: | Uh-huh (I/I)... | Uh-huh (U/I)... |
| DANIEL: | I found out (U/I). | I found out (U/I)... |
| UCA 1: | Oh really? | Oh really? |
| ENRIQUE: | [TOSE] | [COUGHS] |
| DANIEL: | (I/I)... why am I going to (U/I)... if there's no (U/I)... | (U/I)... why am I going to (U/I)... if there's no (U/I)... |
| UCA 1: | Yeah. | Yeah. |
| DANIEL | I'm going to try to low jack it. | I'm going to try to low jack it. |
| UCA 1: | Yeah. | Yeah. |
| DANIEL: | Yo te lo puedo hacer así (I/I)... GX. | I can do it that way (U/I)... GX |
| UCA 1: | Uh-huh, yeah, este hay ah... habla con el vato y haber si quiere un (I/I)... por un Lexus (I/I).. | Uh-huh, yeah, so there are uh... talk to the dude and see if he wants some (U/I)... for a Lexus (U/I)... |
| ENRIQUE: | [TOSE] [VOCES ENTRECRUZADAS] | [COUGHS] [LAUGHS] [VOICES OVERLAP] |
| DANIEL: | Yeah. [VOCES ENTRECRUZADAS] | Yeah. [VOICES OVERLAP] |
| UCA 1: | (I/I)... [VOCES ENTRECRUZADAS] | (U/I)... [VOICES OVERLAP] |
| ENRIQUE: | [RIE] | [LAUGHS] |
| UCA 1: | ...entonces podemos contar con uno de esos. (I/I)... pues se haya ¿verdad? | ...so then we can count on one of those. (U/I)... you can find one right? |
| ENRIQUE: | [AL FONDO: RIE] | [BACKGROUND: LAUGHS] |
| DANIEL: | I'm going to give you a *call later*. | I am going to give you a call later. |
| UCA 1: | Yeah, todavía tienes mi numero ¿verdad? | Yeah, you still have my number right? |
| DANIEL: | Uh... yo lo tengo. yeah. | Uh... I have it, yeah. |
| UCA 1: | Yeah, llama cuando quieras. | Yeah, call whenever you'd like. |
| | [AL FONDO: Ruido de vehículos.] | [BACKGROUND: Car noise.] |
| DANIEL.: | You got my phone number (U/I) | You got my number (U/I)... |
| UCA 1: | Yeah. (I/I)... | Yeah. (U/I)... |
| ENRIQUE: | [AL FONDO: (I/I)...] | [BACKGROUND: (U/I)...] |
| DANIEL: | (I/I)... | (U/I)... |
| ENRIQUE: | [TOSE] | [COUGHS] |
| UCA 1: | Yeah. | Yeah. |
| DANIEL: | (I/I)... I just (U/I)... that's it. | (U/I)... I just (U/I)... that's it. |
| UCA 1: | Yeah. | Yeah. |

CASE # SF16CR05SF0045
ROI: 260 & 261