SETH P. CHAZIN (CSBN 133777)
**Attorney at Law**
**1164 Solano Avenue**
**Albany, CA 94706**
**Telephone: (510) 507 - 8100**
**Facsimile: (510) 525 – 0087**

**Attorney for Defendant**
**RODIL NOCHEZ**

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: CR-08-0730-WHA |
| PLAINTIFF, | ORDER ISSUING SUBPOENA FOR DOCUMENTS OR OBJECTS IN A CRIMINAL CASE |
| V. | |
| RODIL NOCHEZ, ET AL., | |
| DEFENDANTS. | |

GOOD CAUSE APPEARING THEREFORE, IT IS HEREBY ORDERED that the attached Subpoena to Produce Documents or Objects in a Criminal Case issue directing the Custodian of Records for the California Highway Patrol to produce the documents listed in the Attachment to that Subpoena.

IT IS FURTHER ORDERED that the California Highway Patrol produce any responsive documents within 14 days of service of the subpoena.

DATED: December 31, 2009



_____
HONORABLE WILLIAM ALSUP
UNITED STATES DISTRICT COURT JUDGE

8

CAND 89B (Rev. 1/06) Subpoena to Produce Documents or Objects in a Criminal Case

# UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

United States

V.

Ivan Cerna, et al.

**SUBPOENA TO PRODUCE DOCUMENTS OR OBJECTS IN A CRIMINAL CASE**

Case Number: CR 08-0730WHA

TO:

Custodian of Records
California Highway Patrol
Golden Gate Investigative Services Unit
1515 Clay Street #1602
Oakland, CA 94612

YOU ARE COMMANDED to produce at the place, date, and time specified the document(s) or object(s) indicated below. If compliance would be unreasonable or oppressive, you may file a motion requesting the court to quash or modify the subpoena, to review the documents *in camera*, or to permit production only pursuant to a protective order.

| PLACE | COURTROOM/JUDGE |
|---|---|
| ☑ United States Courthouse<br>450 Golden Gate Avenue<br>San Francisco, CA 94102 ☐ United States Courthouse<br>280 South First Street<br>San Jose, CA 95113 ☐ United States Courthouse<br>1301 Clay Street<br>Oakland, CA 94612 | Ctrm 9 Hon. Alsup |
| If the document(s) or object(s) are produced in advance of the date specified, either to the court in an envelope delivered to the clerk's office or to the issuing attorney whose name and address appears below, no appearance is necessary. | DATE AND TIME<br>within 14 days |

The following document(s) or object(s) shall be produced:

Please see attachment

NOTE: Parties requesting a subpoena requiring the appearance of a witness to testify at a criminal proceeding or to testify and bring documents to a criminal proceeding, must use Form CAND 89A, *Subpoena to Testify in a Criminal Case*. Forms are available at the Court's Internet site: http://www.cand.uscourts.gov.

| U.S. MAGISTRATE JUDGE OR CLERK OF COURT<br>RICHARD R. WIEKING | DATE<br>December 31, 2009 |
|---|---|
| (By) Deputy Clerk *[signature]* | |

ATTORNEY'S NAME, ADDRESS AND PHONE NUMBER:

Seth P. Chazin
1164 Solano Ave, Albany, CA 94706
(510) 507-8100

| CAND 89B (Rev. 1/06) Subpoena to Produce Documents or Objects in a Criminal Case |||
|---|---|---|
| **PROOF OF SERVICE** |||
| RECEIVED BY SERVER | DATE | PLACE |
| SERVED | DATE | PLACE |
| SERVED ON (PRINT NAME) || FEES AND MILEAGE TENDERED TO WITNESS <br> ☐ YES    ☐ NO    AMOUNT $ _____ |
| SERVED BY (PRINT NAME) || TITLE |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Proof of Service is true and correct.

Executed on _____
　　　　　　　DATE

　　　　　　　　　　　　　　　　　　　　SIGNATURE OF SERVER

　　　　　　　　　　　　　　　　　　　　ADDRESS OF SERVER

ADDITIONAL INFORMATION

## ATTACHMENT TO SUBPOENA TO PRODUCE DOCUMENTS

*United States v. Cerna*, et al., CR 08-0730 WHA

A. **DEFINITIONS**

1) "DOCUMENT" includes, but is not limited to, the following: all writings, imprints, or electronic data compilation, of any kind, including the originals and all nonidentical copies, whether different from the original by reason of any notation made on such copies or otherwise, including without limitation: correspondence; memoranda; notes; diaries; statistics; letters; e-mails; materials; invoices; orders; directives; interviews; telegrams; minutes; reports; studies; statements; notebooks; affidavits; drawings; images; transcripts; summaries; pamphlets; brochures; calendars; agreements; contracts; stenographic notes; books; publications; interoffice and intraoffice communications; notations of any sort of conversations, telephone calls, meetings or other communications; bulletins; printed matter; teletype; telefax; worksheets; and all drafts, alterations, modification, changes and amendments of any of the foregoing; graphic or aural recordings or representations of any kind, including without limitation, photographs, charts, graphs, microfiche, microfilm, videotape, records, motion pictures or any other information retrieval systems; and electronic, mechanical, computerized or electrical recordings or representations of any kind, including without limitations tapes, cassettes, cartridges, discs, chips, and records.

2) The INDICTMENT refers to the Third Superseding Indictment, filed on September 24, 2009 in the matter of United States v. Cerna, et al., Northern District of California Case No. CR 08-0730 WHA.

3

3) "MS-13" refers to La Mara Salvatrucha. According to the INDICTMENT, La Mara Salvatrucha "is a national and international criminal organization with over 10,000 members regularly conducting gang activities in at least twenty states and the Dstirct of Columbia, as well as in Mexico, Honduras, Guatemala, and El Salvador."

4) The singular of each term or word used herein includes the plural and the plural includes the singular.

**B.     INSTRUCTIONS**

1) DOCUMENTS shall be produced together as a group if they are maintained as a group in the ordinary course of business. DOCUMENTS that are stapled or fastened together should be stapled or fastened together when produced.

2) DOCUMENTS shall be produced in an order corresponding to each paragraph of this DOCUMENT request, or, in the alternative, they may be produced in the same order in which they are maintained in the ordinary course of business.

3) If you refuse to produce any DOCUMENT herein requested under a claim of privilege, work product, or other reason for non-production, you are requested to submit, in lieu of each DOCUMENT, a privilege log which:

> a) identifies the privilege, work product, or other asserted reason for non-production;
>
> b) describes the nature and general topic of the type of DOCUMENT;
>
> c) identifies the person who prepared the DOCUMENT and any persons to whom the DOCUMENT was sent or disclosed;
>
> d) identifies any person who has seen or had possession of the document; and,

4

    e) specifies the dates on which the DOCUMENT was prepared transmitted and received.

  4) If any DOCUMENT herein requested was formerly in your possession, custody or control, and has been lost, discarded, or destroyed, you are to submit a written statement that:

    a) describes in detail the nature of the DOCUMENT and its contents;

    b) identifies the person who prepared the DOCUMENT and, if applicable, the person or persons to whom the DOCUMENT was sent or disclosed;

    c) identifies any person who has had possession of the DOCUMENT;

    d) specifies the date(s) on which the DOCUMENT was prepared, transmitted, or received;

    e) specifies the date on which the DOCUMENT was lost or destroyed, and, if destroyed, the conditions of and reasons for such destruction and the persons requesting and performing the destruction; and,

    f) identifies any person with knowledge of the contents or any portion of the contents of the DOCUMENT.

  5) If compliance would be "unreasonable or oppressive," you "may file a motion to quash or modify the subpoena, for an in camera review of the documents, or for an order to permit production only pursuant to a protective order."

**C. DOCUMENTS REQUESTED**

  1) Produce all DOCUMENTS, including but not limited to, any and all personnel files and any and all records of complaints, oral or written, made by any citizen, officer or administrator as to the officer's character for honesty or integrity, character for violence,

destruction or altering of evidence, or any other misconduct, for the following CHP officers who are currently or were in the past employed by the California Highway Patrol:

    a) Xavier Spencer, Badge No. 13725

    b) Benny Rodriguez, Badge No. 17478

    c) Mark Locey, Badge No. 15566

    d) Michael Moses, Badge No. 12579

    e) Sam Bailey, Badge No. 009917

    f) Ron Rogers, Badge No. 10304

    g) Roy Ferreira, Badge No. 14389

    h) John Zatazalo

    i) Ward Radelich, Badge No. 13137

    j) Andy Cosgrove, Badge No. 12616

    k) J. Hill, Badge No. 15509