DECLARATION OF SPECIAL AGENT CHRISTOPHER MERENDINO

I, CHRISTOPHER MERENDINO, hereby declare and state as follows:

1. I am a Special Agent with the Department of Homeland Security, Immigration and Customs Enforcement ("ICE"), and have been since 2003. I submit this declaration in support of the United States' Opposition to Defendants' Motion to Dismiss for Outrageous Government Conduct. Except where expressly stated otherwise, I have personal knowledge of the facts stated in this declaration, and if called as a witness, could and would competently testify thereto.

2. From 2005 to 2008, I participated in an investigation of the transnational gang, *La Mara Salvatrucha*, also known as MS-13. As part of that investigation, I learned in or about October 2006 from a confidential informant that certain members of MS-13 and other individuals were involved in stealing cars. Two of the individuals that the confidential informant provided information about were Rodil Nochez and Daniel Gonzalez.

3. As a result of the information that I learned from the confidential informant, law enforcement agents with ICE and California Highway Patrol set up an undercover operation, whereby we instructed the confidential informant to introduce undercover agents to the individuals involved in car thefts. The undercover agents posed as buyers for stolen cars intended to be exported overseas. Law enforcement agents set up a warehouse storefront where the cars were to be delivered. The undercover agents then purchased cars that the car thieves delivered to that location. I specifically instructed the confidential informant to not take part in any of the car thefts. I have no basis to believe that the confidential informant, in fact, took part in any of the car thefts. In addition, I have no basis to believe that any law enforcement agents, including the confidential informant, provided any of the target car thieves, including Rodil Nochez and Daniel Gonzalez, with tools to aid in the car thefts.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 12th day of January 2010, in San Francisco, California.

CHRISTOPHER MERENDINO