JOSEPH P. RUSSONIELLO (CSBN 44332)
United States Attorney

BRIAN J. STRETCH (CABN 163973)
Chief, Criminal Division

W.S. WILSON LEUNG (CABN 190939)
CHRISTINE Y. WONG (NYBN 3988607)
Assistant United States Attorney

THERYN G. GIBBONS (NYBN 759321)
Trial Attorney, United States Department of Justice

>450 Golden Gate Avenue, Box 36055
>San Francisco, California 94102
>Telephone: (415) 436-6758
>Facsimile: (415) 436-6753
>E-Mail: wilson.leung@usdoj.gov

Attorneys for the United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. S3-CR-08-0730-WHA |
| | ) | |
| v. | ) | |
| | ) | DECLARATION OF CHRISTINE Y. WONG IN SUPPORT OF GOVERNMENT'S OPPOSITION TO DEFENDANT'S MOTION TO DISMISS |
| RODIL NOCHEZ, and DANIEL GONZALEZ, | ) ) ) | |
| Defendant. | ) ) | |

I, Christine Y. Wong, declare and state as follows:

1. I am an Assistant United States Attorney with the United States Attorney's Office for the Northern District of California. I respectfully make this declaration in support of the Government's opposition to the defendants' motion to dismiss in the above-captioned matter.

2. Attached as Exhibit A hereto is a true and correct copy of a draft transcript of a

DECLARATION OF CHRISTINE Y. WONG

-2-

1 body wire, dated January 9, 2007, labeled "ID Number DH102 2 of 3." A copy of this draft
2 transcript previously was produced to defense counsel.
3   3.   Attached as Exhibit B hereto is a true and correct copy of a draft transcript of a
4 body wire, dated January 9, 2007, labeled "ID Number DH102 3 of 3." A copy of this draft
5 transcript previously was produced to defense counsel.
6   I declare under penalty of perjury that the foregoing is true and correct to the best of my
7 knowledge and belief.
8   Executed this 12th day of January, 2010, at San Francisco, California.

                /s/
              Christine Y. Wong
              Assistant United States Attorney

DECLARATION OF CHRISTINE Y. WONG
-2-