| | |
|---|---|
| SYNOPSIS: | **STOLEN VEHICLE PURCHASE** |
| CASE NUMBER: | SF16CR05SF0045 |
| TARGETS: | DANIEL GONZALEZ-ULLOA a.k.a D |
| | RODIL NOCHEZ a.k.a NOCHEZ a.k.a CHINO |
| ID NUMBER: | DH102 3 OF 3 |
| ROI: | 260, 261 |
| AUDIO TYPE: | BODY WIRE |
| LOCATION: | 365 PITTSBURG AVE RICHMOND, CA |
| DATE: | JANUARY 9, 2007 |
| TIME: | 17:06 |
| PARTICIPANTS: | DANIEL GONZALEZ-ULLOA a.k.a D |
| | RODIL NOCHEZ a.k.a NOCHEZ a.k.a CHINO |
| | SA-1218-SF a.k.a CS |
| | UNDERCOVER AGENT 1                        (UCA 1) |
| | UNDERCOVER AGENT 2                        (ENRIQUE) |
| TRANSCRIBED BY: | CTI01 |
| TRANSLATED BY: | CTI01 |
| NOTATIONS: | ININTELLIGIBLE (I/I) / NINTELLIGIBLE (U/I) |
| | *ITALIZED* TEXT SPOKEN IN ENGLISH |

| DEVIL HORNS PERTINENT EVIDENCE REVIEW | | | | |
|---|---|---|---|---|
| Subject Matter | Relevance | Prosecution | Reviewed By | Date |
| RICO | | | | |
| Firearms | | | | |
| Narcotics | | | | |
| Stolen Vehicles | | | | |
| Other | | | | |
| Remarks: | | | | |

| SPEAKER: | SPANISH CONVERSATION 18:04:45 | ENGLISH TRANSLATION 18:04:45 |
|---|---|---|
| | [AL FONDO: Timbre telefónico.] | [BACKGROUND: Telephone rings.] |
| UCA 1: | [AL LADO: Hola. ¿Ya llegaron? Okey *man sale*.] | [ASIDE: Hi. You guys here yet? All right man cool.] |
| ENRIQUE: | [TOSE] | [COUGHS] |
| UCA 1: | *(U/I)... your medicine.* | (U/I)... your medicine. |
| | [AL FONDO: Ruido de trafico] | [BACKGROUND: Traffic sounds.] |
| UCA 1: | (U/I)... | (U/I)... |
| ENRIQUE: | [TOSE] | [COUGHS] |
| | [PAUSA] | [PAUSE] |
| UCA 1: | *These are nice man. Yeah* [PAUSA], *no se tardaron mucho.* | These are nice man. Yeah, [PAUSE] you guys didn't take long. |
| DANIEL: | (U/I). | (U/I)... |
| UCA 1: | *Yeah.* | Yeah. |
| DANIEL: | [RÍE] | [LAUGHS] |
| UCA 1: | [RÍE] | [LAUGHS] |
| RODIL: | (U/I)... | (U/I)... |
| UCA 1: | *Oh yeah?* | Oh yeah? |
| RODIL: | *Fucking, the bitch came out with her nigga.* | Fucking, the bitch came out with her nigga. |
| UCA 1: | *Oh yeah?* | Oh yeah? |
| RODIL: | *We was like, we was like, half way, and this bitch came out like... [PAUSE] eyes red. Nigga came out, he was trying to get dressed, she was like "Get the fuck out of my truck!" Yeah* | We was like, we was like, half way, and this bitch came out like... [PAUSE] eyes red. Nigga came out, he was trying to get dressed, she was like, "Get the fuck out of my truck!" |
| UCA 1: | *Oh...* | Oh... |
| | [VOCES ENTRECRUZADAS] | [VOICES OVERLAP] |
| RODIL: | "U/I..." | "U/I..." |
| | [VOCES ENTRECRUZADAS] | [VOICES OVERLAP] |
| UCA 1: | *...shit.* | ...shit. |
| CS: | (U/I)... | (U/I)... |
| UCA 1: | ¿Dónde de aquí o en San Francisco? | Where here, or in San Francisco? |
| RODIL: | *Frisco man.* | Frisco man. |
| UCA 1: | *Oh fuck!* | Oh fuck! |
| RODIL: | *Like at 4:00 in the morning, screaming, and then we were getting the shit started... Out of nowhere* con un gran bate *(U/I)...* esa mierda. *I was just...* | Like at 4:00 in the morning, screaming, and then we were getting the shit started... Out of nowhere with a big ass bat (U/I)... this shit. I was just... |

CASE # SF16CR05SF0045
ROI: 260 & 261

| | | |
|---|---|---|
| UCA 1: | *Oh fuck! Oh fuck man.* | Oh fuck! Oh fuck man. |
| DANIEL: | Chino? | Chino? |
| CS: | ¿Quieres cables bicho? | You want cables homie? |
| RODIL: | No (I/I)... | No (U/I)... |
| CS: | ¿Quieres cables bicho? | You want cables homie? |
| UCA 1: | *Yeah man, nuevos cables. ¿Un bracelet?* [RÍE] [PAUSA] *¿Ya mero ah? Tenían que usar el bumper jack.* [RÍE]. | Yeah man, new cables. A bracelet? [LAUGHS] [PAUSE] So you guys almost had to use the bumper jack. [LAUGHS]. |
| RODIL: | Yeah (I/I)... | Yeah (U/I)... |
| UCA 1: | *Damn!* | Damn! |
| CS: | [AL FONDO: (I/I)...] | [BACKGROUND: (U/I)...] |
| DANIEL: | ¿Ah? | Huh? |
| UCA 1: | (U/I) *shit huh?* [RÍE] | (U/I) shit huh? [LAUGHS] |
| DANIEL: | [RÍE] (U/I)... | [LAUGHS] (U/I)... |
| UCA 1: | [RÍE] *Goddamn!* | [LAUGHS] Goddamn! |
| RODIL: | Esos fucking putos (I/I)... | Those fucking assholes (U/I)... |
| DANIEL: | [RÍE] | [LAUGHS] |
| UCA 1: | [RÍE] *Damn.* | [LAUGHS] Damn. |
| CS: | [AL FONDO: (I/I)...] | [BACKGROUND: (U/I)...] |
| ENRIQUE: | [AL FONDO: RÍE] | [BACKGROUND: LAUGHS] |
| UCA 1: | [RÍE] | [LAUGHS] |
| CS: | (I/I)... | (U/I)... |
| UCA 1: | [RÍE] *Oh yeah.* | [LAUGHS] Oh yeah. |
| CS: | Yeah. | Yeah. |
| RODIL: | Oh, hasta eso man. (I/I)... nos quedamos sin gas. | Oh that too man. (U/I)... we ran out of gas. |
| ENRIQUE: | [TOSE] | [COUGHS] |
| CS: | Salud. | Bless you. |
| DANIEL: | (U/I)... gasolina. | (U/I)... gasoline. |
| UCA 1: | ¿(U/I)...? | (U/I)...? |
| RODIL: | Yeah. [PAUSA] *Yeah* por que (I/I)... no íbamos a tocarlos. *You know.* | Yeah. [PAUSE] Yeah because (U/I)...we weren't going to touch them. You know. |
| DANIEL: | (U/I)... | (U/I)... |
| UCA 1: | *Yeah.* | Yeah. |
| DANIEL: | (I/I)... todos lados (U/I)... | (U/I)... everywhere (U/I)... |
| ENRIQUE: | (I/I)... | (U/I)... |
| UCA 1: | *Yeah?* | Yeah? |
| DANIEL: | Yeah. | Yeah. |
| UCA 1: | Depende de donde (I/I) los clientes. Él, él, el patrón... | It depends on where the clients (U/I). The, the, the boss... |
| | [VOCES ENTRECRUZADAS] | [VOICES OVERLAP] |
| ENRIQUE: | [TOSE] | [COUGHS] |
| | [VOCES ENTRECRUZADAS] | [VOICES OVERLAP] |

CASE # SF16CR05SF0045
ROI: 260 & 261

|  | | |
|---|---|---|
|  | ...¿tu sabes? Él, él dice ¿verdad? Él nos dice que... | ...you know? He, he tells us you know? He tells us what... |
|  | [VOCES ENTRECRUZADAS] | [VOICES OVERLAP] |
| DANIEL: | (U/I)... | (U/I)... |
| UCA 1: | ...que es lo que... buscamos. *Yeah*, él, el se encarga de todos los papeles y para donde van y esto y aquello. | ...what we are... looking for. Yeah, he, he is in charge of all the papers, where they go and all that. |
| DANIEL: | *Yeah*. | Yeah. |
| UCA 1: | *Yeah*. | Yeah. |
| DANIEL: | Yo quería decir algo pero, *nah... [no] I'm not really sure* como (U/I)... | I wanted to say something but, nah... [no] I'm not sure how (U/I)... |
| UCA 1: | Aja. | Uh-huh. ¿verdad? ...you know? |
| DANIEL: | (U/I)... *at least* trabajar con ustedes bien, *you know*. Por que uno... (U/I) cuando con nosotros son negocios... | (U/I)... at least work with you guys, you know. Also a person... (U/I) when we're talking about business... Yeah, ...v' |
| UCA 1: | Sí. | Yeah. |
| DANIEL: | Okey negocios. | Okey business. |
| UCA 1: | Si. | Yeah. |
| DANIEL: | *You know*, pero tampoco no somos de venir y dejar las cosas y de allí ser puro extraño. | You know, but we're also not the type to come, leave the things and then act like strangers. |
| UCA 1: | *Yeah, yeah*. | Yeah, yeah.. |
| DANIEL: | *You know*... [TARTAMUDEA] *it's hard like that because walk in and walk out and I don't know what the fuck.* | You know... [STUTTERS] it's hard like that because walk in and walk out and I don't know what the fuck. |
| UCA 1: | *Yeah*. | Yeah. |
| DANIEL: | A nosotros nos gustaba más... *be like at least* (U/I)... *for partnership you know* creo qué mejor lo (U/I)... [USÍA AL FONDO: Ruido de vehículo.] (U/I)... | We liked it more... be like at least (U/I)... for partnership, you know? I think that it's best to (U/I)... that way. [BACKGROUND: Vehicle sounds.] (U/I)... |
| UCA 1: | *Yeah*. | Yeah. |
| DANIEL: | (U/I)... si eso no es mi gusto, este... (U/I)... mi gente *you know*. | (U/I)... if that isn't my choice, then... (U/I)... my people you know. |
| UCA 1: | Si, si. | Yeah, yeah. |
| DANIEL: | (U/I) *a lot, you know*.. | (U/I) a lot, you know. |
| UCA 1: | Si. | Yeah. |
| DANIEL: | Y *yeah*, yo sé que ustedes tuvieron un problema con el otro muchacho. | And yeah, I know that you guys had a problem with the other guy. |
| UCA 1: | Aja. | Uh-huh. |

| | | |
|---|---|---|
| DANIEL: | Con él Tony *but... You know* es.... | With Tony but... You know it's... |
| | [VOCES ENTRECRUZADAS] | [VOICES OVERLAP] |
| UCA 1: | *Yeah it was...* | Yeah it was... |
| | [VOCES ENTRECRUZADAS] | [VOICES OVERLAP] |
| DANIEL: | ...*(U/I)... that's just the way...* (I/I)... pero... | ...(U/I)... that's just the way... (U/I)... but... |
| UCA 1: | *Yeah,* yo no, yo no estaba *man* tu sabes. | Yeah, I wasn't, I wasn't there man you know. |
| DANIEL: | (I/I)... | (U/I)... |
| UCA 1: | Pero vino hoy y no me dijo nada. | But he was here today and he didn't say anything to me. |
| DANIEL: | *Yeah.* | Yeah. |
| UCA 1: | (I/I)... como te digo yo no lo conozco. | (U/I)... like I said, I don't know him. |
| DANIEL: | *Yeah.* | Yeah. |
| RODIL: | ¿Que les trajo? | What did he bring you guys? |
| UCA 1: | Nada (I/I). | Nothing (U/I). |
| ENRIQUE: | (I/I). | (U/I)... |
| UCA 1: | (I/I)... Le vendí una (I/I)... ...ro... | (U/I)... I sold him a (U/I)... |
| ENRIQUE: | [TOSE] | [COUGHS] |
| UCA 1: | De (I/I)... pero... | Of (U/I)... but... |
| RODIL: | (I/I)... | (U/I)... |
| DANIEL: | Pues también eso, también si a veces si, si puede, por que hay gente también que van... uh. | Well that too, that too, sometimes it's, it's possible, because there are people that are also going... |
| | [VOCES ENTRECRUZADAS] | [VOICES OVERLAP] |
| UCA 1: | Aja. | Uh-huh. |
| DANIEL: | Para Centro América. *Yeah.* | To Central America. |
| UCA 1: | ¿Quieren mandar para allá? | You guys want to send over there? |
| DANIEL: | *Yeah,* y así, *fuck whatever*, ustedes *you know.* (I/I)... | Yeah, and that way, fuck whatever, you guys can... you know (U/I)... |
| UCA 1: | *I get you.* | I get you. |
| DANIEL: | *Yup.* | Yup. |
| UCA: | ¿Que [TARTAMUDEA] quieres mandar para allá? | What [STUTTERS] do you want to send over there? |
| DANIEL: | [TARTAMUDEA] *Shit. If I get something, then I got to give you guys something though.* | [STUTTERS] Shit. If I get something then I got to give you guys something though. |
| UCA 1: | *Yeah.* | Yeah. |
| DANIEL: | *You know, the same way.* | You know the same way. |
| UCA 1: | *Yeah.* | Yeah. |
| DANIEL: | *You know,* (I/I)... Lo que yo he mandado (I/I) lo mismo. | You know, (U/I)... What I have sent (U/I) the same. |
| UCA 1: | Aja. | Uh-huh. |
| DANIEL: | Pero no... *To be honest* ni tampoco | But no... To be honest I don't want |

|  |  |  |
|---|---|---|
|  | no quiero nada bien caro Mercedes o Lexus, nada de eso. | anything that is too expensive a Mercedes or a Lexus, none of that. |
| UCA 1: | *Right.* | Right. |
| DANIEL: | Por que... eso no. Algo así sabes, fuck! Son comunes *you know* (U/I)... ayuda. | Because... not that. Something like... that's common you know (U/I)... help. |
| UCA 1: | Si, si, por que este *uh*... Sí yo sé que si en muchos países, *I mean* tu sabes, cuando anda uno con carro de lujo, la, la ley comienza a ver, "Ey por que esa persona..." | Yeah, yeah because uh... Yes I know that in a lot of countries, I mean, you know, when one rides in a luxury car, the, the authorities notice and will say... "Hey why is that person..." |
| DANIEL: | (I/I)... puta. | (U/I)... bitch. |
| UCA 1: | Exacto *man.* | Exactly mercedes  thing that |
| CS: | [RÍE] | [LAUGHS]   Mercedes o |
| ENRIQUE: | [RÍE] | [LAUGHS]   Right. |
| UCA 1: | Móchate *man.* | Give me something Becar |
| DANIEL: | No, *yeah, yeah* aquel (I/I)... con esa.   ...yuda. | No, yeah, yeah what's his name (U/I)... with that one. |
| UCA 1: | *Yeah.*   or que es yo sé | Yeah. |
| DANIEL: | (I/I)... *you know.*   países you know. |  |
| UCA 1: | *Yeah,* si conozco que mucha gente que quiere mandar a la familia vio, no, no la pinché ley luego, "luego quiere su moncha *you know?* | Yeah, yes I know a lot of people that want to send to their families and the fucking authorities quickly want something you know? |
| DANIEL: | *Yeah,* por que mi amigo... Él puta. Él en aviones se lo mandaban *man*. todo. CS:   [RÍE] | Yeah, because my friend... He uh... They would send everything to him via airplane. |
| UCA 1: | Aja. ENRIQUE [RÍE] | Uh-huh. |
| DANIEL: | Allí *you know,* también Pero le cobraban como 800. Pero ya cuando llegaba a la (I/I)... o cuando llegan, *they got to break off taxes all that shit.* | There too, you know, but they would charge him about 800. But once it reached the (U/I) or where they arrived, they got to break off taxes all that shit. |
| UCA 1: | Mm hmm, mm hmm. | Mm jmm, mm jmm. |
| DANIEL: | Y en El Salvador (I/I)... *the same* (U/I) *as here.* | And in El Salvador (U/I)... the same (U/I) as here. |
| UCA1: | *Yeah.* | Yeah. |
| RODIL: | (I/I)... Esa es una 4Runner *man*. | (U/I)... That's a 4Runner man. |
| UCA 1: | Mm hmm. | Mm jmm. |
| DANIEL: | Una 4Runner y... *They charge like 4 thousand.* | A 4Runner and... They charge like 4 thousand. |
| UCA 1: | *4 thousand.* | 4 thousand. |
| DANIEL: | *To get it legalized over there, license, the whole shit.* | To get it legalized over there, license, the whole shit. |

CASE # SF16CR05SF0045
ROI: 260 & 261

| UCA 1: | Yeah, por eso te digo... *I mean por eso te digo*, por eso nosotros cuando decimos (I/I)... | Yeah, that's why I'm telling you... I mean that's why when we say (U/I)... |
|---|---|---|
| ENRIQUE: | [TOSE] | [COUGHS] |
| UCA 1: | No podemos pagar tanto por que... | We can't pay too much because... |
| DANIEL: | *Yeah.* | Yeah. |
| UCA 1: | Son los (I/I) *man*, los costos que miramos también nosotros. | It's the (U/I) man, the expenses that we look at too. |
| ENRIQUE: | *Yeah.* | Yeah. |
| UCA 1: | Por eso no, no mas significa tenerlo así (I/I)... Si con aquellas que, que van bien hay problema... | That's why it doesn't mean that (U/I)... to have it that way. If there are problems with things that are going the right way then... |
| DANIEL: | *Yeah.* | Yeah. |
| UCA 1: | ¿Verdad? Ya, ya con otras cosas tiene que hablar uno por que cuesta más. | Right? So with these others one has to discuss them because they involve a higher cost. |
| DANIEL: | Oh *yeah*. | Oh yeah. |
| UCA 1: | Y cada quien quiere su parte pero... Mas o menos ¿cuanto, (I/I) *man*, cuanto estabas pensando que, que querías mandar para allá? | And each one wants a cut but... More or less how much, how much were you thinking of sending out there? |
| DANIEL: | *I don't know*. Una cosa es, de no [TARTAMUDEA] ser gacho, a... | I don't know. One thing is to [STUTTERS] be greedy... |
| UCA 1: | No, no. | No, no. |
| DANIEL: | *It's not that I just want a piece, you know.* | It's not that I just want a piece, you know. |
| UCA 1: | No. | No. |
| DANIEL: | (U/I) *here*. | (U/I)... here. |
| UCA 1: | *Yeah.* | Yeah. |
| DANIEL: | Y tampoco no de, tampoco de traerle mucha gente a ustedes. | And we don't want to, we don't want to bring too many people to you all. |
| UCA 1: | *Right.* | Right. |
| DANIEL: | *It's just us y whatever you know, whatever we could establish here with you guys...* | It's just us y whatever you know, whatever we could establish here with you guys... |
| UCA 1: | *Yeah* | Yeah |
| DANIEL: | *It's cool.* | It's cool. |
| UCA 1: | *Yeah.* | Yeah. |
| DANIEL: | *You know.* Pero la palabra del punto la tenemos siempre, *you know?* | You know. But we'll always have a say you know? |
| UCA 1: | *Uh-huh.* | Uh-huh. |

| | | |
|---|---|---|
| DANIEL: | Y... ya como sea con cualquiera. | And... then however with anyone. |
| UCA 1: | Sí. | Yeah. |
| DANIEL: | Depende del negocio, vendiendo, revendiendo siempre uno se comprende. *You know?* | Depending on the business, selling, reselling, there is always comprehension between one another. You know? |
| UCA 1: | Mm-hmm. Mm hmm. | Mm hmm, Mm hmm. |
| DANIEL: | Yo (I/I)... en esa cosa de... (I/I)... | I (U/I)... in that thing of... (U/I)... |
| UCA 1: | *Right* | Right. |
| DANIEL: | *You know.* | You know. |
| UCA 1: | *I mean yeah.* | I mean yeah. |
| DANIEL: | (U/I)... asi que no se. | (U/I)... so I don't know. |
| UCA 1: | *Yeah, yeah* podemos hablar de eso *man.* Eso no es problema, *you know, I mean*... Echamos uno que otros cuando... No le mandaba mucho para allá ¿verdad? Ya tengo tiempo pero... Si se puede, *I mean* es igual que en cualquier otro lugar. ¿Verdad? | Yeah, yeah we can talk about that man. That is not a problem you know, I mean... We tossed a few some, when, how you depend much right? It's been awhile... It can happen? I mean, it' just like in any other place. Right? |
| DANIEL: | *Yeah.* | Yeah. |
| UCA 1: | Este... solo hablamos con él, con el jefe, y a ver que dice. El patrón y... | So... we'll just speak to, speak to the boss and see what the dude says. The boss and... |
| DANIEL: | (U/I)... *just holler at him.* (U/I)... | (U/I)... just holler at him. (U/I)... |
| UCA 1: | *Yeah, yeah.* | Yeah, yeah. |
| DANIEL: | Así, *either way*, si se puede si, y sino ni modo. | That way, either way, if it happens fine, and if not then oh well. |
| UCA 1: | Sí. | Yeah. |
| DANIEL: | *You know.* | You know. |
| UCA 1: | *Yeah, yeah.* No (U/I)... | Yeah, yeah. No (U/I)... |
| DANIEL: | Hacemos lo que te dijimos. | We'll do what we said we would. |
| UCA 1: | Sí, sí. | Yes, yes. |
| DANIEL: | Es lo único. | That's the only thing. |
| UCA 1: | [AL LADO: ACLARA GARGANTA] | [ASIDE: CLEARS THROAT] |
| ENRIQUE: | [TOSE] | [COUGHS] |
| UCA 1: | Este *uh*... ¿Que te iba decir? [PAUSA] *Yeah*, este... nada mas te iba decir que te iba hablar a, te iba hablar a, a ti para este *weekend*. Para ver... Por que preguntaste por el, por el, por el *uh*... Lexus... Cuanto pagábamos por un Lexus. *Uh*, vamos hablar con el vato a | So uh... What was I going to tell you? [PAUSE] Yeah so... I was just going to tell you that I was going to call for, I was going to call for, call you this weekend, to see... Because you asked about the, about the, about the uh... Lexus... How much we would pay for a Lexus. Uh, |

| | | |
|---|---|---|
| | ver, *you know* cuanto quiere aportar. | we're going to talk to the dude, to see, how much he wants to contribute you know. |
| ENRIQUE: | *Yeah.* | Yeah. |
| UCA 1: | Por que, él... Tu sabes como te digo, siempre dice, "Que no, que no se pague tanto y que no pagues tanto." Pero... Pero *you know*, si hay alguien mejor *yeah!* que valga la pena con todo. | Because he..., You know, like I was telling you, he always says, "Don't, don't, pay so much." But... you know if there is someone better that is worth it and has everything then yeah. |
| DANIEL: | No, por eso yo digo, si uno ya esta hablado con nosotros... | No, that's why I'm saying that if one is already talked about with us... |
| | [VOCES ENTRECRUZADAS] | [VOICES OVERLAP] |
| UCA 1: | Sí. | Yeah. |
| | [VOCES ENTRECRUZADAS] | [VOICES OVERLAP] |
| DANIEL: | ...esta bien. | ...that's fine. |
| UCA 1: | Si. | Yes. |
| DANIEL: | *We got to work out with you guys* | We got to work out with the guys |
| UCA 1: | *Right.* | Right. |
| | [VOCES ENTRECRUZADAS] | [VOICES OVERLAP] |
| DANIEL: | *You know.* | You know. |
| | [VOCES ENTRECRUZADAS] | [VOICES OVERLAP] |
| | *Right. Yeah* | Right. Yeah. |
| DANIEL: | Por que si no estamos nada en serio tampoco no... *you know.* | Because if we're not serious then it won't... you know. |
| UCA 1: | *Yeah.* | Yeah. |
| DANIEL: | *We don't know shit. We don't know shit.* | We don't know shit, we don't know shit. |
| UCA 1: | *Yeah. Oh yeah, yeah*,...esta | Yeah. Oh yeah, yeah... |
| DANIEL: | So... (U/I)... | So... (U/I)... |
| UCA 1: | *Exactly. Yeah, no problem man um*... | Exactly. Yeah, no problem man um... |
| DANIEL: | (U/I)... | (U/I)... |
| UCA 1: | No hay problema este... | That's no problem um... |
| DANIEL: | ¿Vamos ir a (U/I) o que ondas? | Are we going to (U/I), or what's up? |
| UCA 1: | *Yeah* este esta un poco sucio, *man* tiene un poco de trabajo *you know.* Espere que iba estar igual de limpio que el, que el que el Tacoma. Pero pues ya, [TARTAMUDEA] ya cuando me dijiste quien era la... | Yeah um it's a bit dirty man it's going to be a bit of work you know. I thought that it was going to be as clean as the, as the, as the Tacoma. But once [STUTTERS] you told me who it was... |
| RODIL: | *You can go talk to her if you want* | You can go talk to her if you want |

CASE # SF16CR05SF0045
ROI: 260 & 261

|  | [VOCES ENTRECRUZADAS] | [VOICES OVERLAP] |
|---|---|---|
|  | to man. | to man. |
| ENRIQUE: | [RÍE] | [LAUGHS] |
| UCA 1: | El cliente *man*. | The customer man. |
| ENRIQUE: | [RÍE] | [LAUGHS] |
| UCA 1: | *Huh?* | Huh? |
| RODIL: | *You can go talk to her.* | You can go talk to her. |
| CS: | [RÍE] | [LAUGHS] |
| DANIEL: | [RÍE] | [LAUGHS] |
| UCA 1: | (I/I)... *man clean this shit*. [RÍE] | (U/I) |
| RODIL: | *Yeah* (I/I)... *I couldn't even* (I/I)... con una *siren, man like*... | Yeah (U/I)... I couldn't even (U/I)... with a siren, man like... |
| CS: | Hija de puta yo creo que se levanto hasta sin falda allí. | Fucking bitch, I think she even got up without a skirt. |
| RODIL: | *Yeah* es que *we didn't see her.* | Yeah it's just that we didn't see her. |
| UCA 1: | *Yeah.* | Yeah. |
| RODIL: | *We just got hit next to the window.* | We just got hit next to the window. |
| UCA 1: | ¿Oh sí? | Oh really? |
| RODIL: | Si. | Yes. |
| DANIEL: | *Yeah.* | Yeah. |
| RODIL: | (I/I)... *fucking* galio *man*. "*Right now!*" | (U/I)... fucking lungs out man... "Right now!" |
| ENRIQUE: | [RÍE] | [LAUGHS] |
| CS: | "*Right now!*" | "Right now!" |
| RODIL: | [RÍE] Ey cuando prendió una *siren* troca..., "*What the fuck!*" | [LAUGHS] Hey when the truck turned on... "What the fuck!" |
| UCA 1: | [RÍE] | [LAUGHS] |
| RODIL: | Solo *no* para atrás y. *Yeah* es que | She just looked back and... |
| UCA 1: | Lo bueno es que no salió (I/I) el vato (I/I)... con el *bat man*. | The good thing is that (U/I)... the dude didn't come out (U/I) with a bat man. |
| RODIL: | *Yeah*, no aquel iba (I/I)... [RÍE] | Yeah, no what's his name was (U/I)... [LAUGHS] |
| DANIEL: | Alguien hubiera puesto el lomo man. | Someone would've put his or her back man. |
| UCA 1: | [RÍE] | [LAUGHS] |
| ENRIQUE: | [RÍE] | [LAUGHS] |
| DANIEL: | Para que no se quiebre la ventana. | So the window wouldn't break. |
| UCA 1: | [RÍE] | [LAUGHS] |
| DANIEL: | Ey *this nigga was like this*. [AL FONDO: Ruido de golpe] (I/I)... allí viene | Hey this nigga was like this. [BACKGROUND: Thumping sound.] (U/I)... is coming. |
| DANIEL: | ¿Lo metemos Javier? | Do we put it in Javier? |
| UCA 1: | *Yeah, yeah. Shit... What the fuck? Huh?* | Yeah, yeah. Shit... What the fuck? Huh? |

CASE # SF16CR05SF0045
ROI: 260 & 261

| | | |
|---|---|---|
| CS: | *Fuck.* | Fuck? |
| | [AL FONDO: Se abre garaje] | [BACKGROUND: Garage opens.] |
| UCA1: | Si *man no* les (I/I)... nada. Se mira bien de afuera pero por dentro *man* huele a pura... [RÍE] | Yeah man you guys didn't (U/I)... anything. It looks good from the outside but from the inside man, it smells like... [LAUGHS] |
| ENRIQUE: | *Yeah.* Esta bien. (I/I)... | Yeah, It's really (U/I)... |
| UCA 1: | *Ah man!* | Ah man! |
| CS: | Pero no mas tienes que tener cuidado con los asientos por que (I/I)... de que son de, son de *leather.* | But you have to be very careful with the seats because (U/I)... they are, they are leather. |
| UCA 1: | *Yeah, Yeah* por eso te digo viendo la clase de carro que tenía, lo hubiera tratado, tratado mejor. | Yeah, yeah that's why I'm telling you... knowing the type of car he/she had he/she should've taken care, taken care of it better. |
| CS:: | No, es que hay gente que no cuida su mula *man*, la verdad es que hay gente que les vale verga. | No, the thing is that there are people who don't take care of their shit man, the truth is that there are people who don't give a fuck. |
| UCA 1: | *Damn!* | Damn! |
| ENRIQUE: | Ey. | Hey. |
| CS: | Como (I/I)... la foto (I/I)dado (I/I)... | Taken (U/I)... a picture (U/I)... and it doesn't (U/I)... |
| UCA 1: | *Ah shit.* | Ah shit. |
| CS: | Milagro que (I/I)... | It's a miracle that (U/I)... |
| ENRIQUE: | [RÍE] | [LAUGHS] |
| UCA 1: | *Yeah,* no pues es mas trabajo para nosotros, ¿verdad? *You know* no hay problema. Por que nosotros tenemos que limpiar y mientras que... no le, no le hacemos *you know...* Pero para que se mire presentable cuando llegue allá. *Yeah.* Esta la llave allí verdad? | Yeah, well, it's more work for us, true? You know, not a problem. Because we have to clean and as long as we, as long as we, don't do, don't do anything to it you know... But just so that it'll look presentable when it arrives. Yeah. The key is there correct? |
| DANIEL: | Sí. | Yes. |
| UCA 1: | Oh aquí esta. [RÍE] | Oh here it is. [LAUGHS] |
| ENRIQUE: | [RÍE] | [LAUGHS] |
| DANIEL: | *Yeah.* | Yeah. |
| UCA 1: | *Yeah.* Voy a tener que comprar unos (I/I) *man. Yeah.* | Yeah. I'm going to have to buy some (U/I) man. Yeah. |
| ENRIQUE: | *Yeah.* | Yeah. |
| UCA 1: | *Yeah.* | Yeah. |
| DANIEL: | Vale como 5-20 (I/I)... todo completo (I/I)... | It's cost about 5-20 (U/I)... complete (U/I)... |

CASE # SF16CR05SF0045
ROI: 260 & 261

| UCA 1: | Yeah. | Yeah. |
|---|---|---|
| DANIEL: | [RÍE] | [LAUGHS] |
| UCA 1: | Yeah. ¿Hasta cuando? *All right man.* Querías cuatro (4) ¿verdad? [PAUSA] | Yeah. Until when? All right man. You wanted four (4) right? [PAUSE] |
| DANIEL: | [AL FONDO: (I/I)...] | [BACKGROUND: (U/I)...] |
| UCA 1: | Se están portando bien, me están trayendo carros tu. Nos tenemos que, nos tenemos que tratar bien uno al otro. *Yeah.* | You guys are behaving; you guys are bringing me cars. We have to; we have to take care of each other. Yeah. |
| DANIEL: | No, ahora que estoy viendo los números de cuantos podemos traer... | No, now that I'm looking at the numbers and how many we can bring... |
| | [VOCES ENTRECRUZADAS] | [VOICES OVERLAP] |
| UCA 1: | Puros, puros *hundreds man* (I/I)... | Real, Real hundreds man [LAUGHS] |
| | [VOCES ENTRECRUZADAS] | [VOICES OVERLAP] |
| DANIEL: | *All right. Okey man.* | Alright. Okay man. You |
| UCA 1: | *You're the one that's (U/I)... vacation.* | You're the only one that's (U/I)... vacation. |
| DANIEL: | *Nah [No]* (I/I)... *machine.* [RÍE] | Nah machine. [LAUGHS] |
| UCA 1: | [RÍE] | [LAUGHS] |
| DANIEL: | *Out on a shot gun.* | Out on a shotgun. |
| UCA 1: | Yeah, yeah. [RÍE] Pero *yeah* hablamos mas serio de enero Y estuante ah... esta bien, esta buena la idea. | Yeah, yeah. [LAUGHS] But yeah, we'll talk more serious about that. And uh... that's a good, a good idea. |
| DANIEL: | Oh yeah. | Oh yeah. |
| UCA 1: | No yo entiendo *man* tu sabes la verdad que | No I understand man, you know the truth is... |
| DANIEL: | Es la (U/I)... como te digo si (I/I)... | It's the (U/I)... like I said if (U/I)... |
| UCA 1: | Yeah. Oh yeah yo sé. Yo se *man.* | Yeah. Oh yeah I know. I know man. |
| DANIEL: | Yeah no... | Yeah no... |
| UCA 1: | Yo también allá (I/I)... | I also (U/I)... over there. |
| DANIEL: | Como la otra vez, yo no creo que (I/I) hecho algo malo tampoco ellos. | Like the other time... I don't think that (U/I) did anything wrong and neither did they. |
| UCA 1: | Yeah. | Yeah. |
| DANIEL: | *You know,* pues nadie. | You know, well no one. |
| UCA 1: | Yeah. | Yeah. |
| DANIEL: | *You know.* | You know. |
| UCA 1: | Yeah, *business es business.* | Yeah, business is business. |
| DANIEL: | Mas que el pedo, yo le doy su respeto, it's *the same.* | Besides, I give equal respect, it's the same. |

CASE # SF16CR05SF0045
ROI: 260 & 261

| UCA 1: | Yeah. | Yeah. |
|---|---|---|
| DANIEL: | You know? Si eso esta allí no hay problema. No... | You know? If that is there, there is no problem. No... |
| | [VOCES ENTRECRUZADAS] | [VOICES OVERLAP] |
| UCA 1: | Yeah no.... | Yeah no... |
| | [VOCES ENTRECRUZADAS] | [VOICES OVERLAP] |
| DANIEL: | (I/I)... | (U/I)... |
| UCA 1: | No yo creo que sé va, como te digo, como yo no estaba, yo creo que se... you know? | No I think he'll leave, like I said, since I was not there, I think that... you know? |
| ENRIQUE: | Hell yeah. | Hell yeah. |
| UCA 1: | Yeah. Ojala podamos hacer (I/I) negocio con él también si quiere you know, no haya problema. | Yeah. Hopefully we can (U/I) do some business with him as well, you know, and that there aren't any problems allí no hay You know? |
| DANIEL: | Yeah. | Yeah. no prob. |
| UCA 1: | Por que hay veces que hay y hay veces que no hay. So tiene uno que quedar bien con los, con los ENT[?] ah... | Because you know that sometimes there are sometimes there aren't. So one has to look good with the, with the uh... |
| ENRIQUE: | [TOSE] | [COUGH] |
| UCA 1: | ...con las otras personas (I/I)... o yo n... | ...with the other people (U/I)... |
| | [AL FONDO: Todos hablan al mismo tiempo] | [BACKGROUND: Everyone speaks at the same time.] |
| UCA 1: | Esta bien no hay problema. Oja... | That's fine, no problem. |
| DANIEL: | Nothing wrong (I/I)... gocio con... | Nothing wrong (U/I)... |
| UCA 1: | Yeah? | Yeah? |
| DANIEL: | (U/I)... whatever (U/I) you guys want to do it. Yeah. | (U/I)...whatever (U/I)... you guys want to do it. |
| UCA 1: | Yeah, (U/I) ahora hay que (I/I)... Acabamos de regresar andamos moviéndonos so... Haber que... | Yeah, (U/I) now we should (U/I)... We just got back we're moving around so... Let's see what... |
| ENRIQUE: | [AL FONDO: (I/I)...] | [BACKGROUND: (U/I)...] |
| UCA 1: | Vamos hablar a ver si puede agarrar un Lexus. Me gustaría agarrar un Lexus (I/I) tu sabes y este ah... | We'll talk to see if we can get a Lexus. I would like to get a Lexus (U/I) you know and uh... |
| ENRIQUE: | (I/I)... | (U/I)... |
| DANIEL: | Esos no traen GPS, yo he agarrado (I/I)... | Those don't come with GPS, I have gotten (U/I)... |
| UCA 1: | Yeah. | Yeah. |
| DANIEL: | Yo el único que tuve fue el GX | The only one I had was a GX. |
| UCA 1: | Uh-huh. | Uh-huh. |
| DANIEL: | 470. | 470. |
| UCA 1: | Uh-huh. | Uh-huh. |

CASE # SF16CR05SF0045
ROI: 260 & 261

| | | |
|---|---|---|
| DANIEL: | Y... (I/I)... | And... (U/I)... |
| UCA 1: | (I/I)... | (U/I)... |
| ENRIQUE: | Tienen que cuidar con los (I/I) [RÍE] | You have to take care of (U/I)... [LAUGHS] |
| DANIEL: | (I/I)... nada. | (U/I)... nothing. |
| UCA 1: | *Uh-huh* (I/I)... | Uh-huh (U/I)... |
| DANIEL: | *I found out (U/I)...* | I found out (U/I)... |
| UCA 1: | *Oh really?* | Oh really? |
| ENRIQUE: | [TOSE] | [COUGHS] |
| DANIEL: | (I/I)... *why am I going to (U/I)... if there's no (U/I)...* | (U/I)... why am I going to (U/I)... if there's no (U/I)... |
| UCA 1: | *Yeah.* | Yeah. |
| DANIEL | *I'm going to try to low jack it.* | I'm going to try to low jack it. |
| UCA 1: | *Yeah.* | Yeah. |
| DANIEL: | Yo te lo puedo hacer así (I/I)... GX. | I can do it that way (U/I)... GX. |
| UCA 1: | *Uh-huh, yeah,* este hay ah... habla con el vato y haber si quiere un (I/I)... por un Lexus (I/I)... (I/I)... | Uh-huh, yeah, so there's uh... talk to the dude and see if he wants some (U/I)... for a Lexus (U/I)... |
| ENRIQUE: | [TOSE] [VOCES ENTRECRUZADAS] | [COUGHS] [LAUGHS] [VOICES OVERLAP] |
| DANIEL: | Yeah. [TOSE] [VOCES ENTRECRUZADAS] | Yeah. [VOICES OVERLAP] |
| UCA 1: | (I/I)... [VOCES ENTRECRUZADAS] | (U/I)... [VOICES OVERLAP] |
| ENRIQUE: | [RÍE] | [LAUGHS] |
| UCA 1: | ...entonces podemos contar con uno de esos. (I/I)... pues te haya ¿verdad? GX. | ...so then we can count on one of those. (U/I)... you can find one right? |
| ENRIQUE: | [AL FONDO: RÍE] *Uh-h* | [BACKGROUND: LAUGHS] |
| DANIEL: | *I'm going to give you a call later.* | I am going to give you a call later. |
| UCA 1: | Yeah, todavía tienes mi numero ¿verdad ENRIQ...: | Yeah, you still have my number right? |
| DANIEL: | *Uh...* yo lo tengo, *yeah.* | Uh... I have it, yeah. |
| UCA 1: | *Yeah.* Llama cuando quieras. | Yeah, call whenever you'd like. |
| | [AL FONDO: Ruido de vehículos.] | [BACKGROUND: Car noise.] |
| DANIEL: | *You got my phone number (U/I)...* | You got my number (U/I)... |
| UCA 1: | *Yeah.* (I/I)... | Yeah. (U/I)... |
| ENRIQUE: | [AL FONDO: (I/I)...] | [BACKGROUND: (U/I)...] |
| DANIEL: | (I/I)... | (U/I)... |
| ENRIQUE: | [TOSE] | [COUGHS] |
| UCA 1: | *Yeah.* | Yeah. |
| DANIEL: | (I/I)... *I just (U/I)... that's it.* | (U/I)... I just (U/I)... that's it. |
| UCA 1: | *Yeah.* | Yeah. |

CASE # SF16CR05SF0045
ROI: 260 & 261

| | | |
|---|---|---|
| DANIEL: | *I want to be a nice guy* [RÍE]. | I want to be a nice guy [LAUGHS]. |
| UCA 1: | *Oh I can be a nice guy, I get nicer when I drink.* | Oh I can be a nice guy, I get nicer when I drink. |
| DANIEL: | [RÍE] *nothing wrong., Hey it's cool, (I/I)...* | [LAUGHS] nothing wrong., Hey it's cool, (U/I)... |
| | [VOCES ENTRECRUZADAS] | [VOICES OVERLAP] |
| UCA 1: | *Yeah.* | Yeah. |
| | [VOCES ENTRECRUZADAS] | [VOICES OVERLAP] |
| DANIEL: | *(U/I) man.* | (U/I) man. |
| ENRIQUE: | Dale pues. | All right then. |
| RODIL: | Dale pues. | All right then. |
| UCA 1: | Órale vato | All right dude |
| CS: | *All right man* | All right then man. |
| UCA 1: | Ten cuidado eh. | Be careful all right. |
| RODIL | *See you man.* | See you man. |
| DANIEL: | (I/I)... | (U/I)... |
| UCA 1: | *Yeah,* antes que haga frió *man.* | Yeah, before it gets cold man. |
| UCA 1: | Hasta luego *man.* [TOSE] | So long man. [COUGHS] |
| ENRIQUE: | [TOSE] | [COUGHS] |
| | FIN DE LA CONVERSACIÓN 18:20:55 | END OF CONVERSATION 18:20:55 |



CASE # SF16CR05SF0045
ROI: 260 & 261