1  **SETH P. CHAZIN (CSBN 133777)**
   **Attorney at Law**
2  **Law Offices of Seth P. Chazin**
   **1164 Solano Avenue**
3  **Albany, CA 94706**
   **Telephone: (510) 507 - 8100**
4  **Facsimile: (510) 525 – 0087**

5  **Attorney for Defendant**
   **RODIL NOCHEZ**
6

7                  **UNITED STATES DISTRICT COURT**

8               **NORTHERN DISTRICT OF CALIFORNIA**

9                  **SAN FRANCISCO DIVISION**

10

11 **UNITED STATES OF AMERICA,**        ) **Case No.: CR-08-0730-WHA**
                                         )
12                  **PLAINTIFF,**       ) **STATEMENT REGARDING ORDER TO**
                                         ) **SAN FRANCISCO POLICE**
13                                       ) **DEPARTMENT RE SUBPOENA**
       **V.**                            ) **RETURNS**
14                                       )
                                         )
15 **RODIL NOCHEZ, ET AL.,**             )
                                         )
16                                       )
                  **DEFENDANTS.**        )
17 _____      )

18      **TO THE HONORABLE WILLIAM H. ALSUP AND THE CLERK OF THE**
19 **ABOVE ENTITLED COURT:**

20       Defendant Rodil Nochez believes that some of the unidentified documents produced by

21 SFPD to the Court, as described in the Court's Order to San Francisco Police Department re

22 Subpoena Returns (Document # 1114), are documents requested in a subpoena sought by

23 Defendant Nochez, issued by this Court and served on SFPD on November 4, 2009.  As the

24 Court is aware, Mr. Nochez's February 16, 2010, trial date is quickly approaching.  Any further

25 delay by SFPD in complying with the court's order as to the production of these documents, the

26 response to which was already past due, would prejudice Mr. Nochez's ability to prepare an

27 effective defense in a timely fashion and very well may necessitate a continuance of the jury

28 trial.

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Accordingly, the defense respectfully requests that the Court order SFPD to identify and produce documents specifically pertaining to Mr. Nochez's subpoena by Friday, January 15, 2010.

Respectfully submitted,

**DATED:  January 13, 2009**                                       _____/S/_____

                                                                                                **SETH P. CHAZIN**
                                                                                                **Attorney for RODIL NOCHEZ**