IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

    Plaintiff,

  v.

RODIL NOCHEZ, et al.

    Defendants.

                      /

No. CR 08-0730 WHA

**ORDER RE DEFENDANT NOCHEZ'S STATEMENT RE SFPD SUBPOENA RETURNS**

On January 13, 2010, the San Francisco Police Department was ordered to produce returns to subpoenas in this matter by January 21, 2010. Defendant Nochez has filed a request for an order that the SFPD identify and produce documents specifically pertaining to his subpoena by January 15, 2010. The request is **DENIED**. Defendant Nochez will have adequate time to review the documents produced in response to his subpoena to prepare for his trial date on February 16, 2010.

**IT IS SO ORDERED.**

Dated: January 14, 2010.

                                        WILLIAM ALSUP
                                        UNITED STATES DISTRICT JUDGE