United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

Plaintiff,

v.

RODIL NOCHEZ, et al.

Defendants.

No. CR 08-0730 WHA

**ORDER DENYING DEFENDANT NOCHEZ'S REQUEST FOR MODIFICATION OF DECEMBER 11 ORDER**

Defendant Rodil Nochez has filed a request to vacate an order of December 11, 2009. For the following reasons, this request is **DENIED**.

Defendant Nochez previously had moved to unseal the applications and affidavits in support of a search warrant issued on July 20, 2009, for his residence located at 133 Arletta Avenue in San Francisco. The government agreed to produce these materials with the identity of a confidential informant redacted. At a hearing on the motion on December 8, the government represented that the confidential informant was not a percipient witness and had no first-hand knowledge of the alleged events underlying the charges against defendant Nochez. A December 10 order directed the government to produce the materials sought with the informant's name redacted.

On December 11, the government filed a request for clarification or modification of the December 10 order on the grounds that its proposed redactions were not limited to the name of the witness, but also to other specific information provided by the witness, the specificity of which would allow defendant Nochez to infer the identity of the witness. The government submitted under seal and *ex parte* an unredacted copy of the warrant affidavit as well as its

proposed redactions. Based on an *in camera* review, a December 11 order approved the government's proposed redactions as necessary in order to protect the cooperating witness.

Defendant Nochez now requests that the December 11 order be vacated, that the December 10 order be reinstated, and that the government's request for clarification and modification be struck from the record. He argues that the government's request for clarification or modification was a motion to reconsider that did not conform to the standards of Criminal Local Rule 2-1 and Civil Local Rule 7-9. He also argues that the redactions made by the government go beyond what is necessary to protect the informant's identity.

This order disagrees. Based an *in camera* review, this order rules that the government's redactions were narrowly tailored to redact only information that would likely have revealed the informant's identity. The government's request was not a motion for reconsideration but instead sought clarification so that the December 10 order's intent to protect the informant's identity could be effectively implemented. Defendant Nochez's request is **DENIED**.

**IT IS SO ORDERED.**

Dated: January 14, 2010.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE