IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

Plaintiff,

v.

DANIEL GONZALEZ and RODIL NOCHEZ

Defendants.
                                              /

No. CR 08-0730 WHA

**NOTICE RE DEFENDANTS' MOTION TO DISMISS INDICTMENT FOR OUTRAGEOUS GOVERNMENT CONDUCT**

Defendants Daniel Gonzalez and Rodil Nochez's motion to dismiss the indictment for outrageous government conduct is scheduled for hearing on January 19, 2010. At the hearing, counsel should be prepared to address several issues. *First*, they should be prepared to address the procedural question of whether the motion to dismiss should be postponed for consideration until after trial so that the Court can consider the testimony of confidential informant 1218 and other witnesses regarding the government's involvement in the *res gestae* of the alleged crimes (including possible testimony from defendants if they testify at trial). *Second*, counsel should be prepared to address whether defendants intend to assert an entrapment defense. *Third*, they should be prepared to address what is the specific evidence that there was a preexisting car theft ring in which defendants participated.

Dated: January 14, 2010.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE