COLEMAN & BALOGH LLP
ETHAN A. BALOGH, No. 172224
225 Bush Street, Suite 1600
San Francisco, CA 94104
Direct: 415.439.8347
Facsimile: 415.373.3901
eab@colemanbalogh.com

Attorneys for Defendant
JUDITH SOSA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| UNITED STATES OF AMERICA, | Case No. 08-730 WHA |
|---|---|
| Plaintiff, | SUPPLEMENT OF RECORD |
| v. | |
| IVAN CERNA, et al. | |
| Defendants. | Before the Honorable William Alsup<br>United States District Judge |

1  By this pleading, defendant Judith Sosa, by and through her counsel, hereby supplements
2  the record with respect to the hearings held and decisions made regarding Ms. Sosa's Motion to
3  Enforce *Brady v. Maryland*, Clerk's Record ("CR") 315.  On September 2, 2009, Ms. Sosa
4  previously supplemented the record.  CR 607.  On October 5, 2009, after considering the parties'
5  proposed findings of fact, conclusions of law, the Court issued its final Order with regard to that
6  motion.  CR 692.  While the Court received, reviewed, and considered materials produced by the
7  United States in discovery reflecting the government's work with officers from the San Francisco
8  Police Department with respect to various aspects of the prosecution in *United States v. Cerna*, et
9  *al.*, Case No. 08-703 WHA, it did not receive documents specifically related to the allegations
10 raised against Ms. Sosa.  Accordingly, Ms. Sosa presents a such documents here in Exhibit A.
11 To the extent the Court believes these materials would affect the reasoning of its October 5
12 Order, Ms. Sosa stands ready to address the same at the Court' direction.

Respectfully submitted,

COLEMAN & BALOGH LLP

DATED: January 14, 2010

By: ETHAN A. BALOGH
225 Bush Street, Suite 1600
San Francisco, CA 94104
Direct: (415) 439-8347

Attorneys for Defendant
JUDITH SOSA

# EXHIBIT A

REQUESTED BY: SCRAM, WILLARD E
OFFICIAL USE ONLY

| DEPARTMENT OF HOMELAND SECURITY | TECS ACCESS CODE: ▓▓ |
| ICE | |
| | PAGE   1 |
| REPORT OF INVESTIGATION | |
| | CASE NUMBER: ▓▓▓▓▓ |

| TITLE: DEVIL HORNS |
| CASE STATUS:   INTERIM RPT |

| REPORT DATE | DATE ASSIGNED | PROGRAM CODE | REPORT NO. |
|---|---|---|---|
| 071206 | 071405 | 0A0 | 191 |

| RELATED CASE NUMBERS: |
| COLLATERAL REQ: |
| TYPE OF REPORT: |
| INVESTIGATIVE FINDINGS |

TOPIC: CONTROLLED PURCHASE OF 2 OUNCES CRYSTAL METHAMPHETAMINE ON 07/11/2006

SYNOPSIS:
"DEVIL HORNS" is an investigation under the Certified Undercover Operation Fastball targeting the 20th Street Mara Salvatrucha (MS-13), a violent Hispanic street gang in San Francisco, CA. In conjunction with other law enforcement agencies, the Operation Community Shield (OCS) unit of ICE OI is gathering evidence of the criminal activities of this organization towards criminal prosecution of its members.

This report documents the controlled purchase of two (2) ounces of the illicit narcotic Crystal Methamphetamine from 20th MS members on July 11, 2006.

| DISTRIBUTION: | SIGNATURE: _____ |
| SACSF | MERENDINO   CHRISTOPHE   SPECIAL AGENT |
| | APPROVED: _____ |
| | HARDMAN   MICHAEL   OI GRP SUPERVISOR |
| | ORIGIN OFFICE: SF | TELEPHONE: ▓▓▓ |
| | SAN FRANCISCO, CA - | |
| | | TYPIST: MERENDINO |

OFFICIAL USE ONLY
THIS DOCUMENT IS LOANED TO YOU FOR OFFICIAL USE ONLY AND REMAINS THE PROPERTY
OF THE DEPARTMENT OF HOMELAND SECURITY, ICE. ANY FURTHER REQUEST FOR
DISCLOSURE OF THIS DOCUMENT OR INFORMATION CONTAINED HEREIN SHOULD BE REFERRED
TO ICE HEADQUARTERS TOGETHER WITH A COPY OF THE DOCUMENT.

OFFICIAL USE ONLY

| DEPARTMENT OF HOMELAND SECURITY | PAGE 3 |
| ICE | |
| | CASE NUMBER ▮▮▮▮ |
| REPORT OF INVESTIGATION | |
| CONTINUATION | REPORT NUMBER: 191 |

DETAILS OF INVESTIGATION:

On Tuesday, July 11, 2006 at approximately 1315, this agent, with Special Agent John Masalski, met with ICE CI SA-1218-SF for the purpose of coordinating a controlled purchase of the illicit narcotic Crystal Methamphetamine. SA-1218-SF was briefed concerning the operation.

At 1330, this agent, with ICE agents Jason Red, Johns Masalski, Raul Cano, and Group Supervisor Mike Hardman, met with DEA agents Joe Dumont, Sean Norton, Todd Enger, and Group Supervisor Bill Sicord, FBI Agent Liz Wickman, and San Francisco Police Officers Dan Perea and Carl Bonner, for a pre-operation briefing. After the briefing, SA-1218-SF was provided a digital recording device and a body wire to afford ICE Special Agent John Masalski the ability to record evidence and monitor conversations with a receiver from a covert location.

At approximately 1420, SA-1218-SF placed a consensually monitored phone call to 20th MS member URIAS, Mauricio, AKA: "Puppet" at phone # 415-424-6778 to verify that he could obtain (2) ounces of Crystal Methamphetamine for a prearranged purchase for the price of $1,900.00. During the brief call, URIAS indicated that he was in possession of the narcotics. SA-1218-SF and URIAS agreed that the location for the exchange would remain the same as previous purchases made at the "La Fiesta" Laundromat located at South Van Ness and 20th Streets, San Francisco, CA.

Moments after the phone call, ICE and DEA agents positioned in the vicinity of the residence of SOSA, at 138 Appleton Avenue, San Francisco, CA 94110, observed URIAS, SOSA, and fellow "20th MS" member LARGEASPADA, Douglas, AKA: "Droopy," depart the residence and enter a silver Ford Expedition, CA license plate 4HUK164, R/O: SOSA, Judith. The vehicle departed the location and drove toward the Mission District, San Francisco, CA. Agents then followed the vehicle to the meet location at the "La Fiesta Laundromat" located at 20th and South Van Ness Streets, San Francisco, CA.

At approximately 1425, this agent, in the presence of DEA Special Agent Joe Dumont, provided SA-1218-SF with $2000.00 cash to make the illicit narcotics purchase. This agent then frisked SA-1218-SF to verify he/she was not in possession of any weapons or narcotics. SA-1218-SF was dispatched to the meet location at approximately1429 in order to complete the transaction. ICE and DEA agents were in position in the vicinity of the meet location to monitor the purchase.

At approximately 1436, URIAS, SOSA, and LARGAESPADA arrived in the silver Ford Expedition and parked in the lot of the "La Fiesta" laundromat. Upon

OFFICIAL USE ONLY
THIS DOCUMENT IS LOANED TO YOU FOR OFFICIAL USE ONLY AND REMAINS THE PROPERTY OF THE DEPARTMENT OF HOMELAND SECURITY, ICE. ANY FURTHER REQUEST FOR DISCLOSURE OF THIS DOCUMENT OR INFORMATION CONTAINED HEREIN SHOULD BE REFERRED TO ICE HEADQUARTERS TOGETHER WITH A COPY OF THE DOCUMENT.

O F F I C I A L   U S E   O N L Y

|   |   |
|---|---|
| DEPARTMENT OF HOMELAND SECURITY<br>ICE<br>R E P O R T  O F  I N V E S T I G A T I O N<br>C O N T I N U A T I O N | PAGE    4 |
| | CASE NUMBER ███████████ |
| | REPORT NUMBER: 191 |

arrival, agents observed SA-1218-SF walk up to the vehicle and enter the back seat. SA-1218-SF remained in the vehicle for approximately two (2) minutes and then exited the vehicle. SA-1218-SF departed the vehicle at 1438 and walked eastbound on 20th Street. The Ford Expedition departed the parking lot heading westbound on 20th Street. ICE and DEA agents followed the silver Ford Expedition as it drove in the vicinity of the Mission District.

This agent, with DEA Special Agent Joe Dumont, followed SA-1218-SF via vehicle as he/she continued on foot to the pickup location at Shotwell and 21st Streets. SA-1218-SF was picked up by this agent, with agent Dumont at approximately 1441. SA-1218-SF was transported to the debrief location for transfer of the controlled substance to ICE/DEA custody and debrief.

At the debrief location, SA-1218-SF provided this agent with two (2) packages containing suspected Crystal Methamphetamine obtained from SOSA in exchange for $1900. SA-1218-SF was questioned regarding the transaction. SA-1218-SF was again frisked to verify he/she was not in possession of weapons or narcotics.

SA-1218-SF indicated that he/she entered the back seat of the Ford Expedition moments after it arrived. He/she reported that LARGEASPADA was in the back seat when he/she entered the vehicle. URIAS was in the driver's seat and SOSA was in the passenger seat. Upon entering the vehicle, SOSA provided the narcotics and received the $2000.00 cash. SA-1218-SF communicated with LARGAESPADA in the backseat, inquiring if he knew if the drugs were of a good quality. SA-1218-SF indicated that LARGEASPADA affirmed that the drugs were good quality. SA-1218-SF conversed with URIAS about future prices and quantities for a moment and then exited the vehicle.

At approximately 1455, SA-1218-SF received a call from URIAS indicating that he/she had provided too much money. URIAS stated that the price was $1900 and SA-1218-SF had provided $2000. SA-1218-SF stated that he/she would pick up the remaining $100 later in the evening. The call was terminated at this time.

The two (2) bags of suspected Crystal Methamphetamine were transferred to the custody of the DEA for processing. Please see the related DEA report for additional information concerning the surveillance during this operation.

Investigation continues:

TARGET IDENTIFIERS:

* "Puppet" is known to this agent as URIAS, Mauricio, DOB: 11/27/1976, COB: El Salvador, ICE# A38 852 272, Immigration Status: P53, SF# ███████ FBI:

O F F I C I A L   U S E   O N L Y
THIS DOCUMENT IS LOANED TO YOU FOR OFFICIAL USE ONLY AND REMAINS THE PROPERTY OF THE DEPARTMENT OF HOMELAND SECURITY, ICE. ANY FURTHER REQUEST FOR DISCLOSURE OF THIS DOCUMENT OR INFORMATION CONTAINED HEREIN SHOULD BE REFERRED TO ICE HEADQUARTERS TOGETHER WITH A COPY OF THE DOCUMENT.

O F F I C I A L   U S E   O N L Y

```
|  DEPARTMENT OF HOMELAND SECURITY      |  PAGE    5                    |
|              ICE                      |_____|
|                                       |  CASE NUMBER ▓▓▓▓▓▓▓▓▓▓▓      |
|  R E P O R T  O F  I N V E S T I G A T I O N  |_____|
|       C O N T I N U A T I O N         |  REPORT NUMBER: 191           |
```

422388AB3, SSN: 561790475, CDL: B6233436

* "Judy" or "J-Dubbs" is known to this agent as SOSA, Judy, DOB: 12/16/1980, CDL: ▓▓▓▓▓▓▓, LKA: 138 Appleton Street, San Francisco, CA 94110.

* "Droopy" is known to this agent as LARGAESPADA, Douglas, DOB: 11/08/1981, COB: Nicaragua, ICE# A41 737 722, Immigration Status: P22, FBI: ▓▓▓▓▓▓▓, CII: ▓▓▓▓▓▓, SF# ▓▓▓▓▓▓, CDL: ▓▓▓▓▓▓ 6▓▓▓▓▓▓▓, LKA: 899 HILLSIDE BLVD. APT 5, DALY CITY, CA 94014

O F F I C I A L   U S E   O N L Y
THIS DOCUMENT IS LOANED TO YOU FOR OFFICIAL USE ONLY AND REMAINS THE PROPERTY
OF THE DEPARTMENT OF HOMELAND SECURITY, ICE. ANY FURTHER REQUEST FOR
DISCLOSURE OF THIS DOCUMENT OR INFORMATION CONTAINED HEREIN SHOULD BE REFERRED
TO ICE HEADQUARTERS TOGETHER WITH A COPY OF THE DOCUMENT.

```
REQUESTED BY:  SCRAM, WILLARD E
                     OFFICIAL USE ONLY
```

| DEPARTMENT OF HOMELAND SECURITY | TECS ACCESS CODE: ▓ |
| ICE | |
| | PAGE   1 |
| REPORT OF INVESTIGATION | |
| | CASE NUMBER: ▓▓▓▓▓▓▓▓ |

| TITLE: DEVIL HORNS |
| CASE STATUS: INTERIM RPT |

| REPORT DATE | DATE ASSIGNED | PROGRAM CODE | REPORT NO. |
|---|---|---|---|
| 062906 | 071405 | ▓▓▓ | 180 |

RELATED CASE NUMBERS:

COLLATERAL REQ:

TYPE OF REPORT:
INVESTIGATIVE FINDINGS

TOPIC: CONTROLLED PURCHASE OF ONE (1) OUNCE CRYSTAL METHAMPHETAMINE 06/28/06

SYNOPSIS:
"DEVIL HORNS" is an investigation under the Certified Undercover Operation Fastball targeting the 20th Street Mara Salvatrucha (MS-13), a violent Hispanic street gang in San Francisco, CA.  In conjunction with other law enforcement agencies, the Operation Community Shield (OCS) unit of ICE OI is gathering evidence of the criminal activities of this organization towards criminal prosecution of its members.

This report documents the controlled purchase of one (1) ounce of the illicit narcotic Crystal Methamphetamine from 20th MS members.

| DISTRIBUTION: | SIGNATURE: |
|---|---|
| SACSF | MERENDINO    CHRISTOPHE    SPECIAL AGENT |
| | APPROVED: |
| | HARDMAN      MICHAEL       OI GRP SUPERVISOR |
| | ORIGIN OFFICE: SF    TELEPHONE: ▓▓▓▓▓▓ |
| | SAN FRANCISCO, CA |
| | TYPIST: MERENDINO |

OFFICIAL USE ONLY
THIS DOCUMENT IS LOANED TO YOU FOR OFFICIAL USE ONLY AND REMAINS THE PROPERTY
OF THE DEPARTMENT OF HOMELAND SECURITY, ICE. ANY FURTHER REQUEST FOR
DISCLOSURE OF THIS DOCUMENT OR INFORMATION CONTAINED HEREIN SHOULD BE REFERRED
TO ICE HEADQUARTERS TOGETHER WITH A COPY OF THE DOCUMENT.

R0397

```
                        OFFICIAL USE ONLY
|   DEPARTMENT OF HOMELAND SECURITY      |  PAGE    3                |
|               ICE                      |_____|
|                                        |  CASE NUMBER              |
| R E P O R T  O F  I N V E S T I G A T I O N  |_____|
|         C O N T I N U A T I O N        |  REPORT NUMBER: 180       |
```

DETAILS OF INVESTIGATION:

On Wednesday, June 28, 2006 at approximately 1315, this agent, with Special Agent Eric Olivas, met with ICE CI SA-1218-SF for the purpose of coordinating a controlled purchase of the illicit narcotic Crystal Methamphetamine. This attempt is a follow up of the failed attempt to make the purchase on June 22, 2006.

At 1345, this agent, with ICE agents Eric Olivas, Raul Cano, and Group Supervisor Mike Hardman, met with DEA agents Joe Dumont, Kenny Glenn, Todd Enger, and Group Supervisor Bill Sicord, and San Francisco Police Officer Dan Perea, for a pre-operation briefing. After the briefing, SA-1218-SF was provided a digital recording device and a body wire to afford ICE Special Agent Eric Olivas the ability to record evidence and monitor conversations with a receiver from a covert location.

At approximately 1430, SA-1218-SF placed a consensually monitored phone call to 20th MS member URIAS, Mauricio, AKA: "Puppet" at phone # 415-424-6778 to verify that he had obtained one (1) ounce of Methamphetamine for a prearranged purchase for the price of $1,000.00. During the brief call, URIAS indicated he would call back SA-1218-SF shortly.

At approximately 1440, SA-1218-SF was contacted by URIAS via cellphone. As per this agent's instructions, SA-1218-SF suggested that they make the transaction at the "La Fiesta Laundromat," located at 20th and South Van Ness Streets, San Francisco, CA. URIAS agreed with the location, indicating that he and his girlfriend SOSA, Judy, AKA; "J-Dubbs," would be at the location in approximately twenty (20) minutes. SA-1218-SF agreed to the meet time and the call was terminated.

Moments after the phone call, ICE and DEA agents positioned in the vicinity of the residence of SOSA, observed URIAS and SOSA depart the residence and enter a silver Ford Expedition, CA license plate 4HUK164, R/O: SOSA, Judith. The vehicle departed the location and drove to the vicinity of Hanover Street, Daly City, CA. At this location, agents observed the vehicle pull up next to a small pick up truck. URIAS and the occupant of the pick up truck were observed completing a hand to hand transaction at this time. Records checks concerning this vehicle were linked to a male subject known to the DEA as BREIZ, John Lacsamana, DOB: 10/06/1975, FBI #: ████████. BREIZ has an extensive criminal history including felony convictions for narcotics related offenses. BREIZ resides at the 509 Hanover Street, Daly City, CA. Agents then followed the vehicle to the meet location at the "La Fiesta Laundromat" located at 20th and South Van Ness Streets, San Francisco, CA.

At approximately 1450, DEA Special Agent Joe Dumont, provided SA-1218-SF with

                        OFFICIAL USE ONLY
THIS DOCUMENT IS LOANED TO YOU FOR OFFICIAL USE ONLY AND REMAINS THE PROPERTY
OF THE DEPARTMENT OF HOMELAND SECURITY, ICE. ANY FURTHER REQUEST FOR
DISCLOSURE OF THIS DOCUMENT OR INFORMATION CONTAINED HEREIN SHOULD BE REFERRED
TO ICE HEADQUARTERS TOGETHER WITH A COPY OF THE DOCUMENT.

O F F I C I A L   U S E   O N L Y

| DEPARTMENT OF HOMELAND SECURITY ICE | PAGE   4 |
|---|---|
| REPORT OF INVESTIGATION CONTINUATION | CASE NUMBER |
| | REPORT NUMBER: 180 |

$1000.00 cash to make the illicit narcotics purchase. Agent Dumont then frisked SA-1218-SF to verify he/she was not in possession of any narcotics or weapons. SA-1218-SF was then dispatched to the meet location in order to complete the transaction. ICE and DEA agents were in position in the vicinity of the meet location to monitor the purchase.

At approximately 1507, URIAS and SOSA arrived at the laundromat driving a silver Ford Expedition, CA license plate 4HUK164. The vehicle parked in a westerly direction in the lot of the laundromat. Upon arrival, agents observed SA-1218-SF walk up to the vehicle and enter the back seat. SA-1218-SF remained in the vehicle for approximately two (2) minutes and then exited the vehicle. SA-1218-SF departed on foot eastbound on 20th Street. The Ford Expedition departed the parking lot heading westbound on 20th Street. ICE and DEA agents followed the silver Ford Expedition until it parked at the known residence of SOSA, located at 138 Appleton Street, San Francisco, CA 94110.

This agent, with DEA Special Agent Joe Dumont, followed SA-1218-SF via vehicle as he/she continued on foot to the pickup location at Shotwell and 19th Streets. SA-1218-SF was picked up by this agent and agent Dumont at approximately 1518. SA-1218-SF was transported to the brief location for transfer of the controlled substance to ICE/DEA custody and debrief.

At the brief location, SA-1218-SF provided DEA Special Agent Joe Dumont with the package obtained from "Judy." Agent Dumont again frisked SA-1218-SF to verify he/she was not in possession of any narcotics or weapons. SA-1218-SF was questioned regarding the transaction. SA-1218-SF indicated that he/she entered the back seat of the Ford Expedition moments after it arrived. He/she reported that SOSA provided the narcotics and SCSA received the $1000.00 cash. SA-1218-SF communicated to SOSA and URIAS that his/her uncle was interested in purchasing larger quantities for a lower price in the near future. URIAS and SOSA agreed that future transaction were possible.

Please refer to the DEA report to obtain further specific details concerning the surveillance of this buy/walk operation.

Investigation continues:

TARGET IDENTIFIERS:

"Puppet" is known to this agent as URIAS, Mauricio, DOB: 11/27/1976, COB: El Salvador, ICE# A38 852 272, Immigration Status: P53, SF# ███████, FBI: ███████, SSN: ██████5, CDL: ███████

"Judy" or "J-Dubbs" is known to this agent as SCSA, Judy, DOB: 12/16/1980,

O F F I C I A L   U S E   O N L Y
THIS DOCUMENT IS LOANED TO YOU FOR OFFICIAL USE ONLY AND REMAINS THE PROPERTY OF THE DEPARTMENT OF HOMELAND SECURITY, ICE. ANY FURTHER REQUEST FOR DISCLOSURE OF THIS DOCUMENT OR INFORMATION CONTAINED HEREIN SHOULD BE REFERRED TO ICE HEADQUARTERS TOGETHER WITH A COPY OF THE DOCUMENT.

REQUESTED BY: SCRAM, WILLARD E
OFFICIAL USE ONLY

| DEPARTMENT OF HOMELAND SECURITY ICE | TECS ACCESS CODE ■ |
|---|---|
| | PAGE 1 |
| REPORT OF INVESTIGATION | |
| | CASE NUMBER ■ |

TITLE: DEVIL HORNS

CASE STATUS: INTERIM RPT

| REPORT DATE | DATE ASSIGNED | PROGRAM CODE | REPORT NO. |
|---|---|---|---|
| 070306 | 071405 | ■ | 166 |

RELATED CASE NUMBERS:

COLLATERAL REQ:

TYPE OF REPORT:
SOURCE DEBRIEF INFORMAT

TOPIC: ATTEMPTED CONTROLLED PURCHASE OF 1 OUNCE CRYSTAL METH ON 06/22/2006

SYNOPSIS:
"DEVIL HORNS" is an investigation under the CUC Operation Fastball targeting the "20th Street (20th MS)" clique of "Mara Salvatrucha (MS-13)," a violent transnational criminal street gang in San Francisco, CA. In conjunction with local law enforcement, ICE is pursuing an investigation of this criminal organization.

This report documents the attempted purchase of one (1) ounce crystal methamphetamine from a "20th MS" gang member.

| DISTRIBUTION: | SIGNATURE: |
|---|---|
| SACSF | MERENDINO    CHRISTOPHE    SPECIAL AGENT |
| | APPROVED: |
| | HARDMAN    MICHAEL    OI GRP SUPERVISOR |
| | ORIGIN OFFICE: SF    TELEPHONE: ■ |
| | SAN FRANCISCO, CA |
| | TYPIST: MERENDINO |

OFFICIAL USE ONLY

THIS DOCUMENT IS LOANED TO YOU FOR OFFICIAL USE ONLY AND REMAINS THE PROPERTY OF THE DEPARTMENT OF HOMELAND SECURITY, ICE. ANY FURTHER REQUEST FOR DISCLOSURE OF THIS DOCUMENT OR INFORMATION CONTAINED HEREIN SHOULD BE REFERRED TO ICE HEADQUARTERS TOGETHER WITH A COPY OF THE DOCUMENT.

OFFICIAL USE ONLY

| DEPARTMENT OF HOMELAND SECURITY ICE | PAGE  3 |
|---|---|
| REPORT OF INVESTIGATION CONTINUATION | CASE NUMBER ▓▓▓▓▓▓ |
| | REPORT NUMBER: 166 |

DETAILS OF INVESTIGATION:

On Thursday, June 22, 2006 ICE, in conjunction with the U.S. Drug Enforcement Administration (DEA) attempted the controlled purchase of one (1) ounce of crystal methamphetamine from "20th MS" members URIAS, Mauricio, AKA: "Puppet," and SOSA, Judy.

At 1345, this agent, with ICE agents Eric Olivas, Raul Cano, Rocio Franco, and Group Supervisor Mike Hardman, met with DEA agents Joe Dumont, Kenny Glenn, Todd Enger, Sean Norton, and Group Supervisor Bill Sicord, and San Francisco Police Officer Dan Perea, for a pre-operation briefing. After the briefing, SA-1218-SF was provided a digital recording device and a body wire to afford ICE Special Agent Eric Olivas the ability to record evidence and monitor conversations with a receiver from a covert location.

At approximately 1430, SA-1218-SF placed a consensually monitored phone call to 20th MS member URIAS, Mauricio, AKA: "Puppet" at phone # 415-424-6778 to requet to purchase one (1) ounce of Crystal Methamphetamine. During the brief call, URIAS indicated he would contact his sourced and call back SA-1218-SF in approximately twenty (20) minutes.

At approximately 1502, SA-1218-SF again contacted URIAS via cellphone to inquire as to the status of the potential purchase. URIAS indicated that he was picking up his girlfriend SOSA, Judy, AKA; "J-Dubbs," at school and would find out if he could obtain the drugs shortly. URIAS stated he would call SA-1218-SF shortly.

At 1550, URIAS contacted SA-1218-SF via phone and indicated that he had placed a call to the source and left a message. The source did not answer the phone at the time. URIAS indicated he would contact SA-1218-SF as soon as he heard from the source.

At approximately 1620, SA-1218-SF contacted URIAS to check on the status of the potential purchase. URIAS indicated that he had still not heard from the source. As per this agent's instruction, SA-1218-SF postponed the purchase until the following week, citing that his/her uncle was unavailable to make a purchase until that time. URIAS agreed to the rescheduled tentative purchase date.

All agent's returned to the brief location for a post-op debrief and the operation was discontinued.

Please refer to the related DEA report for additional surveillance details.

Investigation continues:

OFFICIAL USE ONLY

THIS DOCUMENT IS LOANED TO YOU FOR OFFICIAL USE ONLY AND REMAINS THE PROPERTY OF THE DEPARTMENT OF HOMELAND SECURITY, ICE. ANY FURTHER REQUEST FOR DISCLOSURE OF THIS DOCUMENT OR INFORMATION CONTAINED HEREIN SHOULD BE REFERRED TO ICE HEADQUARTERS TOGETHER WITH A COPY OF THE DOCUMENT.

```
REQUESTED BY: SCRAM, WILLARD E
              OFFICIAL USE ONLY
```

| DEPARTMENT OF HOMELAND SECURITY ICE | TECS ACCESS CODE ▓ |
|---|---|
| REPORT OF INVESTIGATION | PAGE  1 |
|  | CASE NUMBER ▓ |

| TITLE: DEVIL HORNS |
|---|

| CASE STATUS: | INTERIM RPT |
|---|---|

| REPORT DATE 052606 | DATE ASSIGNED 071405 | PROGRAM CODE ▓ | REPORT NO. 136 |
|---|---|---|---|

| RELATED CASE NUMBERS: |
|---|

| COLLATERAL REQ: |
|---|

| TYPE OF REPORT: SURVEILLANCE REPORT / I |
|---|

| TOPIC: CONTROLLED PURCHASE OF ONE (1) OUNCE CRYSTAL METHAMPHETAMINE 05/24/06 |
|---|

SYNOPSIS:
"DEVIL HORNS" is an investigation under Operation Community Shield (OCS) targeting the "20th Street Mara Salvatrucha (20th MS,)" a violent Hispanic street gang in and around San Francisco, CA.  In conjunction with other law enforcement agencies, OCS is developing intelligence on this criminal organization towards criminal prosecution of its members.  Confidential Informants (CI) have been activated in this case to facilitate the gathering of evidence against the MS-13 organization.

This report documents the controlled purchase of one (1) ounce of the illicit narcotic Crystal Methamphetamine from 20th MS members.

| DISTRIBUTION: SACSF | SIGNATURE: MERENDINO   CHRISTOPHE   SPECIAL AGENT |
|---|---|
|  | APPROVED: HARDMAN   MICHAEL   OI GRP SUPERVISOR |
|  | ORIGIN OFFICE: SF SAN FRANCISCO, CA - | TELEPHONE: ▓ |
|  | TYPIST: MERENDINO |

             OFFICIAL USE ONLY
THIS DOCUMENT IS LOANED TO YOU FOR OFFICIAL USE ONLY AND REMAINS THE PROPERTY
OF THE DEPARTMENT OF HOMELAND SECURITY, ICE. ANY FURTHER REQUEST FOR
DISCLOSURE OF THIS DOCUMENT OR INFORMATION CONTAINED HEREIN SHOULD BE REFERRED
TO ICE HEADQUARTERS TOGETHER WITH A COPY OF THE DOCUMENT.

OFFICIAL USE ONLY

| DEPARTMENT OF HOMELAND SECURITY ICE | PAGE 3 |
|---|---|
| REPORT OF INVESTIGATION CONTINUATION | CASE NUMBER ▓▓▓▓▓▓▓ |
| | REPORT NUMBER: 136 |

DETAILS OF INVESTIGATION:

On Wednesday, May 24, 2006 at approximately 1205, this agent, with Special Agent John Masalski, met with ICE CI SA-1218-SF for the purpose of coordinating a controlled purchase of the illicit narcotic Crystal Methamphetamine. SA-1218-SF placed a consensually monitored phone call to 20th MS member URIAS, Mauricio, AKA: "Puppet" at phone # 415-424-6778 to verify that he had obtained one (1) ounce of Methamphetamine for a prearranged purchase for the price of $950.00. During the brief call, URIAS indicated that he was in possession of the narcotic and prepared to make the exchange.

At 1245, this agent, with ICE agents John Masalski, Rocio Franco, Eric Olivas, Jason Red, Raul Cano, and Group Supervisor Mike Hardman, met with DEA agents Joe Dumont, Kenny Glenn, Sean Norton, and Group Supervisor Bill Sicord, and San Francisco Police Officers Phil Fee, Dan Perea, and Carl Bonner, for a pre-operation briefing. After the briefing, SA-1218-SF was provided a digital recording device and a body wire to afford ICE Special Agent Eric Olivas the ability to record evidence and monitor conversations with a receiver from a covert location. In addition, DEA Special Agent Joe Dumont, provided SA-1218-SF with $1000.00 cash to make the illicit narcotics purchase.

At approximately 1315, SA-1218-SF contacted URIAS via cellphone, and as per this agent's instruction, indicated that he/she was eating lunch at "Los Jarritos" restaurant, located at 901 S. Van Ness Ave. San Francisco, CA 94110. SA-1218-SF suggested this location was appropriate for the transaction to take place. URIAS disagreed with the location, indicating that the source of the narcotic would not be comfortable in that location. URIAS suggested that SA-1218-SF meet him, his girlfriend "Judy," and the unidentified source at his residence located at 138 Appleton Street, San Francisco, CA 94110.

As per this agent's instructions, SA-1218-SF indicated that the residence was not an appropriate location to do the exchange. SA-1218-SF informed URIAS that the exchange could only occur in the Mission District because he/she was on foot and did not have transportation to travel to the residence.

After several phone calls to negotiate the location of the exchange, URIAS contacted SA-1218-SF on the phone and stated that "Judy" and the unidentified source of the narcotic, were enroute to the Mission District to meet and complete the transaction. URIAS indicated that "Judy" and the unidentified source would be driving a small red car. URIAS indicated they would meet SA-1218-SF in the parking lot of the laundromat across the street from the "Los Jarritos" restaurant. SA-1218-SF agreed with the location for the exchange.

OFFICIAL USE ONLY
THIS DOCUMENT IS LOANED TO YOU FOR OFFICIAL USE ONLY AND REMAINS THE PROPERTY OF THE DEPARTMENT OF HOMELAND SECURITY, ICE. ANY FURTHER REQUEST FOR DISCLOSURE OF THIS DOCUMENT OR INFORMATION CONTAINED HEREIN SHOULD BE REFERRED TO ICE HEADQUARTERS TOGETHER WITH A COPY OF THE DOCUMENT.

OFFICIAL USE ONLY

| DEPARTMENT OF HOMELAND SECURITY<br>ICE<br>REPORT OF INVESTIGATION<br>CONTINUATION | PAGE 4<br>CASE NUMBER ███<br>REPORT NUMBER: 136 |
|---|---|

At approximately 1437, URIAS contacted SA-1218-SF and indicated "Judy" and the unidentified source were waiting in the laundromat parking lot. SA-1218-SF was dropped of near the laundromat and SA-1218-SF proceeded to meet "Judy." At approximately 1440, SA-1218-SF met "Judy" in front of the Automated Teller Machine (ATM) in the lot at the laundromat. "Judy" stated "right here?" and SA-1218-SF responded "yes." SA-1218-SF inquired "how much?" and "Judy" responded "$950." "Judy" handed SA-1218-SF a white envelope and SA-1218-SF provided "Judy" $1000.00 cash. "Judy" returned $50.00 cash to SA-1218-SF. SA-1218-SF departed the area at this time and was picked up by ICE Special Agent Jason Red. SA-1218-SF was transported to the brief location for transfer of the controlled substance to ICE custody and debrief.

At 1445, ICE and DEA agents observed "Judy" and the unidentified male subject, in a red four door Toyota vehicle, leave the laundromat parking lot, head east on 20th Street and then north on Shotwell Avenue. Agents obtained the license plate of the vehicle as CA 4VLT450. The surveillance was terminated at this time.

At the brief location, SA-1218-SF provided DEA Special Agent Joe Dumont with the package obtained from "Judy." SA-1218-SF was questioned regarding the transaction and the unidentified male subject. SA-1218-SF indicated that he/she did not meet the unidentified male, but did observe him sitting in the red vehicle. SA-1218-SF described the male as of probable Filipino descent, approximately 35 years old, with very short curly hair and facial hair.

A check of DMV records indicated that the red four door Toyota vehicle CA 4VLT450 is currently registered to BREIZ, Armando Marquina, DOB: 05/05/1951, residing at 509 Hanover Street, Daly City, CA 94014. At approximately 1530, DEA and ICE agents traveled to this address and observed the Toyota vehicle parked on the street in front of the residence.

Additional records checks revealed that another male subject resides at the 509 Hanover Street residence. BREIZ, John Lacsamana, DOB: 10/06/1975, FBI #: ███████ has an extensive criminal history including felony convictions for narcotics related offenses. BREIZ is of Filipino descent and fits the description provided by SA-1218-SF.

Investigation continues:

TARGET IDENTIFIERS:

"Puppet" is known to this agent as URIAS, Mauricio, DOB: 11/27/1976, COB: El Salvador, ICE# A38 852 272, Immigration Status: P53, SF# ██████ FBI: ████████, SSN: ████████, CDL: ████████

OFFICIAL USE ONLY
THIS DOCUMENT IS LOANED TO YOU FOR OFFICIAL USE ONLY AND REMAINS THE PROPERTY OF THE DEPARTMENT OF HOMELAND SECURITY, ICE. ANY FURTHER REQUEST FOR DISCLOSURE OF THIS DOCUMENT OR INFORMATION CONTAINED HEREIN SHOULD BE REFERRED TO ICE HEADQUARTERS TOGETHER WITH A COPY OF THE DOCUMENT.

OFFICIAL USE ONLY

| DEPARTMENT OF HOMELAND SECURITY ICE | PAGE    5 |
|---|---|
| REPORT OF INVESTIGATION CONTINUATION | CASE NUMBER ▇▇▇▇ |
| | REPORT NUMBER: 136 |

"Judy" is known to this agent as SOSA, Judy, DOB: 12/16/1980, CDL: ▇▇▇▇
LKA: 138 Appleton Street, San Francisco, CA 94110.

OFFICIAL USE ONLY
THIS DOCUMENT IS LOANED TO YOU FOR OFFICIAL USE ONLY AND REMAINS THE PROPERTY
OF THE DEPARTMENT OF HOMELAND SECURITY, ICE. ANY FURTHER REQUEST FOR
DISCLOSURE OF THIS DOCUMENT OR INFORMATION CONTAINED HEREIN SHOULD BE REFERRED
TO ICE HEADQUARTERS TOGETHER WITH A COPY OF THE DOCUMENT.

```
REQUESTED BY:  SCRAM, WILLARD E
                    OFFICIAL USE ONLY
```

| DEPARTMENT OF HOMELAND SECURITY<br>ICE | TECS ACCESS CODE ▇ |
|---|---|
| REPORT OF INVESTIGATION | PAGE 1 |
|  | CASE NUMBER ▇▇▇▇▇▇▇ |

| TITLE: DEVIL HORNS |
|---|

| CASE STATUS: | INTERIM RPT |
|---|---|

| REPORT DATE<br>021207 | DATE ASSIGNED<br>071405 | PROGRAM CODE<br>▇ | REPORT NO.<br>269 |
|---|---|---|---|

| RELATED CASE NUMBERS: |
|---|

| COLLATERAL REQ: |
|---|

| TYPE OF REPORT:<br>SOURCE DEBRIEF INFORMAT/ SURVEILLANCE REPORT / I |
|---|

| TOPIC: CRYSTAL METH PURCHASE (2 OZ., 1/23/07) - SOURCE DEBRIEF (SA-1218-SF) |
|---|

SYNOPSIS:
"DEVIL HORNS" is an investigation under Operation Community Shield (OCS) targeting the 20th Street Mara Salvatrucha (MS-13), a violent Hispanic street gang in and around San Francisco, CA. In conjunction with other law enforcement agencies, OCS is developing intelligence on this criminal organization towards criminal prosecution of its members.

Confidential informants (CIs) have been activated in this case to facilitate the gathering of evidence against the MS-13 organization. This ROI documents a debrief of Confidential Source SA-1218-SF regarding a controlled purchase of methamphetamine on 1/23/07.

| DISTRIBUTION:<br>SACSF | SIGNATURE:<br>MASALSKI   JOHN           SPECIAL AGENT |
|---|---|
|  | APPROVED:<br>HARDMAN    MICHAEL        OI GRP SUPERVISOR |
|  | ORIGIN OFFICE: SF<br>SAN FRANCISCO, CA - | TELEPHONE: ▇▇▇▇▇▇ |
|  |  | TYPIST: MASALSKI |

```
                    OFFICIAL USE ONLY
THIS DOCUMENT IS LOANED TO YOU FOR OFFICIAL USE ONLY AND REMAINS THE PROPERTY
OF THE DEPARTMENT OF HOMELAND SECURITY, ICE. ANY FURTHER REQUEST FOR
DISCLOSURE OF THIS DOCUMENT OR INFORMATION CONTAINED HEREIN SHOULD BE REFERRED
TO ICE HEADQUARTERS TOGETHER WITH A COPY OF THE DOCUMENT.
```

OFFICIAL USE ONLY

| DEPARTMENT OF HOMELAND SECURITY ICE | PAGE 3 |
|---|---|
| | CASE NUMBER ███████ |
| REPORT OF INVESTIGATION CONTINUATION | REPORT NUMBER: 269 |

DETAILS OF INVESTIGATION:

On 1/23/2007, at approximately 1827 hrs, OCS agents in conjunction with DEA agents and SFPD Officers conducted a controlled purchase of approximately two ounces of suspected crystal methamphetamine, from DEVIL HORNS targets Judith SOSA and John BREIZ, utilizing confidential informant SA-1218-SF. Agents/Officers participating in the operation included: DEA agents (GS) W. Sicord, T. Enger, F. Formas, and J. Dumont; SFPD Officers D. Perea, and P. Fee; and ICE agents (GS) M. Hardman, C. Merendino, R. Franco, R. Cano, A. Chan, and the reporting agent.

The surveillance report for the operation was prepared by DEA agent Dumont and is located in the case file (reference DEA form 6a, ███████████████████ ███████████). Please refer to that report for details of surveillance of the operation.
The following is a summary of information provided by SA-1218-SF to the reporting agent and DEA agent Dumont at debrief following the operation at approximately 1930 hrs on 1/23/07:

From approximately 1730 hrs, SA-1218-SF, as directed by the reporting agent and SA Dumont, waited at the designated meeting location, Fiesta Laundromat, located at the intersection of 20th and South Van Ness Avenue, San Francisco, CA, for the arrival of Judith SOSA. (Note: SA-1218-SF was searched by the reporting agent prior to being dropped off.) Between the approximate hours of 1740 and 1620, SA-1218-SF made 3 or four phone calls to DEVIL HORNS target URIAS, Mauricio, a/k/a "Puppet", at 415-424-6778, inquiring about the status of the delivery. SA-1218-SF was told by URIAS that Judith SOSA would be making the delivery, and that she was en-route.

At approximately 1808 hours, SA-1218-SF observed SOSA arrive in the parking lot of Fiesta Laundry. She was driving the silver Ford Expedition (CA 4HUK164) that SA-1218-SF recognized from previous encounters with her. SA-1218-SF got in the front passenger seat to talk with SOSA. SA-1218-SF observed that SOSA had her two children with her in the back seat of the car. SOSA invited SA-1218-SF to come with her to retrieve the methamphetamine from her source that was in the area, nearby. SA-1218-SF declined to go with her and requested that she return with the drugs instead. SOSA agreed and departed westbound on 20th Street.

Approximately five to ten minutes after SOSA's departure, (at roughly 1822 hrs), SA-1218-SF observed the Silver Expedition, driven by SOSA, arrive back at the Fiesta Laundry parking lot. SA-1218-SF this time got into the rear right passenger seat of the vehicle, because a heavy-set, brown skinned male (identified by OCS agents as John BRIEZ), was seated in the front passenger seat. The male (BREIZ) handed a small potato-chip bag containing an inner bag

OFFICIAL USE ONLY

THIS DOCUMENT IS LOANED TO YOU FOR OFFICIAL USE ONLY AND REMAINS THE PROPERTY OF THE DEPARTMENT OF HOMELAND SECURITY, ICE. ANY FURTHER REQUEST FOR DISCLOSURE OF THIS DOCUMENT OR INFORMATION CONTAINED HEREIN SHOULD BE REFERRED TO ICE HEADQUARTERS TOGETHER WITH A COPY OF THE DOCUMENT.

OFFICIAL USE ONLY

| DEPARTMENT OF HOMELAND SECURITY ICE | PAGE  4 |
|---|---|
| | CASE NUMBER ███████5 |
| REPORT OF INVESTIGATION CONTINUATION | REPORT NUMBER: 269 |

with a white substance inside it to SOSA, who subsequently handed it to SA-1218-SF.  SA-1218-SF then handed $1,950.00 cash to SOSA, and stated that any extra cash in there was for "Puppet."  SOSA then paid BREIZ all or part of the cash while SA-1218-SF remained in the back seat of the car.  Aditionally, SOSA gave her own phone number to SA-1218-SF as (415)-240-0220 and indicated that SA-1218-SF could call her directly for future business.  After a few moments, at roughly 1830 hrs, SA-1218-SF got out of the vehicle and observed it depart the area, heading westbound on 20th Street.

SA-1218-SF, while being observed by the reporting agent, SA Dumont, and SA Merendino, then walked to the area of Shotwell Avenue between 18th and 19th Streets to turn over the evidence to the reporting agent and SA Dumont. SA-1218-SF was searched again by the reporting agent and subsequently debriefed for the information found in this report.

Investigation is ongoing.

OFFICIAL USE ONLY
THIS DOCUMENT IS LOANED TO YOU FOR OFFICIAL USE ONLY AND REMAINS THE PROPERTY
OF THE DEPARTMENT OF HOMELAND SECURITY, ICE. ANY FURTHER REQUEST FOR
DISCLOSURE OF THIS DOCUMENT OR INFORMATION CONTAINED HEREIN SHOULD BE REFERRED
TO ICE HEADQUARTERS TOGETHER WITH A COPY OF THE DOCUMENT.