JOSEPH P. RUSSONIELLO (CSBN 44332)
United States Attorney

BRIAN J. STRETCH (CABN 163973)
Chief, Criminal Division

W.S. WILSON LEUNG (CABN 190939)
CHRISTINE Y. WONG (NYBN 3988607)
Assistant United States Attorneys

   450 Golden Gate Avenue, Box 36055
   San Francisco, California 94102
   Telephone: (415) 436-6758/7301
   Facsimile: (415) 436-6753
   E-Mail: wilson.leung@usdoj.gov

THERYN GIBBONS (NYBN 759321)
Trial Attorney

Attorneys for the United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No: CR-08-0730 WHA |
| | ) | |
| v. | ) | GOVERNMENT'S SUPPLEMENTAL RESPONSE TO DEFENDANTS' MOTION TO DISMISS INDICTMENT FOR OUTRAGEOUS GOVERNMENT CONDUCT |
| RODIL NOCHEZ, et al., | ) | |
| | ) | Hearing: January 19, 2010 |
| Defendants. | ) | Time: 2:00 p.m. |
| | ) | Court: Honorable William H. Alsup |

      Defendants Rodil Nochez and Daniel Gonzalez filed a motion to dismiss Counts 50-52 and 56-60 of the Third Superseding Indictment. Defendant Rodrigo Molina filed a joinder to Nochez and Gonzalez's motion, and sought to dismiss Counts 47, 48, 53, and 55 of the Third Superseding Indictment, for the same reasons set forth in the Nochez and Gonzalez motion. In

GOVERNMENT'S RESPONSE TO DEFENDANTS' MOTION TO DISMISS

1 | the Government's Response to Defendants' Motion to Dismiss Indictment for Outrageous
2 | Government Conduct, filed on January 12, 2010, the Government inadvertently addressed the
3 | argument only as to Nochez and Gonzalez.  Based on the same reasons set forth in the
4 | Government's initial response–namely, the analysis under *United States v. Bonanno*, 852 F.2d
5 | 434, 437-38 (9th Cir. 1988), Rodrigo Molina's joinder should be denied as well.
6 | DATED: January 14, 2010

                                  Respectfully submitted,

                                  JOSEPH P. RUSSONIELLO
                                  United States Attorney

                    By:    /s/
                         CHRISTINE Y. WONG
                         W.S. WILSON LEUNG
                         Assistant United States Attorneys

                         THERYN G. GIBBONS
                         Trial Attorney