REQUESTED BY:  SCRAM, WILLARD E

O F F I C I A L   U S E   O N L Y

| DEPARTMENT OF HOMELAND SECURITY<br>ICE<br>R E P O R T   O F   I N V E S T I G A T I O N | TECS ACCESS CODE 3 |
|---|---|
| | PAGE   1 |
| | CASE NUMBER ▓▓▓▓▓▓▓▓ |

TITLE: ▓▓▓▓▓▓▓▓

CASE STATUS:   INTERIM RPT

| REPORT DATE<br>112006 | DATE ASSIGNED<br>071405 | PROGRAM CODE<br>0A0 | REPORT NO.<br>242 |
|---|---|---|---|

RELATED CASE NUMBERS:

COLLATERAL REQ:

TYPE OF REPORT:
OTHER INFORMATION

TOPIC: CONTROLLED PURCHASE OF TOYOTA (CA 5WZT085) ON 11/17/06 - SURV ROI

SYNOPSIS:
"DEVIL HORNS" is an investigation under the Certified Undercover Operation Fastball targeting the 20th Street Mara Salvatrucha (20th MS), a violent Hispanic street gang in San Francisco, CA.  In conjunction with other law enforcement agencies, the Operation Community Shield (OCS) unit of ICE OI is gathering evidence of the criminal activities of this organization towards criminal prosecution of its members.

This report documents the controlled purchase of a stolen 2003 Toyota Matrix (CA registration # 5WZT085) on November 17, 2006.

| DISTRIBUTION:<br>SACSF | SIGNATURE: _____<br>MASALSKI     JOHN         SPECIAL AGENT |
|---|---|
| | APPROVED: _____<br>HARDMAN     MICHAEL      OI GRP SUPERVISOR |
| | ORIGIN OFFICE: SF<br>SAN FRANCISCO, CA - |  TELEPHONE: ▓▓▓▓▓▓▓▓ |
| | | TYPIST: MASALSKI |

O F F I C I A L   U S E   O N L Y

THIS DOCUMENT IS LOANED TO YOU FOR OFFICIAL USE ONLY AND REMAINS THE PROPERTY
   THE DEPARTMENT OF HOMELAND SECURITY, ICE. ANY FURTHER REQUEST FOR
   CLOSURE OF THIS DOCUMENT OR INFORMATION CONTAINED HEREIN SHOULD BE REFERRED
TO ICE HEADQUARTERS TOGETHER WITH A COPY OF THE DOCUMENT.

OFFICIAL USE ONLY

| DEPARTMENT OF HOMELAND SECURITY ICE | PAGE   2 |
|---|---|
| | CASE NUMBER ▓▓▓▓▓ |
| REPORT OF INVESTIGATION CONTINUATION | REPORT NUMBER: 242 |

CASE PROGRAM CODES:

▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓

OFFICIAL USE ONLY

THIS DOCUMENT IS LOANED TO YOU FOR OFFICIAL USE ONLY AND REMAINS THE PROPERTY OF THE DEPARTMENT OF HOMELAND SECURITY, ICE. ANY FURTHER REQUEST FOR DISCLOSURE OF THIS DOCUMENT OR INFORMATION CONTAINED HEREIN SHOULD BE REFERRED TO ICE HEADQUARTERS TOGETHER WITH A COPY OF THE DOCUMENT.

000973

OFFICIAL USE ONLY

| DEPARTMENT OF HOMELAND SECURITY ICE | PAGE 3 |
|---|---|
| REPORT OF INVESTIGATION CONTINUATION | CASE NUMBER ▇▇▇▇▇▇ |
| | REPORT NUMBER: 242 |

DETAILS OF INVESTIGATION:

On Friday, November 17, 2006, ICE agents, in conjunction with officers of the California Highway Patrol (CHP), conducted an undercover (UC) storefront operation targeting members of the 20th MS clique in San Francisco, CA. The purpose of the operation was to purchase stolen vehicle(s) from target(s) of the "Devil Horns" investigation in a controlled, undercover environment.

ICE agents participating in the operation included the reporting agent, GS Hardman, C. Merendino, R. Franco, N. Emery, A. Chan, R. Kennedy, J. Red. CHP officers participating in the operation included John Zatazalo, Matt Hiatt, Ron Rogers, X. Spencer, Roy Ferreira, W. Radelich, C. Costigan, M. Locey, M. Trznewski, K. Dixon, and M. Moses.

A briefing regarding operational security, operational targets, officer safety, storefront logistics, use of force, emergency response, etc., was conducted with all involved personnel prior to going operational at approximately 1250 hrs. Agents and officers were then assigned to a team for the duration of the operation.

At approximately 1355 hrs, CHP Officer X. Spencer, acting in an undercover capacity as "Javier," allowed two vehicles access into the yard: a stolen ⁁⁁03 Toyota Matrix, driven by an unidentified Hispanic male known to ▇-1218-SF as "Daniel", and occupied by SA-1218-SF as a passenger, and a green ⌄yota Echo (CA 5BTC114 ), driven by an unidentified Hispanic male known to SA-1218-SF as "Nieto."

Between the approximate hours of 1355 and 1417, UC agent Spencer successfully completed the controlled purchase of the stolen vehicle, and made payment of $1200.00 to the individual known as "Daniel."

At approximately 1417 hrs, "Daniel," "Nieto," and SA-1218-SF departed the area in the Toyota Echo (CA 5BTC114). The perimeter surveillance team observed the vehicle travel on the Richmond Parkway, and then south on the I-580 before terminating surveillance.

The operation was terminated at approximately 1440 hrs.
"Nieto" and "Daniel" are known to SA-1218-SF as MS-13 associates/affiliates, and their complete identities are being researched by OCS agents.

Investigation is ongoing.

Notes:

OFFICIAL USE ONLY
THIS DOCUMENT IS LOANED TO YOU FOR OFFICIAL USE ONLY AND REMAINS THE PROPERTY OF THE DEPARTMENT OF HOMELAND SECURITY, ICE. ANY FURTHER REQUEST FOR DISCLOSURE OF THIS DOCUMENT OR INFORMATION CONTAINED HEREIN SHOULD BE REFERRED ⊤⌐ ICE HEADQUARTERS TOGETHER WITH A COPY OF THE DOCUMENT.

OFFICIAL USE ONLY

| DEPARTMENT OF HOMELAND SECURITY ICE | PAGE 4 |
|---|---|
| REPORT OF INVESTIGATION CONTINUATION | CASE NUMBER ▓▓▓▓▓ |
| | REPORT NUMBER: 242 |

Vehicle 1:
Computer indices checks revealed that the vehicle seized on 11/17/2006 bearing CA plate # 5WZT085 is a 2003 Toyota Matrix, VIN: 2T1KR32E53C072265 registered to ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓

Vehicle 2:
Computer indices reveal that the green Toyota Echo CA 5BTC114 is registered to ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓. This vehicle was also seen during the Devil Horns Operation on 11/3/06 (reference ROI SF16CR05SF0045239).

OFFICIAL USE ONLY
THIS DOCUMENT IS LOANED TO YOU FOR OFFICIAL USE ONLY AND REMAINS THE PROPERTY OF THE DEPARTMENT OF HOMELAND SECURITY, ICE. ANY FURTHER REQUEST FOR DISCLOSURE OF THIS DOCUMENT OR INFORMATION CONTAINED HEREIN SHOULD BE REFERRED TO ICE HEADQUARTERS TOGETHER WITH A COPY OF THE DOCUMENT.

000975