| | |
|---|---|
| **SYNOPSIS:** | **CS WANTS DRUGS TO SELL** |
| CASE NUMBER: | SF16CR05SF0045 |
| TARGET: | ANGEL NOEL GUEVARA a.k.a PELONCITO |
| ID NUMBER: | DH051 |
| ROI: | 073 CALL 5 OF 7 |
| OUGOING TO: | 415-240-1070 |
| SUBSCRIBER: | NOT AVAILABLE |
| LOCATION: | NOT AVAILABLE |
| DATE: | FEBRUARY 10, 2006 |
| TIME: | 14:10 |
| PARTICIPANTS: | ANGEL NOEL GUEVARA a.k.a PELONCITO |
| | SA-1218-SF a.k.a CS |
| SUMMARIZED BY: | CTI01 |
| NOTATIONS: | UNINTELLIGIBLE (U/I) |

**DRAFT**

| DEVIL HORNS PERTINENT EVIDENCE REVIEW | | | | |
|---|---|---|---|---|
| Subject Matter | Relevance | Prosecution | Reviewed By | Date |
| RICO | | | | |
| Firearms | | | | |
| Narcotics | | | | |
| Stolen Vehicles | | | | |
| Other | | | | |
| Remarks: | | | | |

CASE # SF16CR05SF0045
ROI: 073 Call 5 of 7

T000520

SA-1218-SF a.k.a CS to ANGEL NOEL GUEVARA a.k.a PELONCITO

CS told GUEVARA that he was getting into the city adding that he should be on the block shortly and wanted to see if they could talk to see what was up. GUEVARA stated that he was on the block. CS stated that he would arrive in about 30 minutes. CS asked if GUEVARA had talked to MUDO. GUEVARA replied negatively. CS told GUEVARA that he was wondering whether MUDO could do him a favor so that he could make some money with something.

GUEVARA stated that he had not talked to MUDO but that MUDO was well aware of all the shit going on there [NFI]. CS stated that he wanted to see if he could get something to sell. GUEVARA said that was fine and told CS to come over so they could go and talk to him. CS asked if he (GUEVARA) was alone. GUEVARA replied that he was with LITTLE BAD BOY and CHOLITO on 20th by Ritmo Latino. CS said that he would be there shortly.

EOC
CTI01

CASE # SF16CR05SF0045
ROI: 073 Call 5 of 7