SETH P. CHAZIN (CSBN 133777)
Attorney at Law
Law Offices of Seth P. Chazin
1164 Solano Avenue
Albany, CA 94706
Telephone: (510) 507 - 8100
Facsimile: (510) 525 – 0087

Attorney for Defendant
RODIL NOCHEZ

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: CR-08-0730-WHA |
| PLAINTIFF, | DECLARATION IN SUPPORT OF DEFENDANT'S REPLY TO GOVERNMENT'S RESPONSE TO DEFENDANT'S MOTION TO DISMISS INDICTMENT FOR OUTRAGEOUS GOVERNMENT CONDUCT |
| V. | |
| RODIL NOCHEZ, ET AL., | |
| DEFENDANTS. | |

I, JAKE BERGMAN, hereby declare as follows:

1) I am an investigator retained by Seth P. Chazin, the attorney representing defendant Rodil Nochez, to conduct an investigation into the facts and circumstances surrounding the charges made against Mr. Nochez in the above-referenced matter.

2) I have reviewed many of the audio recordings, transcripts and reports produced during the discovery process in this case. Additionally, I have conducted my own in-depth investigation to supplement discovery materials.

1

3) Through the interviewing of witnesses, I have been able to confirm and thus I am informed and believe that, prior to November 2006, Confidential Informant 1218 sought out Rodil Nochez and asked to rent a room in Mr. Nochez's home. Following Mr. Nochez's inquiry to his mother (with whom Mr. Nochez lived) about the prospect of CI-1218 renting a room in Mr. Nochez's home, CI-1218 did in fact rent a room in Mr. Nochez's home.

4) Based on my investigation and review of court documents, a copy of which is attached hereto, I am also informed and believe that CI-1218 was arrested for auto theft in July of 2006 in San Francisco County and plead guilty to and was convicted of auto theft in November of 2007 in San Mateo County, for which he was sentenced to six months in jail and three years probation.

5) Based upon my investigation and in interviewing CHP officer John Zatezalo, I learned that several of the vehicles identified as stolen in the charges against Rodil Nochez in this case were apparently stolen through the removal of the ignition switch.

I declare under penalty of perjury under the laws of the state of California and the United States that the foregoing is true, except as to those matters stated on information and belief, and as to those matters I believe them to be true.

DATED: January 15, 2009

JAKE BERGMAN