IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>  v.<br><br>RODIL NOCHEZ and DANIEL GONZALEZ,<br><br>    Defendants.<br>                                 / | No. CR 08-0730 WHA<br><br>**ORDER SETTING HEARING ON GOVERNMENT'S MOTION TO CONTINUE TRIAL DATE** |

      The government noticed a motion to continue the trial date in this action for hearing on February 2, 2010. Defendant Nochez's counsel has filed a notice that he is unavailable to appear in court from February 1 through February 3, 2010. The government's motion shall therefore be heard on **THURSDAY, FEBRUARY 4, 2010, AT 1:30 P.M.**

      **IT IS SO ORDERED.**

Dated: January 28, 2010.

                                                 WILLIAM ALSUP
                                                 UNITED STATES DISTRICT JUDGE