IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

Plaintiff,

v.

RODIL NOCHEZ and DANIEL GONZALEZ,

Defendants.
/

No. CR 08-0730 WHA

**ORDER RE CHP'S JOINT PROTECTIVE ORDER**

On January 20, 2010, the California Highway Patrol was ordered to submit responsive documents to defendant Rodil Nochez's subpoena to the undersigned for *in camera* review including personnel files of 11 CHP officers and records relating to complaints as to their honesty or integrity, character for violence, destruction or altering of evidence, or other misconduct. The parties have submitted a joint proposed protective order pursuant to which disclosure of documents responsive to the subpoena shall be made. Their proposed protective order is hereby **APPROVED**, subject to the following conditions and modifications. First, any confidential materials used openly in court hearings or trial will not be treated in any special manner absent further order. Second, the Court will retain jurisdiction over disputes arising from the proposed and stipulated protective order for only ninety days after final termination of the action. Third, although chambers copies should clearly designate which portions are confidential, chambers copies with confidential materials will be handled like all other

chambers copies of materials without special restriction, and will typically be recycled, not shredded.

**IT IS SO ORDERED.**

Dated: January 28, 2010.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE