**SETH P. CHAZIN (CSBN 133777)**
**LAW OFFICES OF SETH P. CHAZIN**
**Attorney at Law**
**1164 Solano Avenue**
**Albany, CA 94706**
**Telephone: (510) 507 - 8100**
**Facsimile: (510) 525 – 0087**

**Attorney for Defendant**
**RODIL NOCHEZ**

### UNITED STATES DISTRICT COURT

### NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | ) **Case No.: CR-08-0730-WHA** |
| | ) |
| **Plaintiff,** | ) **DEFENDANT NOCHEZ'S PROPOSED** |
| | ) **JURY QUESTIONNAIRE** |
| **v.** | ) |
| | ) **PRETRIAL:  FEBRUARY 8, 2010** |
| **RODIL NOCHEZ,** | ) **TIME:  1:00 P.M.** |
| | ) **HONORABLE WILLIAM H. ALSUP** |
| **Defendant.** | ) |
| | ) |

        Defendant Rodil Nochez hereby proposes that the following jury questionnaire be

submitted to prospective jurors in his case. Written questions will help assist the court in

determining whether particular jurors should be dismissed for cause, thus allowing for a fair trial

as contemplated by the Sixth Amendment to the United States Constitution and Fed. R. Crim. P.

24.  This questionnaire will more likely ensure accurate answers than those submitted by

potential jurors in the courtroom, since the jurors will have time to reflect before providing

answers to the questions propounded.  Additionally, a questionnaire allows for probing questions

without threatening a potential juror's sense of privacy.   A questionnaire can also elicit

unfavorable responses without tainting other potential jurors' perceptions. The questionnaire

therefore enables counsel to make intelligent challenges for cause and peremptory challenges.

This procedure best serves the function of voir dire, which is to "ferret out prejudices in the

venire that threaten the defendant's Sixth Amendment right to a fair and impartial jury." *United*

*States v. Howell*, 231 F.3d 615, 628 (9th Cir. 2000), (*citing Mu'Min v. Virginia*, 500 U.S. 415, 431 (1991)).

## DEFENDANT'S PROPOSED JURY QUESTIONNAIRE

This questionnaire is designed to elicit information with respect to your qualifications to sit as a juror in the pending case. By the use of the questionnaire, the process of jury selection will be substantially shortened. Please respond to the following questions as completely as possible. The information contained in this questionnaire will become part of the court's permanent record and therefore a public document. If you cannot answer a question, please leave the response area blank. During the questioning, you will be given an opportunity to explain or expand on any answers or areas left blank.

Some of these questions may call for information of a personal nature that you may not want to discuss in public, i.e., in an open court with the press and/or the public present. In any instance where you feel your answer may invade your right to privacy or might be embarrassing to you, you may indicate by placing your initials to the left of the question. The court will then give you an opportunity to explain your request at the bench with only the court, defendant, counsel and the court reporter present.

Because this questionnaire is part of the jury selection process, you must answer the questions under penalty of perjury, and you must fill out the questionnaire by yourself, without any help and/or assistance from any other person.

If you wish to make further comments regarding any of your answers, please do so on the pages at the end of the questionnaire, or ask the court clerk for additional pages if necessary. Do not write on the back of any of the pages of this questionnaire.

As you answer the questions that follow, please keep in mind that there are no "right" or "wrong" answers. Complete answers are far more helpful than incomplete answers because they make long and tiresome questioning unnecessary and by doing that they shorten the time it takes

to select a jury.

Thank you for your cooperation.

1. Name: _____

2. Juror #: _____

3. Age: ____

4. Sex: ____

5. Place of Birth: _____

6. Marital Status:

_____ Single and never married.

_____ Currently married and have been for ____ years.

_____ Single, but married in the past for ____ years.

_____ Single, but living with non-marital mate for ____ years.

_____ Widowed, but married in the past for ____ years.

_____ Other: _____

_____ Any prior marriages?

If yes, how many? _____

7.

a. What town do you live in?

_____

b. How long have you lived at that location

_____

c. Which of the following best describes your type of residence?

_____ Rental apartment          _____ Own home

_____ Rental house              _____ Own apartment/condo

_____ Rental _____           _____ Own mobile home

Other (specify): _____

8.  Have you ever lived in another country? If so, where and for how long?

_____

9.   How many people live in your household? _____

        (If persons in addition to your spouse or partner and children live with you, please

explain):

_____

_____

_____

_____

10.  Current Employment Status:

        _____  Employed full-time

        _____  Employed part-time

        _____  Homemaker

        _____  Student

        _____  Unemployed--looking for work

        _____  Unemployed--not looking for work

        _____  Retired

11.  Your occupation (including self-employment in or outside home, homemaker, etc.):

        a.  What is your occupation (or what was it, if retired or unemployed)?

        _____

b.  By who are you employed?

_____

_____

c. What are your specific duties and responsibilities on the job?

_____

_____

d.  Do you supervise other people? __Yes __No If so, how many: _____

e.  Do you have the authority to hire or fire other employees? ___ Yes ___ No

f.  How long have you worked there? _____

11.  Please list the general types of jobs you have had or work you have done as an adult.

_____

_____

_____

_____

13.  What is the last level of education you completed?

___ Grade school or less        ___ Some college

___ Some high school        ___ College graduate

___  High school graduate     ___ Post graduate work

___ Technical or business school

14.  Please name the degrees, if any, you have, the schools and colleges you attended, and your major areas of study.

_____

_____

_____

_____

15.  Have you or your current spouse / living partner ever served in the military?

____ Yes          ____ No

If Yes, please explain:

_____

_____

_____

_____

16.  Have you or your current spouse/partner ever participated in a military court martial?

____ Yes          ____ No

If Yes, please describe that participation:

_____

_____

_____

_____

Please complete regarding your <u>present</u> spouse or partner. If you are: (please check)

___ widowed, ___ divorced, or ___ separated, please complete all of the following

questions regarding your former spouse.

17. His/her name: _____

18. Age: _____

19. Place of birth: _____

20. Race or ethnic background: _____

21. His/her current employment status:

___ Employed full-time

___ Employed part-time

___ Homemaker

___ Student

___ Unemployed--looking for work

___ Unemployed--not looking for work

___ Retired

___ Other (specify): _____

22.

a. What is his/her occupation (or what was it, if retired or unemployed?)

_____

_____

b. By who is s/he employed?

_____

_____

c. How long has s/he worked there?

_____

22.  What is the last level of education s/he completed?

___ Grade school or less        ___ Some college

___ Some high school            ___ College graduate

___ High school graduate        ___ Post graduate work

___ Technical or business school

23.  If you have children, please list (include children who do not live with you):

| Sex | Age | live w/you? | Education | Occupation |
|-----|-----|-------------|-----------|------------|
|     |     |             |           |            |
|     |     |             |           |            |
|     |     |             |           |            |
|     |     |             |           |            |
|     |     |             |           |            |
|     |     |             |           |            |

24.  What civic, social, religious, professional or trade clubs organizations do you belong to?

_____

_____

_____

_____

25.  What are your leisure time interests and activities?

_____

_____

_____

26.  Have you ever served as a juror before? ___ Yes ___ No

If Yes, please complete for each case on which you served:

<u>Civil or Criminal</u>        <u>Charges/Allegations</u>        <u>When</u>        <u>Where</u>

_____

_____

_____

_____

For each case, did the jury reach a verdict?  If not, why?

_____

_____

_____

_____

a. Have you ever served as a jury foreperson? ___ Yes ___ No

b. How did you feel about your experience as a juror?

_____

_____

c. Were you contacted by or interviewed by anyone concerning your jury experience after the conclusion of the case? ___ Yes ___ No

If Yes, by whom were you contacted?

_____

_____

27.  Have you ever served on a grand jury or coroner's jury? ___ Yes ___ No

If Yes, please state when and where:

_____

_____

28. What qualities do you feel are most important in serving as a juror in a criminal case?

_____

_____

_____

_____

29. Have you ever called the police for any reason?  ___ Yes ___ No If Yes, please explain:

_____

_____

_____

_____

30. Have you or anyone close to you been the victim of any kind of crime, whether it was reported to law enforcement / authorities or not (for example robbery, burglary, assault, sexual assault, etc.)? ___ Yes ___ No If Yes, please explain:

| Relationship & Type of Case | Reported to Police? | Was Anyone Caught? | Victim's Name | Crime | Outcome |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

a. Did you or the person close to you testify in court? ___ Yes ___ No

    i. If Yes, who testified:

_____

    ii. If Yes, how did you or any close friends or relatives feel about the experience?

_____

_____

_____

b. Do you feel the justice system worked properly in regard to the case(s) discussed above? ___ Yes ___ No  Please explain:

_____

_____

_____

31. Have you ever been a witness to a crime? ___ Yes ___ No If Yes:

    a. What kind of crime(s): _____

    b. Were you interviewed by police? ___ Yes ___ No

        i. If Yes, how did you feel about that experience?

        _____

        _____

    c. Did you testify in court? ___ Yes ___ No

        i. If Yes, how did you feel about that experience?

        _____

        _____

32. Have you or any close friends or relatives ever been arrested or charged with a crime?

    ___ Yes ___ No If yes, please list:

| Person Arrested/Charged | Crime(s) Charged | Outcome |
|---|---|---|
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |

33. Have you ever had to appear in court or in any court proceeding in a case as a plaintiff,

defendant, victim, or witness for any reason other than that stated above? ___ Yes ___ No

    If Yes, please state when and explain why you appeared in court:

    _____

    _____

    _____

12

34. Please read the following list of law enforcement agencies:

Attorney General
California Highway Patrol
California Youth Authority        Military Police
County Jail                      Police Department
Department of Corrections        Probation or Parole
Department of Homeland Security  Security/Detective Service
District Attorney                Sheriff's Department
Drug Enforcement Agency          State Police
FBI and CIA                      State Prison
Federal Prisons                  Transit Police
Highway Patrol                   U.S. Marshall
Immigration and Naturalization   United States Attorney
Internal Revenue Service         US Customs


Have you or anyone close to you ever been employed by or otherwise affiliated with any of the

law enforcement agencies listed above or any other law enforcement organization (as an

employee or volunteer)? ___ Yes ___ No If Yes, please list:

<u>NAME</u>        <u>RELATIONSHIP (to you)</u>   <u>POSITION</u>        <u>AGENCY</u>

_____

_____

_____

_____


35. Would you believe or disbelieve the testimony of a law enforcement officer simply because

he/she is a law enforcement officer? ___ Yes ___ No   If Yes, please explain:

_____

_____

36. Do you know any lawyers, judges or court personnel? ___ Yes ___ No

If Yes, what are their names and describe their relationship to you?

_____

_____


37. Have you or any close friends or relatives had any legal training (including law courses,

paralegal program, or on-the-job training)? ___ Yes ___ No   If Yes, please explain:

_____

_____

38. Have you ever needed an attorney for a personal, family or business-related matter?

___ Yes ___ No   If Yes, please explain:

_____

_____

39. How do you feel about the way the criminal justice system is working in the United States?

_____

_____

_____

_____

40. Do you believe the criminal justice system makes it too hard for the police and prosecutors to

convict people accused of crimes? ___ Yes ___ No   Please explain:

_____

_____

41. What is your feeling about the rule of law that presumes a defendant in a criminal case to be innocent unless and until the government produces evidence in court that establishes guilt beyond a reasonable doubt?

_____

_____

_____

_____

42. Will you follow all the court's instructions on the law, even if you disagree with them?

Yes _____ No _____

43. Rodil Nochez is charged attempting to export stolen vehicles.  You will be asked to determine Mr. Nochez's guilt or innocence. Is there anything about the nature of the charges that causes you to question whether you can give Mr. Nochez a fair trial in this case?

___ Yes ___ No   If Yes, please explain:

_____

_____

44. Have you read, seen or heard anything about this case or any similar case? ___ Yes ___ No

      a. If Yes, please describe what you have read, seen or heard:

      _____

      _____

      b. From what sources have you heard about the case?(For example newspaper, television or radio news, the internet, friends, etc.)

      _____

      _____

c. If you answered Yes, what impressions, if any, did you receive about the person charged with the crime from what you have seen, read or heard?

_____

_____

45. How much social contact do you have with people of different races?

_____

_____

_____

46. How much contact do you have with people who are of Hispanic descent?

_____

_____

_____

47. Have you or anyone close to you ever felt that you were negatively affected by the theft of other people's cars?

_____

_____

48. Have you or anyone close to you ever felt that you were negatively affected by the unlawful exportation of stolen cars?

_____

_____

49. Which of the following two statements most closely reflects your views? (check one)

    _____ People who are charged with crimes deserve the benefit of the doubt.

    OR

    _____ If a person is charged with a crime, they are likely to be guilty.

50. Do you have any interest in the outcome of this case?

    __ Yes ___ No If Yes, please explain:

_____

_____

51. Is there any matter not covered by this questionnaire that should be brought to the attention

of the court, because it would affect your ability to be a fair and impartial juror?

    __ Yes ___ No If Yes, please explain:

_____

_____

_____

_____

52. Have you formed any opinion about this case based upon what you've heard so far or upon

completing this questionnaire?

    __ Yes ___ No If Yes, please explain:

_____

_____

17

53. Is there any matter you would prefer to discuss privately with the court?

      __ Yes ___ No If Yes, please explain:

      _____

      _____

54. During the trial, the following people and places may be called to testify or may be referred to.  Please look over the list and note any person you know personally or have heard of.  At the end of the list, please indicate your relationship to any of the potential witnesses or how you have heard of them.

(Include witness list, attorneys, persons and places)


I, _____, declare under penalty of perjury that the foregoing answers set forth on pages 1 through 16 of this Jury Questionnaire are true and correct to the best of my knowledge and belief.


                                           _____

                                                     (Signature)


_____      _____

     (Place of Signing)                            (Date of Signing)

Additional comments and answers, if necessary.  Please list question number from questionnaire:

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____