IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

    Plaintiff,

  v.

RODIL NOCHEZ and DANIEL GONZALEZ,

    Defendants.
                               /

No. CR 08-0730 WHA

**ORDER RE PRODUCTION OF CALIFORNIA HIGHWAY PATROL'S SUBPOENAED PERSONNEL RECORDS**

      The Court has reviewed *in camera* the personnel files provided by the California Highway Patrol which were subpoenaed by defendant Rodil Nochez in this matter. Based on its review, the Court is satisfied that these files do not contain any material information favorable to the defense under the standard for disclosure set forth in *United States v. Henthorn*, 931 F.2d 29 (9th Cir. 1991), and many of the documents contain private and confidential information of the individual CHP officers in question. For these reasons, the CHP need not produce the personnel files in question to defendant Nochez.

      **IT IS SO ORDERED.**

Dated: February 1, 2010.

                                                WILLIAM ALSUP
                                                UNITED STATES DISTRICT JUDGE