SETH P. CHAZIN (CSBN 133777)
LAW OFFICES OF SETH P. CHAZIN
Attorney at Law
1164 Solano Avenue
Albany, CA 94706
Telephone: (510) 507 - 8100
Facsimile: (510) 525 – 0087

Attorney for Defendant
RODIL NOCHEZ

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>   Plaintiff,<br><br>  v.<br><br>RODIL NOCHEZ,<br><br>   Defendant. | Case No.: CR-08-0730-WHA<br><br>MOTION IN LIMINE TO PRODUCE INFORMANT AT TRIAL<br><br>DATE:  FEBRUARY 8, 2010<br>TIME:  1:00 P.M.<br>HONORABLE WILLIAM H. ALSUP |

**I.  THE COURT SHOULD ORDER THE GOVERNMENT TO MAKE CONFIDENTIAL INFORMANT 1218 AVIALABLE TO THE DEFENSE SO HE MAY BE CALLED AS A WITNESS.**

  The government may conceal the identity of a confidential informant in the interest of furthering the protection of the public and effective law enforcement. *Roviaro v. United States*, 353 U.S. 53, 59 (1957).  However, once the identity of an informer becomes known to the defense, the government may no longer conceal his identity.  *Id*. at 60.

For the majority of the past two years, the Court has permitted the government to conceal the identity of Confidential Informant 1218. However, the identity of CI-1218 has been known to Mr. Nochez for some time and is now a matter of public record. *See e.g.,* Docket # 1070, p. 1. Therefore the privilege outlined in *Roviaro* no longer applies to CI-1218.

CI-1218 has played an instrumental role in the government's investigation and prosecution of Mr. Nochez. As a government informant, he connected the defendants with the undercover government agents, was present at many of the alleged vehicle buys, and participated in the alleged thefts of the subject vehicles. Consequently, he will be able to testify as to Mr. Nochez's role, if any, in the alleged crimes. Furthermore, ICE agents debriefed CI-1218 on a number of occasions and incorporated his statements and observations into ICE reports produced by the government. In light of his substantial involvement in the investigation and pivotal role in the alleged crimes, CI-1218 likely could offer exculpatory and impeachment evidence at trial.

The defense is informed that CI-1218 continues to be kept sequestered by the government in protective custody at an unknown location. No opportunity has been afforded to interview him.

The government has indicated that it will call CI-1218 as a witness at trial. Still, the possibility exists that the prosecution will elect to not call him at trial. In that scenario, the defense may wish to call CI-1218 as a witness so that he may offer testimony vital to Mr. Nochez's case.

To date, the defense has been denied access to CI-1218 pursuant to the informer's privilege in *Roviaro*. That privilege has ceased to exist as his true identity is now part of the public record. Additionally, CI-1218 can offer exculpatory and impeachment evidence at trial. Therefore, Mr. Nochez respectfully requests that the Court order the government to have CI-

1218 readily available during the course of the trial so he may be called by the defense if necessary.

Respectfully submitted,

**DATED: February 2, 2010**

                    /s/
**SETH P. CHAZIN**
**Attorney for RODIL NOCHEZ**