PROPOSED ORDER/COVER SHEET

| | | | |
|---|---|---|---|
| **TO:** | The Honorable Nandor J. Vadas<br>U.S. Magistrate Judge | **RE:** | **NOCHEZ, Rodil** |
| **FROM:** | Richard W. Wieking, Acting Chief<br>U.S. Pretrial Services Officer | **DOCKET NO.:** | **CR 08 0730-29 WHA** |
| **DATE:** | **February 3, 2010** | | |

THE ATTACHED MEMORANDUM WAS PREPARED BY PRETRIAL SERVICES OFFICER:

**Kenneth J. Gibson**             **(415) 436-7513**
**U.S. Pretrial Services Officer**         **TELEPHONE NUMBER**

We are requesting direction from the Court. Please initial the appropriate box(es), and return this form to us so that we may comply with your instructions.

- [ ] I have reviewed the information that you have supplied. I do not believe that this matter requires any action by this Court at this time.

- [X] Inform all parties concerned that I will conduct a Bail Review Hearing in Courtroom No. Eureka on 2/16/10 at 10:00 a.m.

- [ ] Inform all parties concerned that a Bail Review Hearing will be conducted by:
  Magistrate Judge_____ Presiding District Court Judge_____

- [ ] I agree with the recommendation of the Pretrial Services Officer and hereby modify the defendant's Pretrial Release conditions as indicated below:

- [ ] Modification(s)

  A.

  B.

- [ ] Bail Revoked/Bench Warrant Issued.

- [ ] I am returning the signed order and direct that a copy be provided to the Court file and all interested parties (AUSA and Defense Counsel).

- [X] Other Instructions:
  Parties may appear by phone. Parties must provide landline number and use phone with handset

_____        2/11/10
**JUDICIAL OFFICER**                 **DATE**

**Cover Sheet** (06/02/08)