JOSEPH P. RUSSONIELLO (CSBN 44332)
United States Attorney

BRIAN J. STRETCH (CABN 163973)
Chief, Criminal Division

W.S. WILSON LEUNG (CABN 190939)
CHRISTINE Y. WONG (NYBN 3988607)
Assistant United States Attorneys

   450 Golden Gate Avenue, Box 36055
   San Francisco, California 94102
   Telephone: (415) 436-6758/7301
   Facsimile: (415) 436-6753
   E-Mail: wilson.leung@usdoj.gov

Attorneys for the United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    v.<br><br>RODIL NOCHEZ,<br><br>    Defendant. | No: S3-CR-08-0730-WHA<br><br>EX PARTE APPLICATION FOR ORDER SHORTENING TIME FOR HEARING ON MOTION TO QUASH AND [PROPOSED] ORDER<br><br>Date: February 25, 2010<br>Time: 9:00 a.m.<br>Court: Hon. William H. Alsup |

By this application, the Government respectfully requests that the Court issue an order pursuant to Criminal Local Rule 47-2(a) shortening the time for a hearing on the Government's concurrently filed Motion to Quash Defendant's Subpoena, to Tuesday, February 25, 2010, at 9:00 a.m., or as soon thereafter as the motion may be heard, but in any event prior to the start of trial on March 2, 2010.

On Wednesday, February 17, 2010, the Government learned that the defendant served the witness with a trial subpoena. The legal issue in question is relatively uncomplicated, and defense counsel should be able to respond in advance of a hearing on February 25. The

GOV.'S EX PARTE APPLICATION

Government requests an expedited hearing so that the matter can be resolved before trial begins.

Respectfully submitted,

JOSEPH P. RUSSONIELLO
United States Attorney

By: ＿＿＿/s/＿＿＿＿＿＿＿＿＿
W.S. WILSON LEUNG
CHRISTINE Y. WONG
Assistant United States Attorneys

# [PROPOSED] ORDER

Based on the Government's Ex Parte Application for an Order Shortening Time for Hearing on Motion to Quash, and for good cause shown, IT IS HEREBY ORDERED that oral argument on the Government's Motion to Quash shall be scheduled for ~~Thursday, February 25, 9:00 a.m.~~ Wednesday, February 24, 2010, at 8:00 a.m.

**IT IS SO ORDERED.**

Dated: February 22, 2010.

＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿
Hon. William Alsup
United States District Judge

*IT IS SO ORDERED*
*Judge William Alsup*