IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>RODIL NOCHEZ, et al.<br><br>Defendants.<br>_____/ | No. CR 08-0730 WHA<br><br>**ORDER RE DEFENDANT'S MOTIONS TO CONTINUE AND EXCLUDE GOVERNMENT TRANSCRIPTS AND GOVERNMENT'S MOTION TO EXCLUDE WITNESS** |

On February 28, defendant Nochez renewed his motion to exclude the government's transcripts. Earlier today, he moved to continue his trial which is scheduled to start tomorrow at 7:30 a.m. The government meanwhile has moved to exclude defendant Nochez's proposed expert witness. A hearing on these motions shall be held on **MARCH 1, 2010, AT 1:30 P.M.**

**IT IS SO ORDERED.**

Dated: March 1, 2010.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE