IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

        Plaintiff,

  v.

RODIL NOCHEZ, et al.

        Defendants.

                          /

No. CR 08-0730 WHA

**ORDER RE PREPARATION FOR MARCH 1 HEARING**

Please bring to the hearing today the audio recording by Jaime Martinez produced by the government on Friday as well as the letter by the Assistant United States Attorney that accompanied it. Please bring the "large quantity of new evidence" produced in the last week. In addition, please bring everything needed to adjudicate the pending motions.

**IT IS SO ORDERED.**

Dated: March 1, 2010.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE