IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

    Plaintiff,

  v.

RODIL NOCHEZ, et al.

    Defendants.

No. CR 08-0730 WHA

**ORDER REQUESTING PRESENCE OF TRANSLATORS AT MARCH 1 HEARING**

      The government and defendant Nochez should bring to today's hearing the translators responsible for preparing their translations of DH99 and DH102 as well as DH97, DH98, and DH103.

**IT IS SO ORDERED.**

Dated: March 1, 2010.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE