**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

RODIL NOCHEZ,

    Defendant.

    /

No. CR 08-00730-29  WHA

**ORDER TO JURY COMMISSIONER**

IT IS HEREBY ORDERED that the United Sates District Court Jury Commissioner shall furnish daily refreshments for the members of the jury in the above-entitled matter and during the deliberation lunch shall be furnished for the members of the jury at the expense of the United States District Court Jury Commissioner.

Dated: March 2, 2010

                                    WILLIAM ALSUP
                                  UNITED STATES DISTRICT JUDGE