E-filing

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

RODIL NOCHEZ,

    Defendant.

No. CR 08-0730 WHA

**SPECIAL VERDICT FORM**

YOU MAY APPROACH THE FOLLOWING QUESTIONS IN ANY ORDER YOU WISH, BUT YOUR ANSWERS MUST BE **UNANIMOUS**.

1. Has the government proven beyond a reasonable doubt that defendant is guilty of attempted exportation as charged in Count 50?

   Yes, Guilty _____   No, Not Guilty \_\_\_\_X_____

2. Has the government proven beyond a reasonable doubt that defendant is guilty of attempted exportation as charged in Count 51?

   Yes, Guilty _____   No, Not Guilty \_\_\_\_X_____

3. Has the government proven beyond a reasonable doubt that defendant is guilty of attempted exportation as charged in Count 52?

Yes, Guilty _____      No, Not Guilty \_\_\_\_X\_\_\_\_\_

4. Has the government proven beyond a reasonable doubt that defendant is guilty of attempted exportation as charged in Count 56?

Yes, Guilty _____      No, Not Guilty \_\_\_\_X\_\_\_\_\_

5. Has the government proven beyond a reasonable doubt that defendant is guilty of attempted exportation as charged in Count 57?

Yes, Guilty _____      No, Not Guilty \_\_\_\_X\_\_\_\_\_

6. Has the government proven beyond a reasonable doubt that defendant is guilty of attempted exportation as charged in Count 58?

Yes, Guilty _____      No, Not Guilty \_\_\_\_X\_\_\_\_\_

7. Has the government proven beyond a reasonable doubt that defendant is guilty of attempted exportation as charged in Count 59?

Yes, Guilty _____      No, Not Guilty \_\_\_\_X\_\_\_\_\_

8. Has the government proven beyond a reasonable doubt that defendant is guilty of attempted exportation as charged in Count 60?

Yes, Guilty _____      No, Not Guilty \_\_\_\_X\_\_\_\_\_

## CONCLUSION

ONCE YOU HAVE FINISHED ANSWERING ALL QUESTIONS UNANIMOUSLY, PLEASE HAVE THE FOREPERSON SIGN AND DATE THIS FORM, THEN CONTACT THE DEPUTY MARSHAL TO INFORM HIM OR HER THAT YOU HAVE COMPLETED YOUR DELIBERATIONS.

Dated: 3/11/2010

_____
Foreperson