IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA

No. CR 08-00730 WHA

  v.

**JUDGMENT OF ACQUITTAL**

RODIL NOCHEZ,

          Defendant.

_____/

     **(X)  Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

     **IT IS SO ORDERED AND ADJUDGED** The Defendant was found not guilty as to Counts 50, 51, 52, 56, 57, 58, 59 and 60 of the Third Superseding Indictment. IT IS ORDERED that the Defendant is acquitted, discharged and any bond exonerated as to Counts 50, 51, 52, 56, 57, 58, 59 and 60 of the Third Superseding Indictment.

Dated: March 11, 2010

                                       _____

                                       WILLIAM ALSUP
                                       United States District Judge