UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

HONORABLE WILLIAM ALSUP

Case No: **CR 08-00730 WHA**

Case Name: **UNITED STATES OF AMERICA** v. **RODIL NOCHEZ**

Courtroom Deputy: Dawn Toland          Court Reporter: Joan Columbini

**EXHIBIT and WITNESS LIST**
Continued

| PLF NO. | DEF NO | DATE OFFERED | ID | REC | DESCRIPTION | BY |
|---|---|---|---|---|---|---|
| | | | | | **MARCH 2, 2010** | |
| | | 7:30 am | | | Jury Trial Began | |
| | | | | | Preliminary matters addressed. Agent Benjamin Wooton will sit with Government counsel during trial. Court reviewed the jury selection process with counsel. Court will try to enforce defendant's subpoenas. Defendant can notify witnesses by noon the day before, if they do not agree to appear they must comply with the subpoena. Government provided a list of their witnesses. | |
| | | 7:48 am | | | Recess | |
| | | 8:15 am | | | Prospective Jury present. Roll taken and oath given. | |
| | | 8:20 am | | | Reconvene | |
| | | | | | Court read joint case summary and provided the trial schedule. | |
| | | 8:30 am | | | Hardships for Illness | |
| | | 8:39 am | | | Excuses for Cause - Hardships | |
| | | 9:20 am | | | Recess | |
| | | 9:22 am | | | Side Bar with 2 prospective jurors | |
| | | 9:25 am | | | Recess | |
| | | 9:43 am | | | Reconvene...prospective jurors present | |
| | | | | | Voir Dire Questions | |
| | | 10:22 am | | | Government read list of potential witnesses | |
| | | | | | Continued Voir Dire | |
| | | 10:54 am | | | Recess | |
| | | 10:55 am | | | Side Bar with 4 prospective jurors | |
| | | 11:09 am | | | Recess | |

| Time | Event |
|---|---|
| 11:20 am | Reconvene...prospective jurors present |
| | Court excused 5 prospective jurors and replaced them |
| 11:25 am | Continued Voir Dire |
| 12:30 pm | Recess |
| | Without prospective jurors |
| 12:35 pm | Recess |
| 1:17 pm | Reconvene...prospective jurors present |
| | Side Bar with 1 prospective jurors |
| 1:21 pm | Continued Voir Dire |
| 1:29 pm | Excused one prospective juror |
| 1:36 pm | Government Voir Dire |
| 1:48 pm | Defendant's Voir Dire |
| 2:07 pm | Side Bar |
| 2:08 pm | Excused one prospective juror |
| | Continued Voir Dire |
| 2:17 pm | Jurors Passed for Cause |
| 2:23 pm | Side Bar re Cause |
| 2:28 pm | Peremptory Challenges made |
| 3:18 pm | Side Bar re Dft's Objection to Challenges |
| 3:26 pm | Jury selected and sworn-in |
| 3:30 pm | Remaining Prospective Jurors thanked and excused |
| 3:35 pm | Recess until 3/3/10 |

**MARCH 3, 2010**

| Time | Event |
|---|---|
| 7:30 am | (Without Jury) Court and counsel discussed matters outside the presence of the jury. Government can lead with witness Jaime Martinez. Defendant's request no reference to Daniel Gonzalez. Defendant has subpoenaed FBI Agents Wickman and Flores - Court will wait until after Martinez' testimony. Agents do not need to be here yet. Court will consider bringing 1211 after defendant makes a proffer. |
| 8:04 am | Reconvene...jury present |
| | Preliminary Jury Instructions given |
| 8:15 am | Government's Opening Statement |

|  |  |  |  |  |  |
|---|---|---|---|---|---|
|  | 8:27 am |  |  | Defendant's Opening Statement |  |
|  | 8:46 am |  |  | Government's witness **Kelly Greenan** sworn-in. |  |
|  |  |  |  | Police Report shown to refresh recollection |  |
|  | 8:52 am |  |  | Defendant's Cross Examination |  |
|  | 8:54 am |  |  | Witness Excused, subject to recall by the Court |  |
|  | 8:55 am |  |  | Government's witness **Raymond Dominguez** sworn-in |  |
| 19 |  | x | x | Photograph of Truck |  |
|  | 8:58 am |  |  | Defendant's Cross Examination |  |
|  | 8:59 am |  |  | Witness Excused, subject to recall by the Court |  |
|  | 9:00 am |  |  | Government's witness **Linda Twyonia** sworn-in |  |
| 15 |  | x | x | Photograph of Vehicle |  |
|  | 9:03 am |  |  | Defendant's Cross Examination |  |
|  | 9:04 am |  |  | Recess |  |
|  |  |  |  | Court held hearing re witnesses outside the presence of the jury |  |
|  | 9:23 am |  |  | Recess |  |
|  | 9:35 am |  |  | Reconvene...jury present |  |
|  |  |  |  | Government's witness **Allison Kim** sworn-in |  |
| 12 |  | x | x | Photograph |  |
| 13 |  | x | x | Photograph |  |
|  | 9:38 am |  |  | Defendant's Cross Examination |  |
|  | 9:43 am |  |  | Witness Excused |  |
|  |  |  |  | Government's witness **Rocky Louie** sworn-in |  |
| 18 |  | x | x | Photograph |  |
|  | 9:45 am |  |  | Defendant's Cross Examination |  |
|  | 9:48 am |  |  | Witness Excused |  |
|  |  |  |  | Government's witness **Clinton Redus** sworn-in |  |
| 20 |  | x | x | Photograph |  |
|  | 9:51 am |  |  | Defendant's Cross Examination |  |
|  | 9:56 am |  |  | Witness Excused |  |
|  |  |  |  | Government's witness **Rio Delaney** sworn-in |  |
| 16 |  | x | x | Photograph |  |
|  | 10:01 am |  |  | Defendant's Cross Examination |  |

|  |  |  |  |  |  |  |
|---|---|---|---|---|---|---|
|  |  | 10:02 am |  |  | Witness Excused, subject to recall |  |
|  |  | 10:11 am |  |  | Government's witness **Ann Trevor** sworn-in |  |
|  |  |  |  |  | Police Report shown to refresh recollection |  |
| 10 |  |  | x | x | Photograph |  |
|  |  | 10:15 am |  |  | Defendant's Cross Examination |  |
|  |  | 10:17 am |  |  | Witness Excused |  |
|  |  | 10:17 am |  |  | Government's witness **Jaime Martinez** sworn-in. Witness will be assisted by Spanish Interpreter Jack Medina if needed. |  |
|  |  | 10:38 am |  |  | Recess |  |
|  |  | 10:52 am |  |  | Reconvene...jury present |  |
|  |  |  |  |  | Continued Direct of Jaime Martinez |  |
| 21 |  |  | x | x | Photograph of Daniel Gonzalez |  |
|  |  | 12:24 pm |  |  | Recess |  |
|  |  | 12:34 pm |  |  | Reconvene...jury present |  |
|  |  |  |  |  | Cross Examination |  |
|  |  | 12:53 pm |  |  | Played audio portioons |  |
|  |  | 12:59 pm |  |  | Recess until 3/4/10 |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  | **MARCH 4, 2010** |  |
|  |  | 7:30 am |  |  | (Without jury) Court and counsel discussed testimony of witness re exculpatory. |  |
|  |  | 7:50 am |  |  | Reconvene...jury present |  |
|  |  | 7:52 am |  |  | Continued Cross Examination of **Jaime Martinez** |  |
|  | H |  | x |  | Police Report |  |
|  |  | 8:32 am |  |  | Side Bar |  |
|  |  | 8:34 am |  |  | Continued Cross Examination |  |
|  |  | 9:10 am |  |  | Recess |  |
|  |  | 9:25 am |  |  | (Without Jury) Defendant made request for Marshal to sit in another location. Defendant will prepare a written admonishment to give to jury later. |  |
|  |  | 9:30 am |  |  | Reconvene...jury present |  |
|  |  |  |  |  | Court admonished the jury re closing eyes |  |
|  |  | 9:32 am |  |  | Continued Cross Examination |  |

| | | | | | |
|---|---|---|---|---|---|
| | | 9:38 am | | | Stipulation read to the jury regarding Exhibit A |
| | A | | x | x | Superior Court of SF Docket |
| | | 9:43 am | | | Stipulation read to the jury regarding Exhibit B |
| | B | | x | x | Superior Court of SF Minutes |
| | | 10:02 am | | | Stipulation read to the jury regarding Exhibit C |
| | C | | x | x | Superior Court of San Mateo Register of Actions |
| | E | | x | | Photograph of Vehicle |
| | F | | x | | Photograph of Vehicle |
| | I | | x | x | Plea Agreement |
| | | 10:53 am | | | Recess |
| | | 11:15 am | | | Reconvene...jury present |
| | | | | | Redirect Examination |
| | | 11:39 am | | | Recross Examination |
| | | 11:47 am | | | Witness Excused, subject to recall |
| | | | | | Government's witness **Xavier Spencer** sworn-in |
| 21 | | | x | x | Photograph of Daniel Gonzalez |
| 10 | | | x | x | Photograph of Vehicle |
| 11 | | | x | x | Photograph of Vehicle |
| 1 | | | x | x | Video |
| | | 12:10 pm | | | Video played for jury |
| | | 12:35 pm | | | Defendant's voir dire |
| | | | | | Continued playing video |
| | | 12:48 pm | | | Recess until 3/5/10 |
| | | | | | |
| | | | | | |
| | | | | | **MARCH 5, 2010** |
| | | 7:30 am | | | (Without jury) Court and counsel discussed matters outside the presence of the jury |
| | | 7:44 am | | | Recess |
| | | 7:53 am | | | Reconvene...jury present |
| | | | | | Continued direct of **Xavier Spencer** |
| 12 | | | x | x | Photograph of Vehicle |
| 13 | | | x | x | Photograph of Vehicle |

| | | | | | | |
|---|---|---|---|---|---|---|
| 2 | | | x | x | Video | |
| 14 | | | x | x | Photograph of Vehicle | |
| 15 | | | x | x | Photograph of Vehicle | |
| 3A | | | x | x | Compact Disc | |
| 3T | | | x | | Transcript | |
| | | 8:34 am | | | Defendant's Voir Dire | |
| | | 9:11 am | | | Court Exam | |
| | | 9:12 am | | | Government's Voir Dire | |
| | | 9:15 am | | | Defendant's Voir Dire | |
| | | 9:17 am | | | Recess | |
| | | | | | (Without jury) Court and counsel discussed issues regarding exhibit 3T | |
| | | 9:30 am | | | Recess | |
| | | 9:40 am | | | Reconvene...jury present | |
| | | | | | Continued Direct | |
| 3V | | | x | x | Compact Disc dated 11/28/06 | |
| | | 9:47 am | | | Side Bar | |
| | | 9:51 am | | | Continued Direct | |
| | | 9:52 am | | | Played Audio Exhibit and showed Exhibit 3T to the jury simultaneously | |
| | | 10:30 am | | | Continued Direct | |
| 3V | | 10:30 am | x | x | Played CD Exhibit 3V to jury | |
| 16 | | | x | x | Photograph of Vehicle | |
| 17 | | | x | x | Photograph of Vehicle | |
| 4 | | | x | x | Compact Disc dated 1/9/07 | |
| | | 10:46 am | | | Recess | |
| | | 10:50 am | | | Recess | |
| | | 11:02 am | | | (Without jury) Defendant shall notify Government if witness Jaime Martinez is needed by 10am on 3/7. Defendant request audio be played to the jury re poor audio quality. | |
| 5 | | | x | x | Audio | |
| 5TA | | | x | | Transcript | |
| 5TB | | | x | | Transcript | |

| | | | | | |
|---|---|---|---|---|---|
| | | 11:19 am | | | Defendant's Voir Dire |
| | | 11:22 am | | | Court addressed the jury |
| | | 11:24 am | | | Defendant's Voir Dire |
| | | 11:26 am | | | Played Transcripts Exhibits 5TA and 5TB |
| | | 12:13 pm | | | Played video Exhibit 4 to jury |
| | | 12:35 pm | | | Continued Direct |
| 18 | | | x | x | Photograph of Vehicle |
| 19 | | | x | x | Photograph of Vehicle |
| 20 | | | x | x | Photograph of Vehicle |
| | | 12:42 pm | | | Government read a stipulation re Metro PCS Wireless |
| 30 | | | x | x | Metro PCS Phone Records |
| | | 12:46 pm | | | Defendant's Cross Examination |
| | 21 | | x | x | Photograph of Daniel Gonzalez |
| | | 1:00 pm | | | Recess until 3/8/10 |
| | | | | | |
| | | | | | |
| | | | | | **MARCH 8, 2010** |
| | | 7:30 am | | | (Without jury) Counsel had no issues to raise with the Court |
| | | 7:34 am | | | Recess |
| | | 7:53 am | | | Reconvene...jury present |
| | | | | | Continued Defendant's Cross Examination of **Xavier Spencer** |
| | | | | | Played Audio of transcript dated 8/29 |
| | | 8:16 am | | | Stipulation to admit portion of Audio CD marked Exhibit J |
| | J | | x | x | Audio CD (excerpts - 11/28) |
| | 2 | | x | x | Played Video |
| | | 8:59 am | | | Report of Agent Meredino referred to |
| | K | | x | x | Played Video Tape (different angle - 11/28) |
| | | 9:16 am | | | Recess |
| | | | | | (Without jury) Court and counsel discussed viewing videos |
| | | 9:20 am | | | Recess |
| | | 9:35 am | | | Reconvene...jury present |
| | | | | | Continued Cross Examination |

| | | | | | |
|---|---|---|---|---|---|
| | 3T | | x | | Transcript |
| | | 9:43 am | | | Stipulation re Portion of Audio Played |
| | 4 | | x | x | Played Video |
| | 5TB | | x | | Transcript |
| | | 10:29 am | | | Recess |
| | | 10:44 am | | | Reconvene...jury present |
| | | | | | Continued Cross Examination |
| | 5TB | | x | | Played video |
| | L | | x | x | Audio CD (excerpts - 11/22) |
| | 2 | | x | x | Played video |
| | 30 | | x | x | Metro PCS Phone Records |
| | | 11:16 am | | | Redirect Examination |
| | | 11:30 am | | | Recross Examination |
| | | 11:34 am | | | Witness Excused, subject to recall |
| | | | | | Government moved in transcripts Exhibits 3T, 5TA and 5TB |
| 3T | | | x | x | Transcript |
| 5TA | | | x | x | Transcript |
| 5TB | | | x | x | Transcript dated 1/9/07 |
| | | 11:37 am | | | ***Government REST*** |
| | | | | | Defendant's Rule 29 Motions are deemed reserved |
| | | 11:39 am | | | Defendant's witness **Jake Bergman** sworn-in |
| | | 11:41 am | | | Cross Examination |
| | | 11:43 am | | | Redirect |
| | | 11:44 am | | | Witness Excused |
| | | | | | Defendant's witness **John Zatezalo** sworn-in |
| | | 11:47 am | | | Recess |
| | | 12:00 pm | | | Reconvene...jury present |
| | E | | x | x | Photograph of Vehicle |
| | F | | x | x | Photograph of Vehicle |
| | 11 | | x | x | Photograph of Vehicle |
| | D | | x | x | Photograph of Vehicle |

| | | | | | |
|---|---|---|---|---|---|
| G | | x | | Certificate of Live Birth | |
| | | | | Continued Direct | |
| | 12:12 pm | | | Witness Excused | |
| | 12:15 pm | | | Defendant's witness **Agent Merendino** | |
| | | | | Report shown to witness | |
| | 12:39 pm | | | Court Exam | |
| | 12:41 pm | | | Side Bar | |
| | | | | Court Examination | |
| | 12:46pm | | | Side Bar | |
| | 12:47 pm | | | Court addressed jury re defendant is not a member of gang | |
| | 12:49 pm | | | Cross Examination | |
| | 12:56 pm | | | Witness Excused, subject to recall | |
| | 1:00 pm | | | Recess | |
| | | | | (Without jury) Court will allow transcripts to go into jury. Transcripts will be sanitized: footers, "Devil Horns", and Gonzalez's name in title will be removed. Spanish version will go in per defendant's request. Parties addressed an issue re contradictory testimony. Defendant submitted a Rule 29 brief. Defendant will not release witnesses yet. | |
| | 1:23 pm | | | Recess | |
| | 1:28 pm | | | (Without jury) Government's motion to quash heard. Defendant agrees to release FBI Agents and Anna Ramos. Court granted motion to quash as to 1211. Government needs to know if 1218 will be called again. | |
| | 1:36 pm | | | Recess until 3/9/10 | |
| | | | | | |
| | | | | | |
| | | | | **MARCH 9, 2010** | |
| | 7:30 am | | | (Without jury) Government's Motion to Quash Subpoena as to Martinez is granted. Defendant's Exhibit G is admitted and will placed under seal after the verdict. Charging conference held. | |
| | 8:08 am | | | Recess | |
| | 8:10 am | | | (Without jury) One juror left message that he sick. Parties agree to discharge juror. | |
| G | 8:14 am | x | | Reconvene...jury present | |
| | | | | Court swore-in and moved alternate juror to primary jury | |

| | | | | | |
|---|---|---|---|---|---|
| | 8:16 am | | | Side Bar | |
| | 8:17 am | | | Reconvene.. | |
| | | | | Defendant's witness **Officer David Batchelder** sworn-in | |
| | 8:23 am | | | No Cross Examination | |
| | 8:23 am | | | Witness Excused | |
| | | | | Defendant's witness **Officer Krystal Castillo** sworn-in | |
| | 8:31 am | | | Side Bar | |
| | 8:36 am | | | Cross Examination | |
| | 8:37 am | | | Court Examination | |
| | 8:39 am | | | Defendant's witness **Officer Gennaro Ruocco** sworn-in | |
| D | | x | x | Photograph of Vehicle | |
| | | | | San Bruno Police Report shown to Witness | |
| | 8:45 am | | | Cross Examination | |
| | 8:48 am | | | Side Bar | |
| | 8:50 am | | | Continued Cross Examination | |
| | 8:51 am | | | Redirect | |
| | 8:52 am | | | Witness Excused | |
| | | | | *Defendant REST* | |
| | | | | Government declined Rebuttal | |
| | 8:53 am | | | Recess | |
| | | | | Charging Conference | |
| | 9:10 am | | | Recess | |
| | 10:05 am | | | Reconvene...jury present | |
| | | | | **Government's Closing Argument** | |
| | 10:55 am | | | Recess | |
| | 11:08 am | | | (Without jury) Court will not give the 5.2 After the Fact Instruction, defendant did not include it in proposed instructions or charging conference. | |
| | 11:12 am | | | Recess | |
| | 11:16 am | | | Reconvene...jury present | |
| | | | | **Defendant's Closing Argument** | |
| | 12:20 pm | | | Recess | |
| | 12:40 pm | | | Reconvene...jury present | |

| | | | |
|---|---|---|---|
| | | | Court addressed the jury regarding the schedule |
| | 12:43 pm | | **Government's Rebuttal Argument** |
| | 1:20 pm | | Recess until 3/10/10 |
| | | | |
| | | | **MARCH 10, 2010** |
| | 7:30 am | | (Without jury) Court and counsel addressed issue regarding the jury instructions and defendant's motion for acquittal. |
| | 7:45 am | | Recess |
| | 7:53 am | | (Without jury) Court received call from juror who is sick. Parties agree to discharge the juror. |
| | 8:00 am | | Reconvene...jury present |
| | | | Court swore in the alternate juror |
| | 8:05 am | | Jury Instructions Read |
| | 8:40 am | | Deliberation s began |
| | | | (Without jury) Government and defendant vetted the exhibits before going to the jury. Parties did not agree to an index of the exhibits to give the jury. |
| | 9:43 am | | (Without jury) Court and counsel discussed jury note #2. Parties agreed to a written response to send to the jury |
| | 10:11 am | | Recess |
| | 11:10 am | | (Without jury) Court and counsel discussed jury note #3. Parties agreed to a written response to sent the jury |
| | 2:06 pm | | (Without jury) Court received jury note #4. Parties agreed to a written response. |
| | 2:15 pm | | Recess |
| | 2:49 pm | | (Without jury) Court and counsel followed up on jury note #4. |
| | 2:53 pm | | Reconvene...jury present |
| | | | Court addressed the jury regarding note #4 and advised them that the a read back of Agent Merendino's testimony will be done tomorrow at 8am. |
| | 2:55 pm | | Recess until 3/11/10 |
| | | | |
| | | | **MARCH 11, 2010** |

| | | | | |
|---|---|---|---|---|
| 7:30 am | | | (Without jury) Court finalized a supplemental instruction to read to the jury in response to question on jury note #4 | |
| 8:00 am | | | Recess | |
| 8:09 am | | | Reconvene...jury present | |
| | | | Court read the supplemental jury instruction | |
| 8:15 am | | | Court Reporter read-back testimony of Agent Merendino | |
| 8:43 am | | | Side Bar | |
| 8:45 am | | | Court addressed the jury regarding read-back. One word was corrected. | |
| 8:47 am | | | Recess | |
| | | | Deliberation continued | |
| 2:50 pm | | | Reconvene...jury present | |
| | | | **Verdict Read. Jury found the defendant not guilty on all eight counts.** | |
| | | | Court thanked and discharged the jury | |
| 3:00 pm | | | Adjourned | |

Page _____