IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

    Plaintiff,

  v.

RODIL NOCHEZ, et al.

    Defendants.
                                 /

No. CR 08-0730 WHA

**NOTICE RE SUPPLEMENTAL INSTRUCTION RE ENTRAPMENT**

For the benefit of the record, appended hereto is a copy of the supplemental jury instruction regarding entrapment given on March 11, 2010, in response to the jury's question number 4.

Dated: March 15, 2010.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE