IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  v.<br><br>RODIL NOCHEZ,<br><br>  Defendant.<br>_____ / | No. CR 08-0730 WHA<br><br>**ORDER CONTINUING HEARING DATE FOR DEFENDANT RODIL NOCHEZ'S MOTION FOR RETURN OF PROPERTY** |

Defendant Rodil Nochez filed a motion for return of property (Dkt. No. 1885) and noticed a hearing on the motion for August 24, 2010, at 2:00 p.m. The undersigned is unavailable on August 24. Accordingly, the hearing is continued to **AUGUST 31, 2010**, at **2:00 P.M.**

Although the hearing has been continued, the deadlines for any opposition to the motion and any reply will remain **AUGUST 17, 2010**, and **AUGUST 20, 2010**, respectively.

**IT IS SO ORDERED.**

Dated: August 2, 2010.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE