UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>RODIL NOCHEZ,<br><br>    Defendant. | Case No.: CR-08-0730-WHA<br><br>[PROPOSED] ORDER RE REQUEST TO CONTINUE HEARING ON RETURN OF PROPERTY<br><br>Fed. R. Crim. Pro. 41(g) |

GOOD CAUSE APPEARING, it is hereby ORDERED that the hearing on Defendant Rodil Nochez's Motion for Return of Property, previously scheduled to be heard on August 31, 2010, at 2:00 p.m., shall instead be heard on September 14, 2010, at 2:00 p.m.

**DATED:** August 11, 2010.

_____
**THE HONORABLE WILLIAM ALSUP**