SETH P. CHAZIN SBN# 133777
Attorney at Law
LAW OFFICES OF SETH P. CHAZIN
1164 Solano Avenue, Suite 205
Albany, CA 94607
Telephone: (510) 507-8100
Fax: (510) 525-0087

Attorney for Defendant
RODIL NOCHEZ

IN THE UNITED STATES DISTRICT COURT

IN AND FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| United States of America, | CASE NO. S2-CR-08-0730-WHA |
| Plaintiff, | |
| vs. | [PROPOSED] ORDER RE APPEARANCE AT RETURN OF PROPERTY HEARING |
| RODIL NOCHEZ, | |
| Defendant. | |

GOOD CAUSE APPEARING, it is hereby ordered that Defendant RODIL NOCHEZ's appearance at the September 14, 2010, hearing on his Motion to Return Property and any future hearings related to said motion is hereby waived.

DATED: September 3, 2010.

_____
WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE